**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | *Parametric Solutions, Inc.* |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | *25-1705516* |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *831 Jupiter Park Drive* *Jupiter, FL 33458* Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| *Palm Beach* County | **Location of principal assets, if different from principal place of business** *831 Jupiter Park Drive Jupiter, FL 33458* Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Parametric Solutions, Inc.**                                     Case number (*if known*) _____
         Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   
   _5413_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **_Parametric Solutions, Inc._**                    Case number (*if known*) _____
        _____
        Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11.** **Why is the case filed in _this district_?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **_Parametric Solutions, Inc._**                                          Case number (*if known*) _____
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **Parametric Solutions, Inc.**                                             Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August  3, 2023**
              MM / DD / YYYY

**X** **/s/ David Cusano**                                    **David Cusano**
Signature of authorized representative of debtor              Printed name

Title   **Director**

---

**18. Signature of attorney**

**X** **/s/ Craig I. Kelley**                          Date  **August  3, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Craig I. Kelley 782203**
Printed name

**Kelley, Fulton & Kaplan, P.L.**
Firm name

**1665 Palm Beach Lakes Blvd**
**The Forum - Suite 1000**
**West Palm Beach, FL 33401**
Number, Street, City, State & ZIP Code

Contact phone   **561-491-1200**       Email address   **craig@kelleylawoffice.com**

**782203 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __*Parametric Solutions, Inc.*__

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __*August  3, 2023*__        X __*/s/ David Cusano*__
                                                            Signature of individual signing on behalf of debtor

                                              __*David Cusano*__
                                                            Printed name

                                              __*Director*__
                                                            Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td><td></td></tr>
<tr><td>Debtor name</td><td>*Parametric Solutions, Inc.*</td><td rowspan="3">☐ Check if this is an<br><br>amended filing</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>*SOUTHERN DISTRICT OF FLORIDA*</td></tr>
<tr><td>Case number (if known):</td><td>_____</td></tr>
</table>

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *8 Rivers Capital, LLC*<br>*406 Blackwell Street, 4th Floor*<br>*Durham, NC 27701* | | | | | | *$290,810.59* |
| *ADP*<br>*P.O. Box 842875*<br>*Boston, MA 02284* | | *Repayment Agreement for Employer Social Security Tax Deferrals under the CARES Act.* | | | | *$100,000.00* |
| *BDO*<br>*8401 Greensboro Drive*<br>*Suite 800*<br>*Mc Lean, VA 22102* | | | | | | *$16,870.60* |
| *CIGNA*<br>*900 Cottage Grove Road*<br>*Bloomfield, CT 06002* | | *Insurance Premium* | | | | *$103,010.92* |
| *Cleveland Electric Laboratories*<br>*361 S 52nd St*<br>*Tempe, AZ 85281* | | | | | | *$8,770.38* |
| *Gordon & Rees Scully Mansukhani LLP*<br>*1111 Broadway*<br>*Suite 1700*<br>*Oakland, CA 94607* | | *Legal Fees* | | | | *$34,448.50* |
| *Grainger*<br>*2775 South 9th West*<br>*Salt Lake City, UT 84119* | | | | | | *$11,211.52* |

| Debtor | *Parametric Solutions, Inc.* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lincoln Electric Automation 911 North Second Street Coldwater, OH 45828** | | | | | | *$129,100.00* |
| **Mitech Controls Inc 22855-G Savi Ranch Parkway Yorba Linda, CA 92887** | | | | | | *$7,846.05* |
| **NET Power, LLC 404 Hunt Street, Suite 410 Durham, NC 27701** | | | | | | *$352,882.22* |
| **NTS Labs LLC 3505 E Third St San Bernardino, CA 92408** | | | | | | *$159,468.95* |
| **Rand Worldwide Subsidiary Inc 11201 Dolfield Blvd. Suite 112 Owings Mills, MD 21117** | | | | | | *$51,492.50* |
| **Rhinestahl Corporation 1111 Western Row Rd Mason, OH 45040** | | | | | | *$19,853.00* |
| **Rolled Alloys 125 W Sterns Rd. Temperance, MI 48182** | | | | | | *$16,114.27* |
| **Shipman & Goodwin LLP One Constitution Plaza Hartford, CT 06103** | | | | | | *$82,709.00* |
| **SouthEast Machine LLC 3081 SE Slater Street Stuart, FL 34997** | | | | | | *$30,230.00* |
| **True Digital Security 1401 Forum Way Suite 730 West Palm Beach, FL 33401** | | | | | | *$8,182.61* |

| Debtor | *Parametric Solutions, Inc.* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *UTC - Pratt & Whitney*  *17900 Bee Line Hwy*  *Jupiter, FL 33478* | | | | | | *$843,407.21* |
| *WireMasters*  *1788 Northpointe Road*  *Columbia, TN 38401* | | | | | | *$6,978.45* |
| *Xometry*  *7940 Cessna Ave.*  *Gaithersburg, MD 20879* | | | | | | *$10,361.56* |

**Fill in this information to identify the case:**

Debtor name      *Parametric Solutions, Inc.*

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................    $ _____0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................    $ _____6,147,086.92

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................    $ _____6,147,086.92

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____3,282,422.65

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____2,314,745.86

4.    **Total liabilities** ........................................................................................................
   Lines 2 + 3a + 3b

   $ _____5,597,168.51

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    *Parametric Solutions, Inc.*

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | *Seacoast Bank* | *Checking* | *2801* | $71,094.07 |
| 3.2. | *Seacoast Bank FSA Holding Account* | *Checking* | *7591* | $3,678.53 |
| 3.3. | *Bank of America* | *Checking* | *9249* | $0.00 |
| 3.4. | *Bank of America FSA  Acct* | *Checking* | *5394* | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**           $74,772.60

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Debtor    *Parametric Solutions, Inc.*                                    Case number *(If known)* _____
                   Name

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.   *Lease deposit (for office space located at 1061 E. Indiantown Road, Jupiter, FL)*          **$64,394.83**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                                    **$64,394.83**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10.  **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.
     ■ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:    **3,405,353.54**  -  **0.00**  = ....   **$3,405,353.54**
                                   face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                                   **$3,405,353.54**
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13.  **Does the debtor own any investments?**

     ■ No. Go to Part 5.
     ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

     ■ No. Go to Part 6.
     ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No. Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No. Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

39.   **Office furniture**

Debtor     **_Parametric Solutions, Inc._**                                    Case number *(If known)* _____
                Name

| | | | |
|---|---|---|---|
| **_See attached._**<br>**_Value is included in office equipment valuation_**<br>**_#41._** | _Unknown_ | _Liquidation_ | _$0.00_ |

40.     **Office fixtures**

41.     **Office equipment, including all computer equipment and**
        **communication systems equipment and software**

| | | | |
|---|---|---|---|
| _See attached spreadsheet._ | _Unknown_ | _Liquidation_ | _$94,890.00_ |
| _See attached spreadsheet._ | _Unknown_ | _Liquidation_ | _$35,110.00_ |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
        collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**                                                                | $130,000.00 |
        Add lines 39 through 42.  Copy the total to line 86.

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 8:**      **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

        ☐ No.  Go to Part 9.
        ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of**<br>**debtor's interest**<br>(Where available) | **Valuation method used**<br>**for current value** | **Current value of**<br>**debtor's interest** |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**_The following equipment is secured by_**<br>**_Sumitomo Mitsu Finance and Leasing loan:_**<br>**_2014 DMG MORI Linear 5 Axis Miling Machine_**<br>**_SN: 15475597164_** | _$0.00_ | _Liquidation_ | _$197,000.00_ |
| _See attached spreadsheet_ | _Unknown_ | _Liquidation_ | _$677,265.95_ |

Debtor    **_Parametric Solutions, Inc._**                                     Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| **_The following equipment is secured by Bank of America loan:_** <br> **_DMG Mori 5 Axis VMC SN 12140013673 $224,000.00_** <br> **_DMG Mori 5 Axis VMC SN 12140017673 $269,100.00_** <br> **_DMG Mori 5 Axis VMC SN 12140017683 $269,100.00_** <br> **_DMG Mori 5 Axis VMC SN 12140013083 $224,000.00_** <br> **_DMG Mori 5 Axis VMC SN 12170006103 $449,100.00_** <br> **_Renshaw G80KR_** <br> **_Renshaw Revohead Kit_** <br> **_Renshaw UCCS5_** <br> **_Walter-Trowel CM-705-S Media Finish $73,000.00_** <br> **_Acra LCMY Gromax PD-16Y Driller_** <br> **_Trivolt Air Compressor $8,000.00_** <br> **_Tiivolt Air Compressor $8,000.00_** <br> **_Mowry Braze Furnace $74,000.00_** | **_$0.00_** | **_$1,598,300.00_** |

51.  **Total of Part 8.**                                                     | $2,472,565.95 |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property <br> Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **_Lease for office with NRNS Acquisition Reynolds, LLC located at 1061 E. Indiantown Road, Jupiter, FL_** | **_Lease_** | **_Unknown_** | | **_$0.00_** |

Debtor  **_Parametric Solutions, Inc._**                                        Case number *(If known)* _____
         Name

| 55.2. | **_Lease for office with PSI Property Holdings, LLC for office space located at 821 and 831 Jupiter Park Drive, Jupiter, FL_** | *Lease* | *Unknown* | | *$0.00* |

---

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | *$0.00* |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** _Patent for Injectors for Supercritical $CO_2$ Applications_ _Patent No. US-20210293408_ | *Unknown* | *Liquidation* | *Unknown* |

**61.   Internet domain names and websites**

**62.   Licenses, franchises, and royalties**

**63.   Customer lists, mailing lists, or other compilations**

**64.   Other intangibles, or intellectual property**

**65.   Goodwill**

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | *$0.00* |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No

Debtor    **_Parametric Solutions, Inc._**                                    Case number *(If known)* _____
                    Name

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **_Parametric Solutions, Inc._**    Case number *(If known)* _____
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $74,772.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $64,394.83 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,405,353.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $130,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,472,565.95 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,147,086.92 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,147,086.92 |

| Name | Value | Type | Model | Manufacturer | Serialnumber |
|------|-------|------|-------|--------------|--------------|
| 10.3.10.40 | $   50.00 | Printer | | | |
| Acer ¨i—q | $   50.00 | Monitor | Acer XR341CK | Acer | ¨i—q |
| Acer «¡—q | $   50.00 | Monitor | Acer XR341CK | Acer | «¡—q |
| Acer 1905762728 | $   50.00 | Monitor | Acer XR341CK | Acer | 1905762728 |
| Acer 1905762731 | $   50.00 | Monitor | Acer XR341CK | Acer | 1905762731 |
| Acer ETETLTK0R0326009DC2932 | $   50.00 | Monitor | S220HQL | Acer | ETETLTK0R0326009DC2932 |
| Acer ETLTK0R029148026D92400 | $   50.00 | Monitor | S220HQL | Acer | ETLTK0R029148026D92400 |
| Acer ETLTK0R0292010919A2400 | $   50.00 | Monitor | S220HQL | Acer | ETLTK0R0292010919A2400 |
| Acer ETLTK0R029224001AF2400 | $   50.00 | Monitor | S220HQL | Acer | ETLTK0R029224001AF2400 |
| Acer ETLTK0R029326009DC2402 | $   50.00 | Monitor | S220HQL | Acer | ETLTK0R029326009DC2402 |
| Acer ETLTK0R029338031602442 | $   50.00 | Monitor | S220HQL | Acer | ETLTK0R029338031602442 |
| Acer JFZ1100A8401 | $   50.00 | Monitor | H6510BD | Acer | JFZ1100A8401 |
| Acer JLE110096100 | $   50.00 | Monitor | X152H | Acer | JLE110096100 |
| Acer LKK0W0164350 | $   50.00 | Monitor | Acer G245HQ | Acer | LKK0W0164350 |
| Acer LP30D0028511 | $   50.00 | Monitor | S211HL | Acer | LP30D0028511 |
| Acer LP30D0028513 | $   50.00 | Monitor | S211HL | Acer | LP30D0028513 |
| Acer LS50D001851A | $   50.00 | Monitor | G215HV | Acer | LS50D001851A |
| Acer LS7AA0018502 | $   50.00 | Monitor | P246HL | Acer | LS7AA0018502 |
| Acer LZ2AA0014200 | $   50.00 | Monitor | Acer B276HUL | Acer | LZ2AA0014200 |
| Acer MMLVMAA00133601D442462 | $   50.00 | Monitor | G226HQL | Acer | MMLVMAA00133601D442462 |
| Acer MMLW9AA00442608C848524 | $   50.00 | Monitor | G276HL | Acer | MMLW9AA00442608C848524 |
| Acer MMLWVAA0015430F5688557 | $   50.00 | Monitor | S241HL | Acer | MMLWVAA0015430F5688557 |
| Acer MMLWVAA0015430F7F58557 | $   50.00 | Monitor | S241HL | Acer | MMLWVAA0015430F7F58557 |
| Acer MMT1MAA001445049F34202 | $   50.00 | Monitor | Acer K242HL | Acer | MMT1MAA001445049F34202 |
| Acer MMT1MAA00144504A044202 | $   50.00 | Monitor | Acer K242HL | Acer | MMT1MAA00144504A044202 |
| Acer MMT1MAA00144504A0E4202 | $   50.00 | Monitor | Acer K242HL | Acer | MMT1MAA00144504A0E4202 |
| Acer MMT2JAA00454106A3F4202 | $   50.00 | Monitor | Acer K242HQL | Acer | MMT2JAA00454106A3F4202 |
| Acer MMT2JAA00454106A4A4202 | $   50.00 | Monitor | Acer K242HQL | Acer | MMT2JAA00454106A4A4202 |
| Acer MMT2JAA00454106A4C4202 | $   50.00 | Monitor | Acer K242HQL | Acer | MMT2JAA00454106A4C4202 |
| Acer MMT2JAA00454106A4E4202 | $   50.00 | Monitor | Acer K242HQL | Acer | MMT2JAA00454106A4E4202 |
| Acer MMT2JAA00454106A504202 | $   50.00 | Monitor | Acer K242HQL | Acer | MMT2JAA00454106A504202 |
| Acer MMT2JAA00454106A5A4202 | $   50.00 | Monitor | Acer K242HQL | Acer | MMT2JAA00454106A5A4202 |
| Acer MMT2JAA00454106A5B4202 | $   50.00 | Monitor | Acer K242HQL | Acer | MMT2JAA00454106A5B4202 |
| Acer MMT2JAA00454106A624202 | $   50.00 | Monitor | Acer K242HQL | Acer | MMT2JAA00454106A624202 |
| Acer MMT2JAA00454106A694202 | $   50.00 | Monitor | Acer K242HQL | Acer | MMT2JAA00454106A694202 |
| Acer MMT2JAA00454106A6A4202 | $   50.00 | Monitor | Acer K242HQL | Acer | MMT2JAA00454106A6A4202 |
| Acer MMT37AA006746014FE2400 | $   50.00 | Monitor | K242HQL | Acer | MMT37AA006746014FE2400 |
| Acer MMT37AA006746015042400 | $   50.00 | Monitor | K242HQL | Acer | MMT37AA006746015042400 |
| Acer MMT37AA006746015072400 | $   50.00 | Monitor | K242HQL | Acer | MMT37AA006746015072400 |
| Acer MMT37AA0067460158B2400 | $   50.00 | Monitor | K242HQL | Acer | MMT37AA0067460158B2400 |
| Acer MMT37AA006746015CE2400 | $   50.00 | Monitor | K242HQL | Acer | MMT37AA006746015CE2400 |
| Acer T4LAA0012400 | $   50.00 | Monitor | KN242HYL | Acer | T4LAA0012400 |

| | | | | | |
|---|---|---|---|---|---|
| Acer T85AA0038511 | $ 50.00 | Monitor | CB271HU | Acer | T85AA0038511 |
| Acer TERAA0012400 | $ 50.00 | Monitor | SB220Q | Acer | TERAA0012400 |
| AOC International Ltd. AGSG69A001680 | $ 50.00 | Monitor | 2757 | AOC International Ltd. | AGSG69A001680 |
| AOC International Ltd. DEDBCHA021039 | $ 50.00 | Monitor | 2250W | AOC International Ltd. | DEDBCHA021039 |
| AOC International Ltd. DEDBCHA022351 | $ 50.00 | Monitor | 2250W | AOC International Ltd. | DEDBCHA022351 |
| APOLLO | $ 1,000.00 | Windows | MS-7B94 | Micro-Star International Co., Ltd. | |
| Asus (ASUSTeK Computer Inc.) A9LMQS039793 | $ 50.00 | Monitor | VE228 | Asus (ASUSTeK Computer Inc.) | A9LMQS039793 |
| Asus (ASUSTeK Computer Inc.) A9LMQS039800 | $ 50.00 | Monitor | VE228 | Asus (ASUSTeK Computer Inc.) | A9LMQS039800 |
| Asus (ASUSTeK Computer Inc.) A9LMQS039815 | $ 50.00 | Monitor | VE228 | Asus (ASUSTeK Computer Inc.) | A9LMQS039815 |
| Asus (ASUSTeK Computer Inc.) B6LMTF028994 | $ 50.00 | Monitor | ASUS VS228 | Asus (ASUSTeK Computer Inc.) | B6LMTF028994 |
| Asus (ASUSTeK Computer Inc.) E8LMQS046388 | $ 50.00 | Monitor | VE247 | Asus (ASUSTeK Computer Inc.) | E8LMQS046388 |
| Asus (ASUSTeK Computer Inc.) H8LMRS001762 | $ 50.00 | Monitor | VC279 | Asus (ASUSTeK Computer Inc.) | H8LMRS001762 |
| Asus (ASUSTeK Computer Inc.) H8LMRS001787 | $ 50.00 | Monitor | VC279 | Asus (ASUSTeK Computer Inc.) | H8LMRS001787 |
| Asus (ASUSTeK Computer Inc.) H9LMQS032650 | $ 50.00 | Monitor | VE248 | Asus (ASUSTeK Computer Inc.) | H9LMQS032650 |
| Asus (ASUSTeK Computer Inc.) H9LMQS067546 | $ 50.00 | Monitor | VG245 | Asus (ASUSTeK Computer Inc.) | H9LMQS067546 |
| Asus (ASUSTeK Computer Inc.) K4LMQS119694 | $ 50.00 | Monitor | VE248 | Asus (ASUSTeK Computer Inc.) | K4LMQS119694 |
| ATHENA | $ 1,000.00 | Windows | MS-7B94 | Micro-Star International Co., Ltd. | |
| ATOS-CS2 | $ 400.00 | Windows | Latitude E6540 | Dell Inc. | 5ZW0J12 |
| B710n 060AC9 | $ 50.00 | Printer | B710n | Oki Data Corporation | |
| BenQ Corporation E6D01870SL0 | $ 50.00 | Monitor | BenQ XL2720T | BenQ Corporation | E6D01870SL0 |
| BenQ Corporation F9E04444019 | $ 50.00 | Monitor | BenQ GL2760 | BenQ Corporation | F9E04444019 |
| BLACK-LION | $ 400.00 | Windows | X10DAx | Supermicro | |
| BLUE-LION | $ 400.00 | Windows | X10DAx | Supermicro | |
| BR000EC6EC1DC0 | $ 50.00 | Printer | ADS-2700W | Brother | U64875L0X118283 |
| BRN001BA9194A4A | $ 50.00 | Printer | Brother HL-2170W series | Brother Industries, Ltd. | G9J625391 |
| BRN30055C10EAB1 | $ 50.00 | Printer | Brother MFC-7860DW | Brother Industries, Ltd. | U62702G3N690523 |
| BRN3C2AF4071D1C | $ 50.00 | Printer | Brother MFC-J6930DW | Brother Industries, Ltd. | U64367B7F145028 |
| BRN3C2AF4266213 | $ 50.00 | Printer | Brother MFC-J6930DW | Brother Industries, Ltd. | U64367J7F112924 |
| BRN3C2AF445BF8A | $ 50.00 | Printer | Brother MFC-J6930DW | Brother Industries, Ltd. | U64367A8F117936 |
| BRN3C2AF44B6B54 | $ 50.00 | Printer | Brother DCP-L2550DW series | Brother Industries, Ltd. | U64966B8N610432 |
| BRN3C2AF44E01A4 | $ 50.00 | Printer | Brother MFC-J6930DW | Brother Industries, Ltd. | U64367D8F117843 |
| COBRA | $ 1,000.00 | Windows | MS-7D59 | Micro-Star International Co., Ltd. | |
| CORE-4048-SW01 | $ 2,000.00 | Switch | PowerSwitch S4048-ON | Dell Inc. | |
| CORE-4048-SW02 | $ 2,000.00 | Switch | PowerSwitch S4048-ON | Dell Inc. | |
| Dell Inc. 4V35D75I1LUU | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 4V35D75I1LUU |
| Dell Inc. 4V35D75J1H7U | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 4V35D75J1H7U |
| Dell Inc. 4V35D75K0AEU | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 4V35D75K0AEU |
| Dell Inc. 4V35D76608VU | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 4V35D76608VU |
| Dell Inc. 4V35D766094U | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 4V35D766094U |
| Dell Inc. 4V35D766095U | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 4V35D766095U |
| Dell Inc. 4V35D77L0GYS | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 4V35D77L0GYS |
| Dell Inc. 4V35D77S0EMS | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 4V35D77S0EMS |
| Dell Inc. 4V35D7821V1S | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 4V35D7821V1S |

| Dell Inc. 4V35D7821VGS | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 4V35D7821VGS |
|---|---|---|---|---|---|
| Dell Inc. 5JDGK75QA18B | $ 50.00 | Monitor | DELL E2318HR | Dell Inc. | 5JDGK75QA18B |
| Dell Inc. 5JDGK75QA5JB | $ 50.00 | Monitor | DELL E2318HR | Dell Inc. | 5JDGK75QA5JB |
| Dell Inc. 5JDGK75QA5WB | $ 50.00 | Monitor | DELL E2318HR | Dell Inc. | 5JDGK75QA5WB |
| Dell Inc. 63GTW83 | $ 50.00 | Monitor | DELL U2421E | Dell Inc. | 63GTW83 |
| Dell Inc. 7XTXG69H0H4U | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 7XTXG69H0H4U |
| Dell Inc. 7XTXG69H0HKU | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 7XTXG69H0HKU |
| Dell Inc. 7XTXG9731BML | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 7XTXG9731BML |
| Dell Inc. 7XTXG9731BVL | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | 7XTXG9731BVL |
| Dell Inc. 8WKHR83 | $ 50.00 | Monitor | DELL U2421E | Dell Inc. | 8WKHR83 |
| Dell Inc. 91H54H3 | $ 50.00 | Monitor | DELL U2421E | Dell Inc. | 91H54H3 |
| Dell Inc. DL8Q123 | $ 50.00 | Monitor | DELL S2421H | Dell Inc. | DL8Q123 |
| Dell Inc. GZFTW83 | $ 50.00 | Monitor | DELL U2421E | Dell Inc. | GZFTW83 |
| Dell Inc. JF44Y96KD1TI | $ 50.00 | Monitor | DELL E2216H | Dell Inc. | JF44Y96KD1TI |
| Dell Inc. KW14V43H1URB | $ 50.00 | Monitor | DELL P2214H | Dell Inc. | KW14V43H1URB |
| Dell Inc. PXF7963F0TWL | $ 50.00 | Monitor | DELL U3415W | Dell Inc. | PXF7963F0TWL |
| Dell Inc. PXF796460Y1L | $ 50.00 | Monitor | DELL U3415W | Dell Inc. | PXF796460Y1L |
| Dell Inc. PXF796470AVL | $ 50.00 | Monitor | Dell U3415W(HDMI2) | Dell Inc. | PXF796470AVL |
| Dell Inc. PXF7989F0RAL | $ 50.00 | Monitor | DELL U3415W | Dell Inc. | PXF7989F0RAL |
| Dell Inc. R9F1P54A8E4L | $ 50.00 | Monitor | DELL U2414H | Dell Inc. | R9F1P54A8E4L |
| Dell Inc. YMYH1473226S | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | YMYH1473226S |
| Dell Inc. YMYH14BB3PAS | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | YMYH14BB3PAS |
| Dell Inc. YMYH14BH3U2S | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | YMYH14BH3U2S |
| Dell Inc. YMYH14BH3U5S | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | YMYH14BH3U5S |
| Dell Inc. YMYH14C95PJS | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | YMYH14C95PJS |
| Dell Inc. YMYH159N213S | $ 50.00 | Monitor | DELL U2412M | Dell Inc. | YMYH159N213S |
| DLM USB_4307-U3D2 | $ 50.00 | Monitor | No Monitor | DLM | USB_4307-U3D2 |
| DMC-AERO | $ 1,000.00 | Windows | AERO 15 Classic-XA | GIGABYTE | SN19240J000201 |
| East-DSW01 | $ 150.00 | Switch | HP ProCurve 2510G-48 J9280A | Hewlett-Packard | CN132DG1C1 |
| East-DSW02 | $ 150.00 | Switch | ProCurve Switch 2810-24G | Hewlett-Packard | CN933XI05X |
| East-DSW04 | $ 150.00 | Switch | ProCurve 2520-8-PoE (J9137A) | Hewlett-Packard | CN405DP0RZ |
| East-VSW01 | $ 150.00 | Switch | | Netgear | 3AS47355011AF |
| East-VSW02 | $ 150.00 | Switch | | Netgear | 3AS4855P001F5 |
| EqualLogic | $ 1,000.00 | SAN | Rapid Logic/1.1 | Dell Inc. | |
| Gateway 2000 C180C0114009 | $ 50.00 | Monitor | HX2000 | Gateway 2000 | C180C0114009 |
| GREEN-LION | $ 400.00 | Windows | X10DAx | Supermicro | |
| GTW C3GAA0044204 | $ 50.00 | Monitor | GTW KX2153 | GTW | C3GAA0044204 |
| Hanns-G 1234567890123 | $ 50.00 | Monitor | HE247DPB | Hanns-G | 1234567890123 |
| Hanns-G 134LM3AY01069 | $ 50.00 | Monitor | HZ281H | Hanns-G | 134LM3AY01069 |
| Hanns-G 146LM3AY03265 | $ 50.00 | Monitor | HZ281H | Hanns-G | 146LM3AY03265 |
| Hanns-G 146LM3AY03286 | $ 50.00 | Monitor | HZ281H | Hanns-G | 146LM3AY03286 |
| Hanns-G 152LM3AY01753 | $ 50.00 | Monitor | HZ281H | Hanns-G | 152LM3AY01753 |
| Hanns-G 152LM3AY01754 | $ 50.00 | Monitor | HZ281H | Hanns-G | 152LM3AY01754 |

| | | | | | |
|---|---|---|---|---|---|
| Hewlett-Packard 1055X3LY00551 | $ 50.00 | Monitor | SL231DPB | Hewlett-Packard | 1055X3LY00551 |
| Hewlett-Packard 172.16.3.61 | $ 3,000.00 | Tape Drive | | Hewlett-Packard | |
| Hewlett-Packard 3CQ124NJHM | $ 50.00 | Monitor | LA2205 | Hewlett-Packard | 3CQ124NJHM |
| Hewlett-Packard 3CQ133N3DK | $ 50.00 | Monitor | LA2205 | Hewlett-Packard | 3CQ133N3DK |
| Hewlett-Packard 3CQ4210LKH | $ 50.00 | Monitor | HP P221 | Hewlett-Packard | 3CQ4210LKH |
| Hewlett-Packard 6CM32820HD | $ 50.00 | Monitor | HP LV2311 | Hewlett-Packard | 6CM32820HD |
| Hewlett-Packard 6CM32820MV | $ 50.00 | Monitor | HP LV2311 | Hewlett-Packard | 6CM32820MV |
| Hewlett-Packard 6CM32820NY | $ 50.00 | Monitor | HP LV2311 | Hewlett-Packard | 6CM32820NY |
| Hewlett-Packard CN400804Y0 | $ 50.00 | Monitor | HP ZR22w | Hewlett-Packard | CN400804Y0 |
| Hewlett-Packard CN413000H8 | $ 50.00 | Monitor | LA2405 | Hewlett-Packard | CN413000H8 |
| Hewlett-Packard CNC103R85B | $ 50.00 | Monitor | HP 2011 | Hewlett-Packard | CNC103R85B |
| Hewlett-Packard CNC434P4QW | $ 50.00 | Monitor | HP W2072a | Hewlett-Packard | CNC434P4QW |
| HJW 16777216 | $ 50.00 | Monitor | VGA TO HDMI | HJW | 16777216 |
| HP 3CQ14800X6 | $ 50.00 | Monitor | HP V20 | HP | 3CQ14800X6 |
| InFocus 1000 | $ 50.00 | Monitor | InFocus 118D | InFocus | 1000 |
| InFocus 832 | $ 50.00 | Monitor | InFocus 116D | InFocus | 832 |
| JOEL-XPS15 | $ 500.00 | Windows | XPS 15 9560 | Dell Inc. | D3QN3M2 |
| LG Electronics Inc. 101NTWGBC329 | $ 50.00 | Monitor | LG HDR QHD | LG Electronics Inc. | 101NTWGBC329 |
| LG Electronics Inc. 16843009 | $ 50.00 | Monitor | W2361 | LG Electronics Inc. | 16843009 |
| LG Electronics Inc. 245974 | $ 50.00 | Monitor | L1932TQ | LG Electronics Inc. | 245974 |
| LG Electronics Inc. 385541 | $ 50.00 | Monitor | 32GN500 | LG Electronics Inc. | 385541 |
| localhost | $ 200.00 | ESXi server | PowerEdge R610 | Dell Inc. | HV0JFP1 |
| LOKI | $ 800.00 | Windows | Z170X-UD3 | Gigabyte Technology Co., Ltd. | |
| MOTHRA | $ 1,000.00 | Windows | MS-7D59 | Micro-Star International Co., Ltd. | |
| NEC Technologies, Inc. 37146757NB | $ 50.00 | Monitor | EA243WM | NEC Technologies, Inc. | 37146757NB |
| NEC Technologies, Inc. 69307105NA | $ 50.00 | Monitor | AS242W | NEC Technologies, Inc. | 69307105NA |
| OTM Q8ZE6110094 | $ 50.00 | Monitor | Optoma 1080P | OTM | Q8ZE6110094 |
| OTM QE35AAAAAC | $ 50.00 | Monitor | Optoma 1080P | OTM | QE35AAAAAC |
| PENNYWISE | $ 800.00 | Windows | Z390 UD | Gigabyte Technology Co., Ltd. | |
| PSI045 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA3480JF4 |
| PSI071 | $ 200.00 | Windows | HP Z400 Workstation | Hewlett-Packard | 2UA1250YKG |
| PSI100 | $ 100.00 | Windows | OptiPlex 3010 | Dell Inc. | F7GJGX1 |
| PSI109 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA30400H4 |
| PSI111 | $ 200.00 | Windows | Z68X-UD3H-B3 | Gigabyte Technology Co., Ltd. | |
| PSI113-2 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA3451KY8 |
| PSI115 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA3331XNY |
| PSI121 | $ 200.00 | Windows | HP Compaq Elite 8300 CMT | Hewlett-Packard | MXL24508KK |
| PSI124 | $ 40.00 | Windows | Z68X-UD3H-B3 | Gigabyte Technology Co., Ltd. | |
| PSI128 | $ 200.00 | Windows | MS-7522 | MSI | |
| PSI130 | $ 200.00 | Windows | Z87X-UD3H | Gigabyte Technology Co., Ltd. | |
| PSI132 | $ 200.00 | Windows | Z68X-UD3H-B3 | Gigabyte Technology Co., Ltd. | |
| PSI134 | $ 200.00 | Windows | Z68X-UD3H-B3 | Gigabyte Technology Co., Ltd. | |
| PSI140 | $ 200.00 | Windows | Z68X-UD3H-B3 | Gigabyte Technology Co., Ltd. | |

| PSI168 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA3372F63 |
|--------|----------|---------|---------------------|-----------------|------------|
| PSI175 | $ 200.00 | Windows | Z68X-UD3H-B3 | Gigabyte Technology Co., Ltd. | |
| PSI188 | $ 100.00 | Windows | OptiPlex 9010 | Dell Inc. | H5FBCY1 |
| PSI200 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL3191KTW |
| PSI201 | $ 100.00 | Windows | OptiPlex 9010 | Dell Inc. | 6K9FXV1 |
| PSI214 | $ 100.00 | Windows | OptiPlex 9010 | Dell Inc. | BD5DXV1 |
| PSI217 | $ 100.00 | Windows | OptiPlex 9010 | Dell Inc. | BDPHXV1 |
| PSI220 | $ 100.00 | Windows | OptiPlex 9010 | Dell Inc. | 5ZCFZV1 |
| PSI222 | $ 200.00 | Windows | GA-Z77X-UD3H | Gigabyte Technology Co., Ltd. | |
| PSI229 | $ 200.00 | Windows | Motherboard | Gigabyte Technology Co., Ltd. | |
| PSI235 | $ 200.00 | Windows | HP Z400 Workstation | Hewlett-Packard | 2UA2120896 |
| PSI239 | $ 200.00 | Windows | Z68X-UD3H-B3 | Gigabyte Technology Co., Ltd. | |
| PSI244 | $ 200.00 | Windows | Z87X-UD3H | Gigabyte Technology Co., Ltd. | |
| PSI245 | $ 200.00 | Windows | Z87X-UD4H | Gigabyte Technology Co., Ltd. | |
| PSI248 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA3480JF6 |
| PSI249 | $ 200.00 | Windows | HP Compaq Elite 8300 CMT | Hewlett-Packard | 2UA4071R85 |
| PSI253 | $ 200.00 | Windows | Z97X-UD3H | Gigabyte Technology Co., Ltd. | |
| PSI262 | $ 200.00 | Windows | HP Z400 Workstation | Hewlett-Packard | 2UA1250YKM |
| PSI263 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL3422277 |
| PSI266 | $ 200.00 | Windows | Z97X-Gaming 5 | Gigabyte Technology Co., Ltd. | |
| PSI267 | $ 200.00 | Windows | Z97X-Gaming 5 | Gigabyte Technology Co., Ltd. | |
| PSI316 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL342226D |
| PSI339 | $ 200.00 | Windows | Z87X-UD3H | Gigabyte Technology Co., Ltd. | |
| PSI343 | $ 200.00 | Windows | Motherboard | Gigabyte Technology Co., Ltd. | |
| PSI402 | $ 800.00 | Windows | MS-7B51 | Micro-Star International Co., Ltd. | |
| PSI403 | $ 800.00 | Windows | Z170X-UD3 | Gigabyte Technology Co., Ltd. | |
| PSI404 | $ 800.00 | Windows | MS-7B79 | Micro-Star International Co., Ltd. | |
| PSI405 | $ 800.00 | Windows | MS-7B51 | Micro-Star International Co., Ltd. | |
| PSI406 | $ 800.00 | Windows | Z390 UD | Gigabyte Technology Co., Ltd. | |
| PSI501 | $ 200.00 | Windows | HP Compaq Elite 8300 CMT | Hewlett-Packard | MXL24508LQ |
| PSI502 | $ 200.00 | Windows | HP Compaq Elite 8300 CMT | Hewlett-Packard | 2UA350145V |
| PSI503 | $ 200.00 | Windows | HP Compaq Elite 8300 CMT | Hewlett-Packard | 2UA3410YTZ |
| PSI504 | $ 200.00 | Windows | HP Compaq Elite 8300 CMT | Hewlett-Packard | 2UA35010WS |
| PSI506 | $ 200.00 | Windows | HP Z400 Workstation | Hewlett-Packard | 2UA2130G83 |
| PSI507 | $ 200.00 | Windows | HP Compaq Elite 8300 CMT | Hewlett-Packard | 2UA4062BDT |
| PSI508 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA3331XDY |
| PSI509 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA2490N0F |
| PSI510 | $ 200.00 | Windows | HP Compaq Elite 8300 CMT | Hewlett-Packard | MXL31509VB |
| PSI511 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA3121RRV |
| PSI512 | $ 200.00 | Windows | HP Z400 Workstation | Hewlett-Packard | 2UA2130G7S |
| PSI514 | $ 200.00 | Windows | HP Compaq Elite 8300 CMT | Hewlett-Packard | MXL2460RLZ |
| PSI548 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA3501YCN |
| PSI700 | $ 200.00 | Windows | Z170XP-SLI | Asus | |

| | | | | | |
|---|---|---|---|---|---|
| PSI701 | $ 300.00 | Windows | Z170XP-SLI | Gigabyte Technology Co., Ltd. | |
| PSI762 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL34222BJ |
| PSI777 | $ 200.00 | Windows | Motherboard | Gigabyte Technology Co., Ltd. | |
| PSI805 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL3320LLG |
| PSI807 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL3191KQW |
| PSI814 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL3422289 |
| PSI815 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA23206HB |
| PSI824 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL342225T |
| PSI825 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL3191KXB |
| PSI827 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL3422246 |
| PSI829 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | 2UA40315M4 |
| PSI830 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA2511YVT |
| PSI835 | $ 200.00 | Windows | SLIC-WKS | Hewlett-Packard | 2UA23206JZ |
| PSI840 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA3480JD8 |
| PSI841 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA3201BBW |
| PSI843 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA238165W |
| PSI844 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA3041QC2 |
| PSI846 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA3431NGB |
| PSI848 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA25107BQ |
| PSI888 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL3191KY2 |
| PSI906 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL3191KS1 |
| PSI907 | $ 100.00 | Windows | OptiPlex 9010 | Dell Inc. | BD6GXV1 |
| PSI909 | $ 300.00 | Windows | Z170X-UD5 | Gigabyte Technology Co., Ltd. | |
| PSI914 | $ 100.00 | Windows | OptiPlex 9010 | Dell Inc. | 4LRCCZ1 |
| PSI916 | $ 100.00 | Windows | OptiPlex 9010 | Dell Inc. | 6KHKXV1 |
| PSI924 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL342225W |
| PSI950 | $ 100.00 | Windows | OptiPlex 9010 | Dell Inc. | 5Z7DZV1 |
| PSI-ATOS2 | $ 400.00 | Laptop | Precision T5600 | Dell Inc. | GMQ55Z1 |
| PSI-AVENTAIL | $ 200.00 | Windows | Z97X-Gaming 5 | Gigabyte Technology Co., Ltd. | |
| PSI-BALANCE | $ 150.00 | Laptop | HP EliteBook 8470w | Hewlett-Packard | CNU33391HQ |
| PSI-BAL-VERT-WH | $ 150.00 | Laptop | ThinkPad Edge E530c | Lenovo | MP1XXP3 |
| PSI-CATHERINE | $ 300.00 | Windows | Latitude 5590 | Dell Inc. | HTH46S2 |
| PSI-CMM | $ 200.00 | Windows | HP Z400 Workstation | Hewlett-Packard | 2UA2120892 |
| PSI-CMM-02 | $ 200.00 | Windows | HP Z2 Tower G4 Workstation | Hewlett-Packard | MXL9482FN0 |
| PSI-CMM-03 | $ 800.00 | Windows | MS-7B98 | Micro-Star International Co., Ltd. | |
| PSI-CR4 | $ 100.00 | Windows | OptiPlex 3010 | Dell Inc. | D3QQHX1 |
| PSI-CR5 | $ 100.00 | Windows | OptiPlex 9010 | Dell Inc. | 3MN4YV1 |
| PSI-CR7 | $ 100.00 | Windows | OptiPlex 3010 | Dell Inc. | 9HHD9Y1 |
| PSI-DEV | $ 200.00 | Windows | HP Z400 Workstation | Hewlett-Packard | 2UA2120898 |
| PSI-DJWL | $ 800.00 | Windows | MS-7B79 | Micro-Star International Co., Ltd. | |
| PSI-DVR-WEST | $ 300.00 | Windows | ProLiant DL385 G7 | Hewlett-Packard | 2M214802TZ |
| PSI-FPW02 | $ 300.00 | Windows | H8DGU | Supermicro | S2F22GU22004469 |
| PSI-FS01-1 | $ 2,000.00 | Windows | Isilon | Dell Inc. | |

| | | | | | |
|---|---|---|---|---|---|
| PSI-FS01-2 | $ 2,000.00 | Windows | Isilon | Dell Inc. | |
| PSI-FS01-3 | $ 2,000.00 | Windows | Isilon | Dell Inc. | |
| PSI-GE2 | $ 200.00 | Windows | HP Compaq 8000 Elite SFF PC | Hewlett-Packard | 2UA0280PW4 |
| PSI-IMAGE01 | $ 200.00 | Windows | HP Z400 Workstation | Hewlett-Packard | 2UA2130G82 |
| PSI-INSTRUMENT | $ 200.00 | Windows | HP Z400 Workstation | Hewlett-Packard | 2UA1250YKR |
| PSI-LAPTOP006 | $ 150.00 | Laptop | Latitude 5590 | Dell Inc. | GCP46S2 |
| PSI-LAPTOP008 | $ 150.00 | Laptop | ThinkPad E15 Gen 2 | Lenovo | MJ0EW6C4 |
| PSI-LAPTOP009 | $ 800.00 | Laptop | Vostro 15 7510 | Dell Inc. | 6NF85B3 |
| PSI-LAPTOP010 | $ 400.00 | Laptop | XPS 13 9360 | Dell Inc. | 3JLLQF2 |
| PSI-LAPTOP011 | $ 400.00 | Laptop | XPS 15 9550 | Dell Inc. | 46RTPF2 |
| PSI-LAPTOP012 | $ 800.00 | Laptop | Prestige 15 A11SCX | Micro-Star International Co., Ltd. | K2106N0071540 |
| PSI-LAPTOP013 | $ 800.00 | Laptop | Prestige 15 A11SCX | Micro-Star International Co., Ltd. | K2106N0071456 |
| PSI-LAPTOP015 | $ 150.00 | Laptop | HP ProBook 640 G1 | Hewlett-Packard | 5CG44220TK |
| PSI-LAPTOP016 | $ 150.00 | Laptop | HP ProBook 650 G1 | Hewlett-Packard | 5CG5521H5T |
| PSI-LAPTOP017 | $ 150.00 | Laptop | HP ProBook 640 G1 | Hewlett-Packard | 5CG45124S8 |
| PSI-LAPTOP018 | $ 150.00 | Laptop | HP ProBook 640 G1 | Hewlett-Packard | 5CG434007S |
| PSI-LAPTOP019 | $ 150.00 | Laptop | HP 250 G5 Notebook PC | Hewlett-Packard | CND639143X |
| PSI-LAPTOP101 | $ 150.00 | Laptop | HP ProBook 6560b | Hewlett-Packard | 4CZ1420CHT |
| PSI-LAPTOP102 | $ 150.00 | Laptop | HP ProBook 6560b | Hewlett-Packard | 5CB1470FY8 |
| PSI-LAPTOP104 | $ 150.00 | Laptop | HP ProBook 6560b | Hewlett-Packard | 5CB1470FYF |
| PSI-LAPTOP105 | $ 150.00 | Laptop | | Hewlett-Packard | |
| PSI-LAPTOP107 | $ 150.00 | Laptop | ENVY X360 Convertible | Hewlett-Packard | |
| PSI-LAPTOP110 | $ 150.00 | Laptop | Vostro 3583 | Dell Inc. | C769BV2 |
| PSI-LAPTOP111 | $ 150.00 | Laptop | »@ | Hewlett-Packard | |
| PSI-LAPTOP113 | $ 150.00 | Laptop | | Hewlett-Packard | |
| PSI-LAPTOP114 | $ 150.00 | Laptop | HP ProBook 6560b | Hewlett-Packard | |
| PSI-LAPTOP118 | $ 200.00 | Laptop | Vostro 5481 | Dell Inc. | DY6F6P2 |
| PSI-LAPTOP119 | $ 150.00 | Laptop | HP ProBook 6560b | Hewlett-Packard | 5CB21609TB |
| PSI-LAPTOP125 | $ 150.00 | Laptop | HP ProBook 6560b | Hewlett-Packard | 4CZ11202NK |
| PSI-LAPTOP135 | $ 150.00 | Laptop | HP ProBook 6560b | Hewlett-Packard | 5CB140249J |
| PSI-LAPTOP138 | $ 150.00 | Laptop | | Hewlett-Packard | |
| PSI-LAPTOP140 | $ 150.00 | Laptop | HP EliteBook 8460p | Hewlett-Packard | CNU1374ZQS |
| PSI-LAPTOP146 | $ 200.00 | Laptop | Latitude E6230 | Dell Inc. | 80XS3X1 |
| PSI-LAPTOP149 | $ 150.00 | Laptop | Precision M6600 | Dell Inc. | C8RXLQ1 |
| PSI-LAPTOP152 | $ 150.00 | Laptop | HP ProBook 640 G2 | Hewlett-Packard | 5CG6293T5K |
| PSI-LAPTOP155 | $ 150.00 | Laptop | HP ProBook 640 G2 | Hewlett-Packard | 5CG6423M8F |
| PSI-LAPTOP156 | $ 150.00 | Laptop | HP ProBook 640 G2 | Hewlett-Packard | 5CG6293WFN |
| PSI-LAPTOP162 | $ 150.00 | Laptop | HP ProBook 640 G2 | Hewlett-Packard | 5CG62538FD |
| PSI-LAPTOP164 | $ 150.00 | Laptop | HP ProBook 4530s | Hewlett-Packard | CNU1441522 |
| PSI-LAPTOP185 | $ 150.00 | Laptop | TECRA R940 | Toshiba | XD125661H |
| PSI-LAPTOP200 | $ 150.00 | Laptop | »@ | Hewlett-Packard | |
| PSI-LAPTOP201 | $ 200.00 | Laptop | Inspiron 15-3567 | Dell Inc. | DRYLVJ2 |
| PSI-LAPTOP202 | $ 200.00 | Laptop | Inspiron 15-3567 | Dell Inc. | BFZGVJ2 |

| PSI-LAPTOP204 | $ 200.00 | Laptop | Inspiron 15-3567 | Dell Inc. | 1NYLVJ2 |
|---|---|---|---|---|---|
| PSI-LAPTOP212 | $ 150.00 | Laptop | HP ProBook 4530s | Hewlett-Packard | CNU1163R0B |
| PSI-LAPTOP215 | $ 150.00 | Laptop | HP ProBook 430 G5 | Hewlett-Packard | 5CD745C141 |
| PSI-LAPTOP22 | $ 150.00 | Laptop | HP EliteBook 8740w | Hewlett-Packard | CNU0381RW2 |
| PSI-LAPTOP26 | $ 150.00 | Laptop | ThinkPad Edge | Lenovo | LR8XHX2 |
| PSI-LAPTOP27 | $ 150.00 | Laptop | HP 350 G1 | Hewlett-Packard | 5CG411DZF1 |
| PSI-LAPTOP28 | $ 150.00 | Laptop | HP 350 G1 | Hewlett-Packard | 5CG411F0ZG |
| PSI-LAPTOP300 | $ 500.00 | Laptop | Lenovo V330-14ARR | Lenovo | MP1H6EKB |
| PSI-LAPTOP301 | $ 500.00 | Laptop | Lenovo V330-14ARR | Lenovo | MP1H6EJF |
| PSI-LAPTOP303 | $ 500.00 | Laptop | Lenovo V330-14ARR | Lenovo | MP1H6CJL |
| PSI-LAPTOP305 | $ 500.00 | Laptop | Lenovo V330-14ARR | Lenovo | MP1LYJV1 |
| PSI-LAPTOP306 | $ 500.00 | Laptop | Lenovo V330-14ARR | Lenovo | MP1LYN13 |
| PSI-LAPTOP307 | $ 150.00 | Laptop | Latitude 7350 | Dell Inc. | J7TJQ72 |
| PSI-LAPTOP308 | $ 150.00 | Laptop | HP 250 G5 Notebook PC | Hewlett-Packard | CND63912V5 |
| PSI-LAPTOP309 | $ 150.00 | Laptop | HP ProBook 4540s | Hewlett-Packard | 2CE24905HY |
| PSI-LAPTOP31 | $ 150.00 | Laptop | HP 350 G1 | Hewlett-Packard | 5CG4400WRR |
| PSI-LAPTOP33 | $ 150.00 | Laptop | ThinkPad Edge E530c | Lenovo | MP211VE |
| PSI-LAPTOP41 | $ 150.00 | Laptop | HP ProBook 4540s | Hewlett-Packard | 2CE24902WT |
| PSI-LAPTOP45 | $ 150.00 | Laptop | »@ | Hewlett-Packard | |
| PSI-LAPTOP556 | $ 150.00 | Laptop | HP ProBook 6560b | Hewlett-Packard | 5CB21609TQ |
| PSI-LAPTOP58 | $ 150.00 | Laptop | Lenovo B50-45 | Lenovo | 3662689200044 |
| PSI-LAPTOP62 | $ 150.00 | Laptop | HP ProBook 650 G1 | Hewlett-Packard | 5CG5521H4Z |
| PSI-LAPTOP64 | $ 150.00 | Laptop | ThinkPad E15 Gen 2 | Lenovo | MJ0EW6C1 |
| PSI-LAPTOP65 | $ 150.00 | Laptop | HP EliteBook 8460p | Hewlett-Packard | CNU1402987 |
| PSI-LAPTOP82 | $ 150.00 | Laptop | HP ProBook 640 G2 | Hewlett-Packard | 5CG63334QF |
| PSI-LAPTOP83 | $ 150.00 | Laptop | HP 250 G5 Notebook PC | Hewlett-Packard | CND63912ND |
| PSI-LAPTOP87 | $ 150.00 | Laptop | Latitude E5430 vPro | Dell Inc. | FT2KYY1 |
| PSI-LAPTOP88 | $ 150.00 | Laptop | Latitude E5430 vPro | Dell Inc. | 7QFRVY1 |
| PSI-LAPTOP9 | $ 150.00 | Laptop | HP ProBook 4530s | Hewlett-Packard | CNU14415PR |
| PSI-LAPTOP90 | $ 150.00 | Laptop | HP 250 G5 Notebook PC | Hewlett-Packard | CND6390ZCS |
| PSI-LAPTOP91 | $ 150.00 | Laptop | HP 250 G5 Notebook PC | Hewlett-Packard | CND632399M |
| PSI-LAPTOP92 | $ 150.00 | Laptop | HP 250 G5 Notebook PC | Hewlett-Packard | CND6390ZCZ |
| PSI-LAPTOP95 | $ 150.00 | Laptop | HP 250 G5 Notebook PC | Hewlett-Packard | CND6390ZFB |
| PSI-LAPTOP96 | $ 150.00 | Laptop | HP 250 G5 Notebook PC | Hewlett-Packard | CND63913ZR |
| PSI-LAPTOP99 | $ 1,000.00 | Laptop | GS60 2PE Ghost Pro | Micro-Star International Co., Ltd. | FFFFFFFF |
| PSI-QB01 | $ 200.00 | Windows | HP Z420 Workstation | Hewlett-Packard | 2UA2431PDN |
| PSI-R-DSW01 | $ 150.00 | Switch | 2920-48G(J9728A) | Hewlett-Packard | SG60FLYWX0 |
| PSI-R-DSW03 | $ 150.00 | Switch | ProCurve Switch 2810-24G | Hewlett-Packard | CN842XI7VB |
| PSI-R-DSW04 | $ 150.00 | Switch | ProCurve 2530-48G-2SFP+ | Hewlett-Packard | CN51G9F04D |
| PSI-R-DSW05 | $ 150.00 | Switch | ProCurve 2530-48G-2SFP+ | Hewlett-Packard | CN51G9F05G |
| PSI-R-DSW06 | $ 150.00 | Switch | 2530-48G(J9775A) | Hewlett-Packard | CN35FP63NT |
| PSI-R-VSW01 | $ 150.00 | Switch | | Netgear | 3AS46C5W004AB |
| PSI-R-VSW02 | $ 150.00 | Switch | | Netgear | 3AS46C5900508 |

| | | | | | |
|---|---|---|---|---|---|
| PSI-R-VSW03 | $ 150.00 | Switch | | Netgear | 3AS46C5700506 |
| PSIRWU03 | $ 100.00 | Windows | OptiPlex 9010 | Dell Inc. | BKRYWV1 |
| PSIRWU1 | $ 200.00 | Windows | HP Compaq Elite 8300 SFF | Hewlett-Packard | MXL3191KP6 |
| PSIRWU2 | $ 100.00 | Windows | OptiPlex 9010 | Dell Inc. | BD6LXV1 |
| PSI-SG | $ 800.00 | Windows | Z390 UD | Gigabyte Technology Co., Ltd. | |
| PSI-SHIPPING | $ 200.00 | Windows | HP Z400 Workstation | Hewlett-Packard | 2UA1250YL0 |
| psi-vxrail-01.psnet.local | $ 1,200.00 | ESXi server | VxRail E560 | Dell Inc. | 11WW9T2 |
| psi-vxrail-02.psnet.local | $ 1,200.00 | ESXi server | VxRail E560 | Dell Inc. | 11WX9T2 |
| psi-vxrail-03.psnet.local | $ 1,200.00 | ESXi server | VxRail E560 | Dell Inc. | 11WY9T2 |
| psi-vxrail-04.psnet.local | $ 1,200.00 | ESXi server | VxRail E560 | Dell Inc. | 11WZ9T2 |
| PSI-WESTNAS | $ 800.00 | NAS | Storage | QNAP Systems | |
| PSIWESTVM01 | $ 200.00 | ESXi server | PowerEdge R610 | Dell Inc. | 4DMPXQ1 |
| PSIWWL01 | $ 150.00 | Laptop | HP ProBook 4520s | Hewlett-Packard | 2CE04104YS |
| PSIWWL02 | $ 150.00 | Laptop | HP ProBook 4525s | Hewlett-Packard | 2CE0490YGZ |
| PSIWWU2 | $ 200.00 | Windows | HP Z400 Workstation | Hewlett-Packard | 2UA0451H5B |
| PSI-ZENBOOK1 | $ 150.00 | Laptop | UX305FA | ASUSTeK COMPUTER INC. | F1N0CJ081115034 |
| RED-LION | $ 400.00 | Windows | X10DAx | Supermicro | |
| Reynolds-DSW02 | $ 150.00 | Switch | ProCurve 2520-8-PoE (J9137A) | Hewlett-Packard | CN404DP259 |
| Samsung 1513181518 | $ 50.00 | Monitor | SMB2430H | Samsung | 1513181518 |
| Samsung 1513379640 | $ 50.00 | Monitor | S20B350 | Samsung | 1513379640 |
| Samsung 8W4Z | $ 50.00 | Monitor | S20B350 | Samsung | 8W4Z |
| Samsung HCGQ206271 | $ 50.00 | Monitor | SyncMaster | Samsung | HCGQ206271 |
| Samsung HCLC600024 | $ 50.00 | Monitor | S20B350 | Samsung | HCLC600024 |
| Samsung HTOJA00131 | $ 50.00 | Monitor | C27F390 | Samsung | HTOJA00131 |
| Samsung HTRJ900706 | $ 50.00 | Monitor | CF791 | Samsung | HTRJ900706 |
| Sceptre 16843009 | $ 50.00 | Monitor | E27 | Sceptre | 16843009 |
| Sceptre 389 | $ 50.00 | Monitor | Sceptre X24WG | Sceptre | 389 |
| SHIRO | $ 1,000.00 | Windows | X570 AORUS ULTRA | Gigabyte Technology Co., Ltd. | |
| SPOT | $ 1,000.00 | Windows | B550 GAMING X V2 | Gigabyte Technology Co., Ltd. | |
| STARBUCK | $ 1,000.00 | Windows | MS-7B94 | Micro-Star International Co., Ltd. | |
| THOR | $ 200.00 | Windows | HP Z820 Workstation | Hewlett-Packard | 2UA3291D38 |
| VCX100 | $ 400.00 | Windows | Desktop | ASUS | |
| ViewSonic Corporation STB121702339 | $ 50.00 | Monitor | VG2228 SERIES | ViewSonic Corporation | STB121702339 |
| ViewSonic Corporation STB122540705 | $ 50.00 | Monitor | VG2228 SERIES | ViewSonic Corporation | STB122540705 |
| ViewSonic Corporation STB123140609 | $ 50.00 | Monitor | VG2228 SERIES | ViewSonic Corporation | STB123140609 |
| ViewSonic Corporation STB123241891 | $ 50.00 | Monitor | VG2228 SERIES | ViewSonic Corporation | STB123241891 |
| ViewSonic Corporation STB133141057 | $ 50.00 | Monitor | VG2228 SERIES | ViewSonic Corporation | STB133141057 |
| ViewSonic Corporation T6X123542486 | $ 50.00 | Monitor | VA2212 Series | ViewSonic Corporation | T6X123542486 |
| ViewSonic Corporation T6X123542489 | $ 50.00 | Monitor | VA2212 Series | ViewSonic Corporation | T6X123542489 |
| ViewSonic Corporation T6X123542495 | $ 50.00 | Monitor | VA2212 Series | ViewSonic Corporation | T6X123542495 |
| ViewSonic Corporation UG0193580800 | $ 50.00 | Monitor | VX2457 | ViewSonic Corporation | UG0193580800 |
| ViewSonic Corporation WMM224540372 | $ 50.00 | Monitor | VA1655-FHD | ViewSonic Corporation | WMM224540372 |
| VIZIO, Inc 16843009 | $ 50.00 | Monitor | D24-D1 | VIZIO, Inc | 16843009 |

| | | | | | |
|---|---|---|---|---|---|
| Voltron | $ 300.00 | Switch | SX1012 | Mellanox Technologies LTD | MT1629K00080 |
| WatchGuard Technologies, Inc. | $ 1,000.00 | Firewall | none | WatchGuard Technologies, Inc. | |
| WatchGuard Technologies, Inc. | $ 1,000.00 | Firewall | none | WatchGuard Technologies, Inc. | |
| WEH 0000000000001 | $ 50.00 | Monitor | WC34DX9019 | WEH | 0000000000001 |
| West-DSW01 | $ 150.00 | Switch | 2920-48G(J9728A) | Hewlett-Packard | SG60FLYWWM |
| West-DSW02 | $ 150.00 | Switch | 2530-48G(J9775A) | Hewlett-Packard | CN36FP61CQ |
| West-DSW03 | $ 150.00 | Switch | HP ProCurve 2510G-48 J9280A | Hewlett-Packard | CN002DG224 |
| West-DSW04 | $ 150.00 | Switch | ProCurve Switch 2810-24G | Hewlett-Packard | CN205XI0NT |
| West-DSW05 | $ 150.00 | Switch | HP ProCurve Switch 2810-48G | Hewlett-Packard | CN341XJ059 |
| West-DSW06 | $ 100.00 | Switch | | | |
| West-DSW07 | $ 150.00 | Switch | ProCurve 2520-8-PoE (J9137A) | Hewlett-Packard | CN405DP0QX |
| West-DSW08 | $ 150.00 | Switch | ProCurve 2520-8-PoE (J9137A) | Hewlett-Packard | CN403DP15Q |
| West-DSW09 | $ 150.00 | Switch | ProCurve 2520-8-PoE (J9137A) | Hewlett-Packard | CN204DP0M0 |
| West-VSW01 | $ 150.00 | Switch | 2930M-48G-PoE+ (JL322A) | Hewlett-Packard | SG1AJQN0VD |
| West-VSW02 | $ 150.00 | Switch | HP J9148A | Hewlett-Packard | SG233IS07X |
| West-VSW03 | $ 150.00 | Switch | HP J9148A | Hewlett-Packard | SG110ISH1K |
| West-VSW04 | $ 150.00 | Switch | HP J9148A | Hewlett-Packard | SG251IS0BH |
| West-VSW05 | $ 150.00 | Switch | HP J9148A | Hewlett-Packard | SG237IS0NJ |
| YELLOW-LION | $ 400.00 | Windows | X10DAx | Supermicro | |
| ZD421 | $ 100.00 | Printer | ZT410-203dpi ZPL | Zebra Technologies Corporation | |
| Dell Server | $ 200.00 | | PowerEdge R610 | | |
| WatchGuard Technologies, Inc. | $ 1,000.00 | Firewall | none | WatchGuard Technologies, Inc. | |
| EqualLogic | $ 1,000.00 | SAN | Rapid Logic/1.1 | Dell Inc. | |
| Hewlett-Packard | $ 3,000.00 | Tape Drive | | Hewlett-Packard | |
| Total | $94,890.00 | | | | |

| Type | Disposition | Quantity | Value | Total |
|------|-------------|----------|-------|-------|
| Phones | production | 120 | $ 20.00 | $ 2,400.00 |
| Phone System | production | 3 | $ 300.00 | $ 900.00 |
| Workstations | Storage | 40 | $ 150.00 | $ 6,000.00 |
| Keyboards | production | 110 | $ 3.00 | $ 330.00 |
| Mice | production | 110 | $ 3.00 | $ 330.00 |
| Keyboards | Storage | 40 | $ 5.00 | $ 200.00 |
| Mice | Storage | 40 | $ 5.00 | $ 200.00 |
| Phones | Storage | 200 | $ 20.00 | $ 4,000.00 |
| Servers | Storage | 2 | $ 150.00 | $ 300.00 |
| laptops | Storage | 35 | $ 150.00 | $ 5,250.00 |
| Phone System | Storage | 2 | $ 300.00 | $ 600.00 |
| monitors | Storage | 100 | $ 50.00 | $ 5,000.00 |
| PC UPS | Storage | 60 | $ 30.00 | $ 1,800.00 |
| PC UPS | production | 120 | $ 40.00 | $ 4,800.00 |
| Servers UPS | production | 6 | $ 500.00 | $ 3,000.00 |
| | | | | $ 35,110.00 |

| 1 | Surface Defect Scriber | Carbide Probes | SDS-0600 | 1 | $ | 20.00 | |
|---|---|---|---|---|---|---|---|
| 1 | 1600X3 Strap | Certified Slings | | 125 | $ | 20.00 | |
| 1 | 3200X3 Strap | Certified Slings | | 126 | $ | 20.00 | |
| 1 | 1600X3 Strap | Certified Slings | | 127 | $ | 20.00 | |
| 1 | 3100X3 Strap | Certified Slings | | 128 | $ | 20.00 | |
| 1 | 3100X3 Strap | Certified Slings | 340-02760 | 129 | $ | 20.00 | |
| 1 | 3200X2 Strap | Certified Slings | | 131 | $ | 20.00 | |
| 1 | 3100X3 Strap | Certified Slings | | 140 | $ | 20.00 | |
| 1 | lathe | Mori seiki | SL-25MC5 | 945 | $ | 2,500.00 | |
| 1 | #2 Almen Gage | Electronics Inc | TSP-JR | 959 | $ | 200.00 | |
| 1 | Air compressor | KAESER Kompressoren | Model (AS25) part (1019 | 1101 | $ | 8,000.00 | |
| 1 | Air compressor | KAESER Kompressoren | Model (AS25) part (1019 | 1111 | $ | 8,000.00 | |
| 1 | Refrigeration Dryer | KAESER Kompressoren | Material number 1.8036 | 1873 | $ | 7,500.00 | |
| 1 | 1LB CAST IRON WT. | TROEMNER | TROEMNER | 9478 | $ | 10.00 | |
| 1 | 1LB CAST IRON WT. | TROEMNER | TROEMNER | 9478 | $ | 10.00 | |
| 1 | lathe | HES Machining tool inc | AC280 | 9838 | $ | 900.00 | |
| 1 | Bridgeport type mill (3-Axis Mill) | ACRA | AM-2V | 10456 | $ | 2,600.00 | |
| 1 | EDM | gromax | PD-16Y | 10549 | $ | - | |
| 1 | HES 20" lathe | HES Machining tool inc | 550 | 11338 | $ | - | |
| 1 | Surface Grinder | Reid Precision Surface Grinder | 618HR | 18792 | $ | 100.00 | |
| 1 | 6" Caliper | Mitutoyo | CD-6" | 25880 | $ | 10.00 | |
| 1 | 24'' Digital Caliper | Mitutoyo | CD-24''C | 30805 | $ | 100.00 | |
| 1 | 24'' Digital Caliper | Mitutoyo | CD-24''C | 32423 | $ | 100.00 | |
| 1 | Pressure Tansducer | Setra | 5221030PA1M24N1S | 95724 | $ | 114.00 | |
| 1 | Pressure Tansducer | Setra | 5221030PA1M24N1S | 95726 | $ | 114.00 | |
| 1 | Pressure Tansducer | Setra | 5221030PA1M24N1S | 95727 | $ | 114.00 | |
| 1 | Pressure Tansducer | Setra | 5221030PA1M24N1S | 95728 | $ | 114.00 | |
| 1 | Borescope | Machida | PF06-600A | 120720 | $ | 150.00 | |
| 1 | Transformer | Eltra | | 150314 | $ | - | |
| 1 | 20-Ton Bidge Crane | Kranco | 20 Ton | 389006 | $ | 12,500.00 | |
| 1 | 20-Ton Bidge Crane | Kranco | 20 Ton | 389006 | $ | 12,500.00 | |
| 1 | ENCO Bridgeport type mill (3-Axis M | ENCO | 684266 | 470555 | $ | 1,200.00 | |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Alloy Analyzer | Delta | DP-2000-C | 510657 | $          - |
| 1 | 2400X5 Strap | LiftAll | | 819623 | $      20.00 |
| 1 | Hardbearing Balance Machine | Hofmann | HD-28.2J | 904023 | $  35,000.00 |
| 1 | 12'' Digital Caliper | Mitutoyo | CD-12''CP | 1069449 | $      50.00 |
| 1 | Gage Block Set | Mitutoyo | 516-423-26 | 1108368 | $     100.00 |
| 1 | Pressure Tansducer | Omegadyne Inc. | PX438-005GI-20FT | 1200197 | $     180.00 |
| 1 | Thread Measurements | SPI | | 3293529 | $      10.00 |
| 1 | Pressure Tansducer | Setra | 2301002PD2F2DBC | 4857672 | $     240.00 |
| 1 | Pressure Tansducer | Setra | 2301001PD2F2DBC | 4857673 | $     240.00 |
| 1 | Pressure Tansducer | Setra | 2091001PG1M2402P | 4865775 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091001PG1M2402P | 4865784 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091001PG1M2402P | 4865792 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091001PG1M2402P | 4865796 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091001PG1M2402P | 4865806 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091001PG1M2402P | 4865813 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091002PG1M2402P | 4865821 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091002PG1M2402P | 4865822 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091002PG1M2402P | 4865823 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091002PG1M2402P | 4865824 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091002PG1M2402P | 4865825 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091002PG1M2402P | 4865828 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091005PG1M2402P | 4865834 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091005PG1M2402P | 4865834 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091005PG1M2402P | 4865834 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091005PG1M2402P | 4865834 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091005PG1M2402P | 4872273 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091005PG1M2402P | 4872273 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091005PG1M2402P | 4872273 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091005PG1M2402P | 4872273 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091005PG1M2402P | 4872283 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091005PG1M2402P | 4872285 | $      81.00 |
| 1 | Pressure Tansducer | Setra | 2091005PG1M2402P | 4872292 | $      81.00 |
| 1 | 22000X4 Strap | Certified Slings | | 5814454 | $      20.00 |
| 1 | 1600X5 (VERT WEIGHT LIMIT X LEN | Certified Slings | | 5814455 | $      20.00 |
| 1 | Thread Measurements | Mitutoyo | | 6243034 | $      10.00 |

| 1 | 6'' Digital Caliper | Mitutoyo | CD-6''CSX | 7493576 | $ | 10.00 | |
| 1 | 6'' Digital Caliper | Mitutoyo | CD-6''CSX | 7493622 | $ | 10.00 | |
| 1 | CNC 3-Axis Mill | Fadal | VMC 4020 - 906-1 | 9911417 | $ | 1,200.00 | |
| 1 | 250DP Welder | Miyachi | 1-250-04 | 11060110 | $ | 2,500.00 | |
| 1 | 8'' Digital Caliper | Mitutoyo | CD-8''PSX | 11191495 | $ | 20.00 | |
| 1 | 12'' Dial Caliper | Mitutoyo | D12TN | 11568248 | $ | 50.00 | |
| 1 | 250DP Welder | Miyachi | 1-250-04 | 12040250 | $ | 2,500.00 | |
| 1 | 250DP Welder | Miyachi | 1-250-04 | 12040251 | $ | 2,500.00 | |
| 1 | Machine cooling unit | DMG MORI | WK804 (ID No. 2328871 | 15052419 | $ | - | |
| 1 | Machine cooling unit | DMG MORI | ID-No.3325834 | 17073798 | $ | - | |
| 1 | Multimeter | Fluke | 175 | 20300530 | $ | 40.00 | |
| 1 | Multimeter | Fluke | 175 | 20300532 | $ | 40.00 | |
| 1 | Hydrogen Welder | Arizona Hydrogen | mg150 | 150140513 | $ | 375.00 | |
| 1 | Borescope | Cen-Tech | 60695 | 364511343 | $ | 150.00 | |
| 1 | Tool Coolant Filtration | DMG MORI | ID-No. 3066202 (Revisio | # 010000143627 | $ | - | |
| 1 | CNC 3-Axis Mill | Fadal | VMC2216FX | # 012007016588 | $ | 11,000.00 | |
| 1 | EDM | Long Chang Machinery co., LTD. | lcn - 42 | (mfg no 6013358 | $ | 24,750.00 | |
| 1 | FT4000 HEATER TOOL 'J' THERMOC | Omega | BT-090-J-3.50-60-1 | 001 | $ | 20.00 | |
| 1 | Turbo Hinge belt chip conveyer | Turbo Hinge | Model 5750-5760-5770- | 0012156878 | $ | - | |
| 1 | 5-100 ft-lb Electronic Torque Wrenc | CDI | 1002CF3 | 0113001661 | $ | 32.00 | |
| 1 | 72"-84" π Tape | Newman Tools | 72"-84" | 031398103 | $ | 30.00 | |
| 1 | Scope Plus | TPI | Scope Plus 440 | 03220890005 | $ | 34.00 | |
| 1 | 200 in/lb Rotary Torque Transducer | PCB Piezotronics | PCB Piezotronics | 039237-50022 | $ | 20.00 | |
| 1 | 200 NM Rotary Torque transducer | PCB Piezotronics | PCB Piezotronics | 039250-51201 | $ | 20.00 | |
| 1 | 0-250 in-lb Dial Torque Wrench | Proto | J6177F | 04122266 | $ | 22.00 | |
| 1 | 15-75 ft-lb Torque Wrench | CDI | 75MFRMH | 0412502493 | $ | 63.00 | |
| 1 | Laser Thermometer | CEN-TECH | 91778 | 05041950 | $ | 10.00 | |
| 1 | 96"-108" π Tape | Newman Tools | 96"-108" | 05089557 | $ | 30.00 | |
| 1 | 0-75 in-lb Dial Torque Wrench | CDI | 751LDIN | 0512049544 | $ | 16.00 | |
| 1 | 30-200 in-lb Torque Wrench | CDI | 2002MRMH | 0512600807 | $ | 12.00 | |
| 1 | 30-250 fl-lb Torque Wrench | CDI | 2503MFRMH | 0512602056 | $ | 17.00 | |
| 1 | 200-600 ft-lb Clicker Torque Wrenc | SN/Ap-On | TQR600E | 0514803239 | $ | 30.00 | |
| 1 | 0-30 in-lb Dial Torque Wrench | Proto | J6168F | 06122179 | $ | 20.00 | |
| 1 | Tool Coolant Filtration | DMG MORI | ID-No. 3102731 (Revisio | 061273 - 10.4 | $ | - | |
| 1 | Tool Coolant Filtration | DMG MORI | ID-No. 3102731 (Revisio | 061595 - 80.3 | $ | - | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Tool Coolant Filtration | DMG MORI | ID-No. 3102731 (Revisio | 061595-60.1 | $ - | |
| 1 | 24"-48" π Tape | Newman Tools | 24"-48" | 07211138 | $ 30.00 | |
| 1 | Dial Indicator | MHC | 00301275 | 074 | $ 20.00 | |
| 1 | 120-600 ft-lb Torque Wrench | CDI | 6004MFRMH | 0811070269 | $ 49.00 | |
| 1 | 0-150 in-lb Dial Torque Wrench | CDI | 1502LDIN | 0812066154 | $ 15.00 | |
| 1 | 50-250 ft-lb Clicker Torque Wrench | SN/Ap-On | TQRFR250E | 0813803709 | $ 30.00 | |
| 1 | 84"-96" π Tape | Newman Tools | 84"-96" | 08189870 | $ 30.00 | |
| 1 | Thickness Gauge | Fischer | Dual Scope FMP40C | 093-30603A | $ 170.00 | |
| 1 | Surface Roughness Tester | Mitutoyo | SJ-210 | 100391101 | $ 200.00 | |
| 1 | 12.5-250 ft-lb Electronic Angle of Turn Torque Wrench | | ATECH3FR250B | 1012070543 | $ 50.00 | |
| 1 | .5" Digital Indicator | Fowler | 54-562-777 | 10274026 | $ 22.50 | |
| 1 | 12000X6 Strap | Certified Slings | | 1029706-1 | $ 20.00 | |
| 1 | 12000X6 Strap | Certified Slings | | 1029706-6 | $ 20.00 | |
| 1 | 22000X4Strap | Certified Slings | | 1029706-8 | $ 20.00 | |
| 1 | 4-5" OD MIC | Mitutoyo | 103-219 | 103-219-1 | $ 30.00 | |
| 1 | 6200X6 Strap | Certified Slings | 340-02856 | 1037361-4 | $ 20.00 | |
| 1 | 6200X6 Strap | Certified Slings | | 1038212-12 | $ 20.00 | |
| 1 | 6200X6 Strap | Certified Slings | 340-02856 | 1038212-7 | $ 20.00 | |
| 1 | 6200X6 Strap | Certified Slings | 340-02856 | 1038212-9 | $ 20.00 | |
| 1 | Surface Roughness Tester | Mitutoyo | SJ-210 | 108321104 | $ 200.00 | |
| 1 | AC-DC Power Supply | Acopian | Acopian | 10EB24 | $ 10.00 | |
| 1 | Holography Machine | Karl Stetson Associates | K100/HOL | 110414 | $ 3,813.00 | |
| 1 | T/C Reader | Omega | HH12B | 110886 | $ 8.00 | |
| 1 | 0-600 in-lb Dial Torque Wrench | CDI | 6002LDIN | 1112100475 | $ 16.00 | |
| 1 | OD MIC 48"-54" | Starrett | 48"-54" | 11180359 | $ 340.00 | |
| 1 | OD MIC 36"-42" | Starrett | 36"-42" | 11180426 | $ 270.00 | |
| 1 | .5" Digital Indicator | Fowler | 54-562-777 | 11244023 | $ 22.50 | |
| 1 | OD MIC 42"-48" | Starrett | 42"-48" | 11319390 | $ 290.00 | |
| 1 | OD MIC 54"-60" | Starrett | 54"-60" | 11432055 | $ 400.00 | |
| 1 | 125DP Welder | Miyachi | 125 | 12010407 | $ 1,750.00 | |
| 1 | Water Welder | SRA | 2022-12 | 12-123 | $ 140.00 | |
| 1 | Downflo oval | Donaldson Torit | DFO2-2 | 12335087 - L1 - 1 | CONSIGNMENT - See MFT-01 | |
| 1 | Gage Block Accessories | Mitutoyo | 516-612 | 1300080 | $ 20.00 | |
| 1 | Large Oven | Despatch | Spec PWC3-21-2 | 135572 | $ 3,000.00 | |
| 1 | Temp/Humidity Reader | Traceable | 8515 | 140442867 | $ 20.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Temp/Humidity Reader | Traceable | 8515 | 140442867 | $ | 20.00 |
| 1 | Gage Block Set (Transfer Standard) | Mitutoyo | 516-763-26 | 1407692 | $ | 20.00 |
| 1 | 1/2" Dial Indicator | Fowler | 54-562-777 | 14134042 | $ | 20.00 |
| 1 | 10,000 lb Spreader Bar | Caldwell | 17-5-10 | 14-21315-1 | $ | 190.00 |
| 1 | 10,000 lb Spreader Bar | Caldwell | 17-5-10 | 14-21315-2 | $ | 190.00 |
| 1 | Hydrogen Welder | Hydrogen | mg150 | 150120618 | $ | 20.00 |
| 1 | OD MIC 2"-3" | Mitutoyo | 293-332 | 15120398 | $ | 30.00 |
| 1 | OD MIC 3"-4" | Mitutoyo | 293-333 | 15120411 | $ | 33.00 |
| 1 | OD MIC 1"-2" | Mitutoyo | 293-331 | 15120428 | $ | 25.00 |
| 1 | OD MIC 0"-1" | Mitutoyo | 293-330 | 15120543 | $ | 20.00 |
| 1 | Jumbo Weigher | Straightpoint | JW10TU | 1535 | $ | 100.00 |
| 1 | 10-Ton Electric Hoist (Crane 1) | R&M Crane | 11 Ton | 160226VK1 | $ | 1,000.00 |
| 1 | 10-Ton Electric Hoist (Crane 2) | R&M Crane | 13 Ton | 160226VK2 | $ | 1,000.00 |
| 1 | 10-Ton Electric Hoist (Crane 1) | R&M Crane | 10 Ton | 160226VK3 | $ | 1,000.00 |
| 1 | 10-Ton Electric Hoist (Crane 2) | R&M Crane | 12 Ton | 160226VK4 | $ | 1,000.00 |
| 1 | Pressure Gauge 0-100 psi | Crystal | 100PSIXP2I | 160847 | $ | 30.00 |
| 1 | Pressure Gauge 0-300 psi | Crystal | 300PSIXP2I | 163645 | $ | 30.00 |
| 1 | Pressure Gauge 0-100 psi | Crystal | 100PSIXP2i | 163763 | $ | 30.00 |
| 1 | Multimeter | Fluke | 289 | 16390097 | $ | 60.00 |
| 1 | Dial Indicator | MHC | 76450071 | 1679546 | $ | 20.00 |
| 1 | EDM | ELTEE | EP-300CP | 1806 (machine # | $ | 7,200.00 |
| 1 | Multimeter | Fluke | 77 | 18190221 | $ | 40.00 |
| 1 | Multimeter | Fluke | 77IV | 18200263 | $ | 40.00 |
| 1 | 5300X6 Strap | US Cargo Control | | 1I14-4104 | $ | 20.00 |
| 1 | Temperature Readout | Omega | HH12 | 204978 | $ | 8.00 |
| 1 | Hydrogen Welder | SRA | SRA | 20622-12 | $ | 100.00 |
| 1 | Gage Block Set | SPI | CE-001 | 20666 | $ | 35.00 |
| 1 | Scale | Acculab | VIC-123 | 21855317 (16755 | $ | 23.00 |
| 1 | 8400X10 Strap | Liftall | | 220336-1 | $ | 20.00 |
| 1 | 8400X10 Strap | LiftAll | | 220336-8 | $ | 20.00 |
| 1 | Scale | Acculab | VIC-4MG | 22153592 (16755 | $ | 25.00 |
| 1 | Machine cooling unit | DMG MORI | AKZ321C050 | 22203112-02A (M | $ | - |
| 1 | Dry Type Transformer | sodick | DVTKO-18AT-D | 2235/200308 | $ | - |
| 1 | Machine cooling unit | DMG MORI | ID No. 3041120 (revision | 2300019884/08.0 | $ | - |
| 1 | Machine cooling unit | DMG MORI | ID-No. 3041120 (Revisio | 2300019987/13.0 | $ | - |

| 1 | Solder Station | Weller | WDI | 2354 | $ | 13.00 | |
|---|---|---|---|---|---|---|---|
| 1 | Solder Station | Weller | WDI | 2361 | $ | 13.00 | |
| 1 | Jumbo Weigher | Straightpoint | JW10TU | 2370 | $ | 100.00 | |
| 1 | Solder Station | Weller | WDI | 2401 | $ | 13.00 | |
| 1 | Load Cell | Omegadyne Inc. | LCCD-750 | 244360 | $ | 44.00 | |
| 1 | Welding Filter | KEMPER | SYSTEM 8000 | 259-597 | $ | 6,000.00 | |
| 1 | Temperature Controller | Watlow | CUCCKH 0322192D | 273918 | $ | 20.00 | |
| 1 | 1'' Digital Indicator | SPI | 14-797-5 | 2772 | $ | 15.00 | |
| 1 | Load Cell | Omegadyne Inc. | LCCD-500 | 278785 | $ | 44.00 | |
| 1 | Load Cell | Omegadyne Inc. | LCCD-500 | 278786 | $ | 44.00 | |
| 1 | Load Cell | Omegadyne Inc. | LCCD-500 | 278791 | $ | 44.00 | |
| 1 | Load Cell | Omegadyne Inc. | LC101-1K | 278877 | $ | 36.00 | |
| 1 | Multimeter | Fluke | 175 | 28040327 | $ | 30.00 | |
| 1 | Multimeter | Fluke | 175 | 28200339 | $ | 30.00 | |
| 1 | Multimeter | Fluke | 175 | 28210299 | $ | 30.00 | |
| 1 | Pressure Gauge 0-20,000 psi | Enerpac | DGR-2 | 3121608003 | $ | 30.00 | |
| 1 | Depth Micrometer 12" | Mitutoyo | 129-150 | 317823 | $ | 20.00 | |
| 1 | Fork Truck | Clark | C500-50 | 355-1078-4161 | $ | 4,000.00 | |
| 1 | 1'' Digital Indicator | SPI | 14-797-5 | 3673 | $ | 15.00 | |
| 1 | Welder | Tweezerweld | DC80C | 3860 | $ | 375.00 | |
| 1 | Pressure Gauge 0-20,000 psi | Enerpac | DGR-2 | 4082906001 | $ | 30.00 | |
| 1 | 3200X6 Strap | Kentucky Wire Rope | | 50184307-3 | $ | 20.00 | |
| 1 | Temperature Controller | McMaster Carr | | 599-438 | $ | 20.00 | |
| 1 | shrink fit machine | e.leclerc | FI-5JB | 5JB6058 | $ | - | |
| 1 | shrink fit machine | e.leclerc | FI-5B | 5MB2059 | $ | - | |
| 1 | 5300X2 Strap | Spanset | | 60-0017 | $ | 20.00 | |
| 1 | 5300X2 Strap | Spanset | | 60-0032 | $ | 20.00 | |
| 1 | 5300X2 Strap | Spanset | | 60-0083 | $ | 20.00 | |
| 1 | 5300X3 Strap | Spanset | | 60-10093 | $ | 20.00 | |
| 1 | 5300X2 Strap | Spanset | | 60-2660 | $ | 20.00 | |
| 1 | 5300X3 Strap | Spanset | | 60-6735 | $ | 20.00 | |
| 1 | Tool Coolant Filtration | DMG MORI | ID-No. 2950236 | 6138-004/11.06.1 | $ | - | |
| 1 | CompAir Screw Compressor | CompAir | Hydrovane (100 PSI - 5H | 707-0002590004 | $ | - | |
| 1 | Microscope Micrometer | Gaertner Scientific | 10X | 7568-KE | $ | 10.00 | |
| 1 | Scale | OHAUS | EB15 | 80314311583 | $ | 36.00 | |

| 1 | Solder Station | Weller | WDI | 8207 | $ | 13.00 | |
| 1 | 0-500 in-lb Torque Wrench | N/A | 850246 | 830920 | $ | 20.00 | |
| 1 | 0-32 in-oz Torque Wrench | N/A | M32-10 | 833223 | $ | 15.00 | |
| 1 | 0-160 in-oz Torque Wrench | N/A | M160-10 | 834083 | $ | 40.00 | |
| 1 | 0-140 ft-lb Torque Wrench | N/A | 850198 | 837212 | $ | 18.00 | |
| 1 | 1 ton Chain Fall (Crane 5) | Dayton | 1VW56 | 8385/10 | $ | 30.00 | |
| 1 | 1 ton Chain Fall (Crane 5) | Dayton | 1VW56 | 8475/10 | $ | 30.00 | |
| 1 | Feeler Gage Set .05mm-1.0mm | TBI | FPM-20 | 85668903 | $ | 10.00 | |
| 1 | 2500 lb Spreader Bar | Vastil Manufacturing | SBM-25 | 889300 | $ | 60.00 | |
| 1 | 2400X5 Strap | Liftall | | 897404-235 | $ | 20.00 | |
| 1 | 10 Ton Chain Fall | Jet | SMH-10T-15 | 90025 | $ | 150.00 | |
| 1 | 8400X12 Strap | Spanset | | 90-1408 | $ | 20.00 | |
| 1 | .5LBS/CLASSF | TROEMNER | TROEMNER | 9486T | $ | 5.00 | |
| 1 | .5LBS/CLASSF | TROEMNER | TROEMNER | 9486T | $ | 5.00 | |
| 1 | 1.0LBS/CLASSF | TROEMNER | TROEMNER | 9488T | $ | 10.00 | |
| 1 | 1.0LBS/CLASSF | TROEMNER | TROEMNER | 9488T | $ | 10.00 | |
| 1 | 2.0LBS/CLASSF | TROEMNER | TROEMNER | 9490T | $ | 20.00 | |
| 1 | 2.0LBS/CLASSF | TROEMNER | TROEMNER | 9490T | $ | 20.00 | |
| 1 | 2.0LBS/CLASSF | TROEMNER | TROEMNER | 9490T | $ | 20.00 | |
| 1 | 2.0LBS/CLASSF | TROEMNER | TROEMNER | 9490T | $ | 20.00 | |
| 1 | 5.0LBS/CLASSF | TROEMNER | TROEMNER | 9492T | $ | 50.00 | |
| 1 | 5.0LBS/CLASSF | TROEMNER | TROEMNER | 9492T | $ | 50.00 | |
| 1 | 10LBS/CLASSF | TROEMNER | TROEMNER | 9494T | $ | 60.00 | |
| 1 | 10LBS/CLASSF | TROEMNER | TROEMNER | 9494T | $ | 60.00 | |
| 1 | 20LBS/CLASSF | TROEMNER | TROEMNER | 9496T | $ | 60.00 | |
| 1 | 20LBS/CLASSF | TROEMNER | TROEMNER | 9496T | $ | 60.00 | |
| 1 | 20LBS/CLASSF | TROEMNER | TROEMNER | 9496T | $ | 60.00 | |
| 1 | 2400X5 Strap | LiftAll | | 992947-83 | $ | 20.00 | |
| 1 | 6" Dial Caliper | Kanon | 6" | 9Y05245 | $ | 10.00 | |
| 1 | 1-ton A-Frame | Spanco | 1 Ton | AF-01 | $ | 750.00 | |
| 1 | 5-ton A-Frame | Wallace Cranes | 5 Ton | AF-02 | $ | 1,750.00 | |
| 1 | 8" Digital Caliper | Mitutoyo | 13-611-9 | AS004067 | $ | 20.00 | |
| 1 | 8" Digital Caliper | Mitutoyo | 13-611-9 | AS029576 | $ | 20.00 | |
| 1 | Fork Truck | Caterpillar | GC40K-LP-STR | AT87A10412 | $ | 4,000.00 | |
| 1 | Vertical Balance Machine | Schenck | VE5L | AVF8500 | $ | 20,000.00 | |

| 1 | BoreScope | Milwaukee | 48-59-2401 | B31CD141488500 | $ | 20.00 | |
| 1 | Fork Truck | Yale | GLP070VXNVRE091 | B875V06497J | $ | 2,500.00 | |
| 1 | Pressure Tansducer | Setra | 5221030PA1M24N1S | C104011 | $ | 114.00 | |
| 1 | 12'' Vernier Height Gage | N/A | 12'' | CP-016 | $ | 30.00 | |
| 1 | 24'' Dial Height Gage | N/A | 24'' | CP-017 | $ | 60.00 | |
| 1 | 1''-2'' Point Micrometer | Mitutoyo | 112-226 | CPM30-2'' | $ | 30.00 | |
| 1 | 5-Ton Electric Hoist (Crane 6) | Coffing | ECMT10008 | EC3G0846VA | $ | 100.00 | |
| 1 | 20400X8 Strap | Wear-Flex Slings | | EE4-0904 | $ | 20.00 | |
| 1 | 20400X8 Strap | Wear-Flex Slings | | EE4-0904 | $ | 20.00 | |
| 1 | Lab Oven | Quality Lab | 20GC | G2-5883 | $ | 45.00 | |
| 1 | Lab Oven | Quality Lab | 20GC | G2-5884 | $ | 45.00 | |
| 1 | Coordinate Measuring Machine | LK | G80K | G80KC/11308 | $ | 50,000.00 | |
| 1 | chevalier (2 axis cnc) Bridgeport typ | chevalier | FM - 32HP | HP 85C147 | $ | 3,000.00 | |
| 1 | Medium Oven | Blue M Electric | IGF-7700-G-Promaster | IGF-560 | $ | 250.00 | |
| 1 | Lab Oven | Blue M Electric | IGF-7780-G-Promaster | IGF-568 | $ | 100.00 | |
| 1 | Parts Washer | Ramco | MK36Css/RU | JB1120-01-002 | $ | 1,500.00 | |
| 1 | Multiprocess Welder | Miller | stock number 903216 (H | KH324468 | $ | 1,000.00 | |
| 1 | 555mm Laser Probe | FARO | 11669 | LLP001005019 | $ | 200.00 | |
| 1 | Manometer | Dwyer | 477A-7 | MAN-01 | $ | 20.00 | |
| 1 | Manometer | Dwyer | 477A-7 | MAN-02 | $ | 20.00 | |
| 1 | 1600X3 Strap | Mazzella Lifting | | MSW9721-35 | $ | 20.00 | |
| 1 | Bore Gage 5/16''-6'' | Mitutoyo | 155-903 | N/A | $ | 70.00 | |
| 1 | Bore Gage 5/16''-6'' | Fowler | 16770 | N/A | $ | 70.00 | |
| 1 | Telescoping Gages | Starrett | S579H | N/A | $ | 20.00 | |
| 1 | Bore Gage | Mitutoyo | 511-932 | N/A | $ | 20.00 | |
| 1 | 6'' Digital Caliper | General | 6'' | N/A | $ | 10.00 | |
| 1 | Depth Mic 0-6'' | Starrett | 0 to 6'' | N/A | $ | 45.00 | |
| 1 | Granite Table | FARO | 24''X36'' | N/A | $ | 500.00 | |
| 1 | Feeler Gage Set | Blue Point | FB-300A | N/A | $ | 5.00 | |
| 1 | Feeler Gage Set | OEM | 25025 | N/A | $ | 5.00 | |
| 1 | Large Grit Blaster | Zero Blast Cabinets | N/A | N/A | $ | 500.00 | |
| 1 | Medium Grit Blaster | Central Pneumatic | 93608 | N/A | $ | 20.00 | |
| 1 | Medium Grit Blaster | Central Pneumatic | 93608 | N/A | $ | 20.00 | |
| 1 | Pressure Gauge 0-10,000 psi | Enerpac | GF-813P | N/A | $ | 30.00 | |
| 1 | Pressure Gauge 0-10,000 psi | Enerpac | G4088L | N/A | $ | 30.00 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Pressure Gauge 0-10,000 psi | Enerpac | G4088L | N/A | $ | 30.00 | |
| 1 | Pressure Gauge 0-10,000 psi | Enerpac | G4088L | N/A | $ | 30.00 | |
| 1 | Pressure Gauge 0-10,000 psi | Enerpac | G4088L | N/A | $ | 30.00 | |
| 1 | Pressure Gauge 0-10,000 psi | Enerpac | G4088L | N/A | $ | 30.00 | |
| 1 | Pressure Gauge 0-10,000 psi | Enerpac | G4088L | N/A | $ | 30.00 | |
| 1 | Pressure Gauge 0-10,000 psi | Enerpac | GF-813P | N/A | $ | 30.00 | |
| 1 | Pressure Gauge 0-15,000 psi | Power Team | 9040 | N/A | $ | 30.00 | |
| 1 | 4'x6' Granite Table | N/A | N/A | N/A | $ | 240.00 | |
| 1 | 24'' Digital Height Gage | SPI | 24'' | N/A | $ | 60.00 | |
| 1 | Hydraulic Hand Pump | Enerpac | P-80 | N/A | $ | 60.00 | |
| 1 | Indicator Base | Starrett | N/A | N/A | $ | 20.00 | |
| 1 | Indicator Base | N/A | N/A | N/A | $ | 20.00 | |
| 1 | ID MIC 40'' | Mitutoyo | IMJ-40''S | N/A | $ | 35.00 | |
| 1 | ID MIC 12'' | Starrett | 12'' | N/A | $ | 40.00 | |
| 1 | Induction Heater | SKF | TIH 100m/MV | N/A | $ | 200.00 | |
| 1 | .125'' Dial Indicator & Base | Starrett | 665 | N/A | $ | 60.00 | |
| 1 | .125'' Dial Indicator & Mag Base | Starrett | 657E | N/A | $ | 40.00 | |
| 1 | 0.001" Dial Indicator .250 travel | Starrett | 81-241 | N/A | $ | 20.00 | |
| 1 | 22 PC Indicator Set | Unknown | n/a | n/a | $ | 20.00 | |
| 1 | Magnetic Indicator Base | Starrett | 657 | N/A | $ | 20.00 | |
| 1 | Magnetic Indicator Base | Mitutoyo | 7011BN | N/A | $ | 12.00 | |
| 1 | .006''-.06'' Pin Gage Set | Vermont Gage | 901200100 | N/A | $ | 10.00 | |
| 1 | .006''-.06'' Pin Gage Set | Vermont Gage | 901200100 | N/A | $ | 10.00 | |
| 1 | .061''-.250'' Pin Gage Set | Vermont Gage | 901200400 | N/A | $ | 20.00 | |
| 1 | .061''-.250'' Pin Gage Set | Vermont Gage | 901200400 | N/A | $ | 20.00 | |
| 1 | .251''-.500'' Pin Gage Set | Vermont Gage | 901200500 | N/A | $ | 27.00 | |
| 1 | .251''-.500'' Pin Gage Set | Vermont Gage | 901200500 | N/A | $ | 27.00 | |
| 1 | .501''-.625'' Pin Gage Set | Vermont Gage | 901200600 | N/A | $ | 32.00 | |
| 1 | .501''-.625'' Pin Gage Set | Vermont Gage | 901200600 | N/A | $ | 32.00 | |
| 1 | .626''-.750'' Pin Gage Set | Vermont Gage | 901200700 | N/A | $ | 35.00 | |
| 1 | FT4000 HEATER TOOL 'J' THERMOC | Omega | BT-000-K-10-60-2 | N/A | $ | 20.00 | |
| 1 | 0-100 in-lb Torque Screwdriver | N/A | N/A | N/A | $ | 14.00 | |
| 1 | 10-150 ft-lbs Torque Wrench | N/A | N/A | N/A | $ | 3.50 | |
| 1 | V-Block | N/A | N/A | N/A | $ | 2.50 | |
| 1 | V-Block | N/A | N/A | N/A | $ | 2.50 | |

| 1 | V-Block | N/A | N/A | N/A | $ | 2.50 | |
|---|---------|-----|-----|-----|---|------|--|
| 1 | V-Block | N/A | N/A | N/A | $ | 2.50 | |
| 1 | Brass Weight | Weight | 100g | N/A | $ | 1.00 | |
| 1 | Brass Weight | Weight | 100g | N/A | $ | 1.00 | |
| 1 | 24'' Vernier Caliper | N/A | VER43887 | N-006 | $ | 100.00 | |
| 1 | USB Powered data acquisition (DAC | N/AtioN/AI Instrument | N/AtioN/AI Instrument | N1-USB-6210 | $ | 50.00 | |
| 1 | 5-6" OD MIC | Mitutoyo | 103-220 | OM-6"V | $ | 30.00 | |
| 1 | OD MIC 6"-7" | Mitutoyo | 103-221 | OMS12-12"V | $ | 30.00 | |
| 1 | OD MIC 7"-8" | Mitutoyo | 103-222 | OMS12-12"V | $ | 30.00 | |
| 1 | OD MIC 8"-9" | Mitutoyo | 103-223 | OMS12-12"V | $ | 30.00 | |
| 1 | OD MIC 9"-10" | Mitutoyo | 103-224 | OMS12-12"V | $ | 30.00 | |
| 1 | OD MIC 10"-11" | Mitutoyo | 103-225 | OMS12-12"V | $ | 30.00 | |
| 1 | OD MIC 11"-12" | Mitutoyo | 103-226 | OMS12-12"V | $ | 30.00 | |
| 1 | T/C Welder | ORION | Pulse150i | OP150722 | $ | 2,225.00 | |
| 1 | FARO ARM | FARO | 12751-003 | P08-05-11-08704 | | - | |
| 1 | Ultrasonic Thickness Gage | SPI | 15-145-6 | PH01044 | $ | 60.00 | |
| 1 | 3'x4' Granite Table | Precision Granite | AA | PH-94-12 | $ | 110.00 | |
| 1 | 10-120 in-lb Torque Wrench | Gear Wrench | | PSI-002 | $ | 15.00 | |
| 1 | Drop Indicator | Mitutoyo | 2416S-10 | SYR154 | $ | 20.00 | |
| 1 | Combintion Square | Brown and Sharpie | EDP44197 | TAO-0032 | $ | 20.00 | |
| 1 | Radius Gage Set | Mitutoyo | 189-903 | TAO-0034 | $ | 30.00 | |
| 1 | Radius Gage Set | Mitutoyo | 189-903 | TAO-0035 | $ | 30.00 | |
| 1 | Angle Gage Set | SPI | | TAO-0036 | $ | 30.00 | |
| 1 | Radius Gage Set | Mitutoyo | 186-102 | TAO-0041 | $ | 30.00 | |
| 1 | Fiberscope | Medit | HF9-1350 | TAO-US-TX | $ | 1,500.00 | |
| 1 | Dial Indicator | Mitutoyo | 513-403 | TBK659 | $ | 20.00 | |
| 1 | Dry Type Transformer | sodick | DVTKO-12AT | TV6/0062 | $ | - | |
| 1 | Labeling System | Brother | PT-D66 | U63942M8Z9292 | $ | 10.00 | |
| 1 | Moment Weight Scale | unknown | unknown | unknown | $ | 200.00 | |
| 1 | horizontal band saw | W.F.Wells | W-9-1 | W985373 | $ | 2,000.00 | |
| 1 | Genie_Z30_Lift | Genie | Z-30/20N | Z30N07-10675 | $ | 12,000.00 | |
| 2 | Badge Printers | | | | $ | 300.00 | |
| 117 | Badge Readers | | | | $ | 2,281.50 | |
| 21 | Badge System Boards | | | | $ | 5,512.50 | |
| 11 | Conference Room Phones | | | | $ | 1,155.00 | |

| | | | | | |
|---|---|---|---|---|---|
| 5 | Desktop Servers | | | $ | 750.00 |
| 5 | Digital Cameras | | | $ | 187.50 |
| 7 | Firewall | | | $ | 1,050.00 |
| 377 | Full cloth - black desk chair | Steelcase | Criterion | $ | 5,655.00 |
| 13 | High End Laptop | | | $ | 1,560.00 |
| 109 | High End PC | | | $ | 19,620.00 |
| 14 | High End PC Runbox | | | $ | 5,250.00 |
| 3 | Keri Keypards | | | $ | 225.00 |
| 128 | Low End Laptop | | | $ | 9,600.00 |
| 96 | Low End PC | | | $ | 11,520.00 |
| 519 | Monitors | | | $ | 11,677.50 |
| 383 | NEC Phones | | | $ | 2,872.50 |
| 17 | Network Printers | | | $ | 1,275.00 |
| 202 | PC UPS | | | $ | 3,030.00 |
| 7 | Phone System | | | $ | 840.00 |
| 7 | Rack Servers | | | $ | 2,100.00 |
| 2 | SAN Server | | | $ | 4,500.00 |
| 71 | Security Cameras | | | $ | 2,130.00 |
| 11 | Server UPS | | | $ | 1,650.00 |
| 59 | Switches | | | $ | 8,850.00 |
| 4 | VXRail Server | | | $ | 5,163.00 |
| 6 | Watchguard AP | | | $ | 360.00 |
| 35 | Linea Italia Work Stations | Linea Italia | L Desk in Honey | $ | 1,050.00 |
| 35 | Advanced Mesh Black Chair | | | $ | 630.00 |
| 68 | Linea Italia Work Stations | Linea Italia | L Desk in Honey | $ | 2,040.00 |
| 14 | IKEA Work Stations | IKEA | Galant Desk | $ | 360.00 |
| 12 | Linea Italia Work Stations | Linea Italia | L Desk in Honey | $ | 1,050.00 |
| 1 | 3/4 HP 8" Bench Grinder | Central Machinery | 37823 | $ | 75.00 |
| 1 | Kaiser Screw Air Compressor | | | $ | - |
| 1 | Transformer | Federal Pacific | catalog no TX40T63-A | $ | - |
| 1 | Transformer | Federal Pacific | catalog no TX40T63-A | $ | - |
| 1 | Tool Coolant Filtration | DMG MORI | ID-No.3102731 (Revision No. - 010000149 | $ | - |
| 1 | Transformer | Federal Pacific | Catalog N0 T48LH40-75 | | |
| 1 | Machine cooling unit | DMG MORI | 2354835 | $ | - |
| 1 | Transformer | Federal Pacific | catalog no TX40T63-A | $ | - |

| 1 | Machine cooling unit | | 782010981 | | $ | - | |
| 1 | Transformer | Federal Pacific | Catalog N0 T48LH40-75 | | $ | - | |
| 1 | Transformer | Federal Pacific | catalog no TX40T63-A | | $ | - | |
| 1 | Dry Type Transformer | LCE | TBSM - SY036 | | $ | - | |
| 1 | 1 HP Belt Sander | Central Machinery | Item 06852 | | $ | - | |
| 1 | Media Finish | Walther Trowal | (maschine/Komponente (CM 705)ON-CONSIGNMENT - ASKING $25,000 | | | | |
| 1 | Vacuum Furnace | Heat Source | ON CONSIGNMENT WITH CONTRACT - $74,000 WH | | | | |
| 1 | DMU60 eVo linear | DMG MORI | | | $ | 197,000.00 | |
| 14 | IKEA Work Stations | IKEA | Galant Desk | | | | |
| 1 | Bluelight Unit #1 | | | | $ | 20,000.00 | |
| 1 | Bluelight Unit #2 | | | | $ | 20,000.00 | |
| 41 | Linea Italia Work Stations | Linea Italia | L Desk in Honey | | $ | 7,350.00 | |
| 78 | Linea Italia Work Stations | Linea Italia | L Desk in Honey | | $ | 2,340.00 | |
| 75 | Mesh Back - black desk chair | | | | $ | 1,350.00 | |
| 23 | Linea Italia Work Stations | Linea Italia | L Desk in Honey | | $ | 690.00 | |
| 1 | Calibration ring | N/A | | | $ | 50.00 | |
| 1 | Cylindrical square | N/A | | | $ | 50.00 | |
| 1 | Profilometer artifact | Mitutoyo | | | $ | 50.00 | |
| 1 | Printer | Brady | BMPZ1 | | $ | - | |
| 1 | Capacitance Meter | Excelvan | M6013 | | $ | 3.00 | |
| 1 | 1-Ton JIB Crane | CONTRX Cranes | 1 Ton | | $ | 1,000.00 | |
| 1 | 1-Ton JIB Crane | CONTRX Cranes | 0 Ton | | $ | 1,000.00 | |
| 1 | Q.brixx-X station T | Gantner | 543121 | | $ | 786.25 | |
| 1 | Q.brixx-XL A104 TCK | Gantner | 521925 | | $ | 461.25 | |
| 1 | Q.brixx-XL A104 TCK | Gantner | 521925 | | $ | 461.25 | |
| 1 | Q.brixx-XL A104 TCK | Gantner | 521925 | | $ | 461.25 | |
| 1 | Q.brixx-XL A104 TCK | Gantner | 521925 | | $ | 461.25 | |
| 1 | Q.brixx-XL A104 TCK | Gantner | 521925 | | $ | 461.25 | |
| 1 | INDICATOR | | | | $ | 10.00 | |
| 1 | Refrigerated Dryer | PARKER | ZDHHT100 | | $ | 332.00 | |
| 1 | Electro-Etch Machine | Electromark | SS-851 | | $ | 20.00 | |
| 1 | Electro-Etch Printer | Epson | LX-300 | | $ | 20.00 | |
| 1 | Flowatch | JDC | | | $ | 50.00 | |
| 1 | FRIG | GE | | | $ | 10.00 | |
| 1 | Gritblast Cabinet | | SBC990 | | $ | 60.00 | |

| 1 | Gritblast Cabinet | Central Pneumatic | ITEM 93608 | | $ | 30.00 | |
|---|---|---|---|---|---|---|---|
| 1 | Optical calibration panel CP40/560 | GOM | | | $ | 100.00 | |
| 1 | Optical calibration panel CP40/170 | GOM | | | $ | 100.00 | |
| 1 | Calibration cross 300 | GOM | | | $ | 100.00 | |
| 1 | Calibration cross 500 | GOM | | | $ | 100.00 | |
| 1 | Hydraulic Hand Pump | Enerpac | P-80 | | $ | 60.00 | |
| 1 | Hydraulic Hand Pump | Enerpac | P-142 | | $ | 35.00 | |
| 1 | Air Over Hydraulic Pump | Enerpac | PARG1105N | | $ | 95.00 | |
| 1 | Air Over Hydraulic Pump | Enerpac | PARG1105N | | $ | 95.00 | |
| 1 | 60-Ton Hydraulic Ram | Enerpac | D2211K | | $ | 330.00 | |
| 1 | 30-Ton Hydraulic Ram | Enerpac | 0711K | | $ | 75.00 | |
| 1 | 20-Ton Hydraulic Ram | Enerpac | 2611K | | $ | 17.50 | |
| 1 | 10-Ton Low Profile Hydraulic Ram | Enerpac | RSM-100 | | $ | 55.00 | |
| 1 | 20-Ton Hydraulic Ram | Enerpac | | | $ | 30.00 | |
| 1 | 20-Ton Hydraulic Ram | Enerpac | | | $ | 30.00 | |
| 1 | 20-Ton Hydraulic Ram | Enerpac | 2611K | | $ | 30.00 | |
| 1 | 10-Ton Low Profile Hydraulic Ram | Enerpac | RSM-100 | | $ | 30.00 | |
| 1 | Data Acquision | Agilent | 34972A | | $ | 170.00 | |
| 1 | Microstep Driver/Chopper | Haydon | DCM8054/8027 | | $ | 6.50 | |
| 1 | Insulation Tester | HIDKI | IR4056-20 | | $ | 25.00 | |
| 1 | Laser Thermometer | | | | $ | 10.00 | |
| 1 | METCO Gun | EUTECTIC | TERODYN SYSTEM 2000 | | $ | 1,000.00 | |
| 1 | Magnetic Indicator Base | | | | $ | 10.00 | |
| 1 | Ethernet Chasssis | National Instrument | cDAQ 9188 | | $ | 307.20 | |
| 1 | Analog Input | National Instrument | NI 9205 | | $ | 139.50 | |
| 1 | Analog Input | National Instrument | NI 9205 | | $ | 139.50 | |
| 1 | Analog Input | National Instrument | NI 9205 | | $ | 139.50 | |
| 1 | T/C Input | National Instrument | NI 9213 | | $ | 201.00 | |
| 1 | Analog Input | National Instrument | NI 9221 | | $ | 101.25 | |
| 1 | Analog IEPE | National Instrument | NI 9224 | | $ | 182.55 | |
| 1 | Analog IEPE | National Instrument | NI 9224 | | $ | 182.55 | |
| 1 | Bridge Completion 120 ohm | National Instrument | NI 9235 | | $ | 296.10 | |
| 1 | Bridge Completion 350 ohm | National Instrument | NI 9236 | | $ | 279.60 | |
| 1 | Bridge Completion 350 ohm | National Instrument | NI 9236 | | $ | 279.60 | |
| 1 | Bridge Completion Half/Full Bridge | National Instrument | NI 9237 | | $ | 243.75 | |

| 1 | Bridge Completion Half/Full Bridge | National Instrument | NI 9237 | | $ | 243.75 | |
| 1 | Analog Output | National Instrument | NI 9263 | | $ | 72.30 | |
| 1 | 24V Sinking DI | National Instrument | NI 9421 | | $ | 17.55 | |
| 1 | 68-Pin BOB | National Instrument | SCB 68 | | $ | 60.00 | |
| 1 | 68-Pin BOB | National Instrument | SCB 68 | | $ | 60.00 | |
| 1 | 68-Pin BOB | National Instrument | SCB 68 | | $ | 60.00 | |
| 1 | 100-Pin BOB | National Instrument | SCB 100 | | $ | 36.75 | |
| 1 | USB-6251 | National Instrument | SCXI-1100 | | $ | 232.50 | |
| 1 | USB-6251 | National Instrument | SCXI-1100 | | $ | 232.50 | |
| 1 | T/C Amplifier | National Instrument | SCXI-1102 | | $ | 450.00 | |
| 1 | T/C Amplifier | National Instrument | SCXI-1102 | | $ | 450.00 | |
| 1 | T/C Amplifier | National Instrument | SCXI-1102 | | $ | 450.00 | |
| 1 | T/C Amplifier | National Instrument | SCXI-1102 | | $ | 450.00 | |
| 1 | Voltage Terminal Block | National Instrument | SCXI-1300 | | $ | 450.00 | |
| 1 | Terminal Block SCXI-1180 | National Instrument | SCSI-1302 | | $ | 510.00 | |
| 1 | Terminal Block SCXI-1102 | National Instrument | SCXI-1303 | | $ | 510.00 | |
| 1 | Terminal Block SCXI-1102 | National Instrument | SCXI-1303 | | $ | 510.00 | |
| 1 | Terminal Block SCXI-1521 | National Instrument | SCSI-1317 | | $ | 690.00 | |
| 1 | Terminal Block SCXI-1521 | National Instrument | SCSI-1317 | | $ | 690.00 | |
| 1 | Mini-Marlin T/C Terminal Block | National Instrument | TC 2095 | | $ | 92.70 | |
| 1 | Mini-Marlin T/C Terminal Block | National Instrument | TC 2095 | | $ | 92.70 | |
| 1 | Mini-Marlin T/C Terminal Block | National Instrument | TC 2095 | | $ | 92.70 | |
| 1 | 2''-24'' π Tape | Newman Tools | 2''-24'' | | $ | 41.00 | |
| 1 | 12''-36'' π Tape | Newman Tools | 12''-36'' | | $ | 44.00 | |
| 1 | 72''-84'' π Tape | Newman Tools | 72''-84'' | | $ | 44.00 | |
| 1 | 84''-96'' π Tape | Newman Tools | 84''-96'' | | $ | 49.00 | |
| 1 | 96''-108'' π Tape | Newman Tools | 96''-108'' | | $ | 51.00 | |
| 1 | Power Supply | Energy One | XP-4 | | $ | 27.90 | |
| 1 | ROKIDE Gun | SAINT-GOBAIN | | | $ | 4,500.00 | |
| 1 | Solder Station | Weller | WDI | | $ | 20.00 | |
| 1 | Solder Station | Weller | WDI | | $ | 20.00 | |
| 1 | 22000X12 Strap | Certified Slings | | | $ | 20.00 | |
| 1 | 8400X12 Strap | US Cargo Control | | | $ | 20.00 | |
| 1 | 5300X6 Strap | Spanset | | | $ | 20.00 | |
| 1 | 5300X6 Strap | Spanset | | | $ | 20.00 | |

| 1 | 5300X6 Strap | Spanset | | | $ | 20.00 | |
| 1 | 2000X3 Strap | Shaw Belting Co | | | $ | 20.00 | |
| 1 | 12000X6 Strap | Certified Slings | | | $ | 20.00 | |
| 1 | 22000X12 Strap | Certified Slings | | | $ | 20.00 | |
| 1 | 22000X12 Strap | Certified Slings | | | $ | 20.00 | |
| 1 | 22000X12 Strap | Certified Slings | | | $ | 20.00 | |
| 1 | Tool Cart | | PSIL1 | | $ | 70.00 | |
| 1 | Tool Cart | | PSIL2 | | $ | 70.00 | |
| 1 | Tool Cart | | PSIL3 | | $ | 70.00 | |
| 1 | Tool Cart | | PSI2 | | $ | 40.00 | |
| 1 | Temperature Controller | | | | $ | 20.00 | |
| 1 | Temperature Controller | | | | $ | 20.00 | |
| 1 | Temperature Controller | | | | $ | 20.00 | |
| 1 | Temperature Controller | | | | $ | 20.00 | |
| 1 | Temperature Controller | | | | $ | 20.00 | |
| 1 | Temperature Controller | | | | $ | 20.00 | |
| 1 | Temperature Controller | | | | $ | 20.00 | |
| 1 | Temperature Controller | | | | $ | 20.00 | |
| 1 | Temperature Controller | Omega | 071315DJB | | $ | 20.00 | |
| 1 | Temperature Controller | Omega | 071315DJB | | $ | 20.00 | |
| 1 | Temperature Controller | Omega | 071315DJB | | $ | 20.00 | |
| 1 | Thread Measurements | Mitutoyo | 188-122 | | $ | 10.00 | |
| 1 | Thread Measurements | SPI | | | $ | 10.00 | |
| 1 | TEMP-READOUT | | | | $ | 20.00 | |
| 1 | T/C Reader | OMEGA | HH12 | | $ | 10.00 | |
| 1 | TEMP-READOUT | | | | $ | 20.00 | |
| 1 | Torque Wrench | | | | $ | 30.00 | |
| 1 | Ultrasonic Cleaner | Skymen | JP-008 | | $ | 6.00 | |
| 1 | Troemner | 200mg | 1000099060 | | $ | 5.00 | |
| 1 | Troemner | 500mg | 1000099059 | | $ | 5.00 | |
| 1 | Troemner | 400g | 1000099058 | | $ | 5.00 | |
| 1 | Moscow Mills | 25A | N/A | | $ | 10.00 | |
| 1 | Moscow Mills | 25A | N/A | | $ | 10.00 | |
| 1 | Moscow Mills | 10A | N/A | | $ | 10.00 | |
| 1 | Moscow Mills | 125A | N/A | | $ | 10.00 | |

| 1 | Moscow Mills | 10A | N/A | | $ | 10.00 | |
| 1 | Moscow Mills | 125A | N/A | | $ | 10.00 | |
| 1 | Moscow Mills | 1 7/8" metal | N/A | | $ | 10.00 | |
| 1 | Moscow Mills | 1 7/8" metal | N/A | | $ | 10.00 | |
| 1 | Moscow Mills | 1 1/4" metal | N/A | | $ | 10.00 | |
| 1 | Moscow Mills | 1 1/4" metal | N/A | | $ | 10.00 | |
| 1 | Moscow Mills | 1 1/32" plastic | N/A | | $ | 10.00 | |
| 1 | Moscow Mills | 1 1/32" plastic | N/A | | $ | 10.00 | |
| 1 | Zoom Scope | Nikon | SMZ-2T | | $ | 100.00 | |
| 1 | Zoom Scope | LUXO | | | $ | 80.00 | |
| 1 | Zoom Scope | Nikon | SMZ-168 | | $ | 100.00 | |
| 1 | Zoom Scope | PRO-ZOOM | SZ4.5 | | $ | 50.00 | |
| 1 | Zoom Scope | LUXO W/CAMERA | | | $ | 150.00 | |
| 107 | IKEA Work Stations | IKEA | Galant Desk | | | | |
| 1 | Horizontal Balance Arbor | | | | $ | - | |
| 1 | Vertical Balance Arbor | | | | $ | - | |
| 1 | Trailer | | | | $ | 8,000.00 | |
| | | | | | $ | 677,265.95 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Fill in this information to identify the case: |
| --- |

Debtor name __*Parametric Solutions, Inc.*__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- |

| 2.1 | **Bank of America** | | $1,404,192.06 | $1,598,300.00 |
| --- | --- | --- | --- | --- |

**2.1 Bank of America**
Creditor's Name

Describe debtor's property that is subject to a lien
*The following equipment is secured by Bank of America loan:*
*DMG Mori 5 Axis VMC SN 12140013673*
*$224,000.00*
*DMG Mori 5 Axis VMC SN 12140017673*
*$269,100.00*
*DMG Mori 5 Axis VMC SN 12140017683*
*$269,100.00*
*DMG Mori 5 Axis VMC SN 12140013083*

*One Financial Plaza*
*Providence, RI 02903*
Creditor's mailing address

Describe the lien
*Master Loan and Security Agreement*

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.2 Bank of America**
Creditor's Name

Describe debtor's property that is subject to a lien
*Term loan secured by business assets*

$1,878,230.59        *Unknown*

*One Financial Plaza*
*Providence, RI 02903*
Creditor's mailing address

Describe the lien
*Term Loan Agreement*

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

Date debt was incurred

■ No

Debtor    **Parametric Solutions, Inc.**                                          Case number (if known) _____
          Name

**Last 4 digits of account number**                    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**                       **As of the petition filing date, the claim is:**
**interest in the same property?**                      Check all that apply
■ No                                                    ☐ Contingent
☐ Yes. Specify each creditor,                           ☐ Unliquidated
including this creditor and its relative                ☐ Disputed
priority.

| | | | |
|---|---|---|---|
| 2.3 | **SUMITOMO MITSUI FINANCE AND LEASING CO.** | | |

**SUMITOMO MITSUI FINANCE AND LEASING CO.**          Describe debtor's property that is subject to a lien      *$0.00*        *$197,000.00*
Creditor's Name                                      **The following equipment is secured by Sumitomo Mitsu Finance and Leasing loan: 2014 DMG MORI Linear 5 Axis Miling Machine SN: 15475597164**

**666 Third Avenue**
**8th Floor**
**New York, NY 10017**
Creditor's mailing address                           **Describe the lien**

                                                     **Is the creditor an insider or related party?**
                                                     ■ No
Creditor's email address, if known                   ☐ Yes

                                                     **Is anyone else liable on this claim?**
**Date debt was incurred**                           ■ No
                                                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                    **As of the petition filing date, the claim is:**
**interest in the same property?**                   Check all that apply
■ No                                                 ☐ Contingent
☐ Yes. Specify each creditor,                        ☐ Unliquidated
including this creditor and its relative             ☐ Disputed
priority.

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$3,282,422.65**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bank of America**<br>**100 North Tryon Street**<br>**Charlotte, NC 28255** | Line _2.1_ | |
| **Bank of America**<br>**100 North Tryon Street**<br>**Charlotte, NC 28255** | Line _2.2_ | |

---

**Fill in this information to identify the case:**

Debtor name _**Parametric Solutions, Inc.**_

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
|  |  | _$0.00_ | _$0.00_ |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

_**Department of Revenue**_
_**5050 W. Tennessee Street**_
_**Tallahassee, FL 32399**_

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_**Notice Only**_

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | _$0.00_ | _$0.00_ |
|---|---|---|---|---|

_**Internal Revenue Service**_
_**Central Insolvency Operation**_
_**P.O. Box 7346**_
_**Philadelphia, PA 19101-7346**_

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
_**Notice Only**_

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor   **Parametric Solutions, Inc.**
_____    Case number (if known) _____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290,810.59 |
|---|---|---|---|

**8 Rivers Capital, LLC**
**406 Blackwell Street, 4th Floor**
**Durham, NC 27701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,039.05 |
|---|---|---|---|

**Active Alarms**
**7512 Dr. Phillips Blvd.**
**Suite 50-503**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**ADP**
**P.O. Box 842875**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Repayment Agreement for Employer Social Security Tax Deferrals under the CARES Act.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,550.00 |
|---|---|---|---|

**Allahar Air Conditioning, Inc.**
**1923 Sansbury's Way**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allison Leavitt**
**C/O David Golub**
**Silver Golub & Teitell LLP**
**One Landmark Square- 15th Floor**
**Stamford, CT 06901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Waid-Jones**
**C/O Robert Frost**
**Frost Bussert LLC**
**350 Orange Street, Suite 100**
**New Haven, CT 06511**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,870.60 |
|---|---|---|---|

**BDO**
**8401 Greensboro Drive**
**Suite 800**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **_Parametric Solutions, Inc._**
Name _____    Case number (if known) _____

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **_Unknown_** |
|---|---|---|---|

**Bryant Tucker**
**C/O Jonathan Shapiro**
**Aeton Law Partners LLP**
**311 Centerpoint Drive**
**Middletown, CT 06457**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **_Consolidated Antitrust Class Action Lawsuit_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **_$1,500.00_** |
|---|---|---|---|

**BTI**
**4128 Westroads Drive**
**Suite 225**
**Riviera Beach, FL 33407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **_Unknown_** |
|---|---|---|---|

**Camden Mamigonian**
**C/O Robert M. Frost, Jr.**
**Frost Bussert LLC**
**350 Orange Street, Suite 100**
**New Haven, CT 06511**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **_Consolidated Antitrust Class Action Lawsuit_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **_$3,173.55_** |
|---|---|---|---|

**CDW, LLC**
**200 N. Milwaukee Avenue**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **_Unknown_** |
|---|---|---|---|

**Christopher Novoa**
**C/O David Golub**
**Silver Golub & Teitell LLP**
**One Landmark Square- 15th Floor**
**Stamford, CT 06901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **_Consolidated Antitrust Class Action Lawsuit_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **_$103,010.92_** |
|---|---|---|---|

**CIGNA**
**900 Cottage Grove Road**
**Bloomfield, CT 06002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **_Insurance Premium_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **_$8,770.38_** |
|---|---|---|---|

**Cleveland Electric Laboratories**
**361 S 52nd St**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Parametric Solutions, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,669.10** |
|---|---|---|---|

**Continental Steel & Tube Co**
**3020 NE 32 Ave.**
**#222**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Craig Johnston**
**C/O Bruce E. Newman**
**Brown Paindiris & Scott, LLP**
**100 Pearl Street**
**Hartford, CT 06103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$693.54** |
|---|---|---|---|

**Craters and Freighters**
**2089 N. Powerline Road #1**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Sartoris**
**C/O David Golub**
**Silver Golub & Teitell LLP**
**One Landmark Square- 15th Floor**
**Stamford, CT 06901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Durbin**
**C/O Gregg Adler**
**Livingston Adler Pulda Meiklejohn & Kell**
**557 Prospect Avenue**
**Hartford, CT 06105**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Granata**
**C/O David Slossberg**
**Hurwitz Sagarin Slossberg & Knuff, LLC**
**147 North Broad Street**
**Milford, CT 06460**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Eagles Benefits by Design, Inc.**
**913 Gulf Breeze Parkway**
**Ste 34**
**Gulf Breeze, FL 32561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Parametric Solutions, Inc.**                                    Case number (if known) _____
        Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown* |
|------|------|------|------|

**Elias Dominguez**
**C/O Garrett A. Denniston**
**LYNCH TRAUB KEEFE & ERRANTE, PC**
**52 Trumbull Street**
**New Haven, CT 06510**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown* |
|------|------|------|------|

**Elisha Chapman**
**C/O Erin Green Comite**
**156 South Main Street**
**P.O. Box 192**
**Colchester, CT 06415**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown* |
|------|------|------|------|

**Ellen McIsaac**
**C/O Erin Green Comite**
**156 South Main Street**
**P.O. Box 192**
**Colchester, CT 06415**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown* |
|------|------|------|------|

**Erica Holden**
**C/O David Golub**
**Silver Golub & Teitell LLP**
**One Landmark Square- 15th Floor**
**Stamford, CT 06901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *$1,140.00* |
|------|------|------|------|

**Fidelity Investments**
**ECM Client Services**
**P.O. Box 770001**
**Cincinnati, OH 45277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Employee 401k**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *$34,448.50* |
|------|------|------|------|

**Gordon & Rees Scully Mansukhani LLP**
**1111 Broadway**
**Suite 1700**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Parametric Solutions, Inc.**
_____     Case number (if known) _____
Name

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,211.52 |
|------|---|---|---|

**Grainger**
**2775 South 9th West**
**Salt Lake City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $924.00 |
|------|---|---|---|

**Hard Chrome Enterprises**
**220 10th Street**
**West Palm Beach, FL 33403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Jacob Gaskill**
**C/O David Golub**
**Silver Golub & Teitell LLP**
**One Landmark Square- 15th Floor**
**Stamford, CT 06901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**Jacob Lillie**
**C/O William Bloss**
**Koskoff Koskoff & Bieder PC**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**James Roe**
**C/O David Golub**
**Silver Golub & Teitell LLP**
**One Landmark Square- 15th Floor**
**Stamford, CT 06901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|---|---|---|

**James Roe II**
**C/O David Golub**
**Silver Golub & Teitell LLP**
**One Landmark Square- 15th Floor**
**Stamford, CT 06901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Parametric Solutions, Inc.**                                    Case number (if known) _____
_____
Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.34**

Nonpriority creditor's name and mailing address

*Jason Chapman*
*C/O Bruce E. Newman*
*Brown Paindiris & Scott, LLP*
*100 Pearl Street*
*Hartford, CT 06103*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35**

Nonpriority creditor's name and mailing address

*Jed Perron*
*C/O David Golub*
*Silver Golub & Teitell LLP*
*One Landmark Square- 15th Floor*
*Stamford, CT 06901*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36**

Nonpriority creditor's name and mailing address

*John Balicoco*
*C/O Brian Daniels*
*271 Whitney Avenue*
*New Haven, CT 06511*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37**

Nonpriority creditor's name and mailing address

*John Doe*
*C/O Jonathan Shapiro*
*Aeton Law Partners, LLP*
*311 Centerpoint Drive*
*Middletown, CT 06457*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38**

Nonpriority creditor's name and mailing address

*John Lee*
*C/O Richard E. Hayber*
*HAYBER, MCKENNA & DINSMORE, LCC*
*750 Main Street, Suite 904*
*Hartford, CT 06103*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39**

Nonpriority creditor's name and mailing address

*Joshua Ivaldi*
*C/O Daniel Krisch*
*Halloran Sage, LLP*
*Hartford, CT 06103*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.   **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Parametric Solutions, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| 3.40 | Nonpriority creditor's name and mailing address |

**Justin Tussey**
C/O Jonathan P. Whitcomb
1010 Washington Boulevard, Suite 800
Stamford, CT 06901

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.41 | Nonpriority creditor's name and mailing address |

**Lincoln Electric Automation**
911 North Second Street
Coldwater, OH 45828

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$129,100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.42 | Nonpriority creditor's name and mailing address |

**Mary Herblet**
C/O Richard E. Hayber
HAYBER, MCKENNA & DINSMORE, LCC
750 Main Street, Suite 904
Hartford, CT 06103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.43 | Nonpriority creditor's name and mailing address |

**Matthew Cydylo**
C/O Daniel Krisch
Halloran Sage LLP
225 Asylum Street
Hartford, CT 06103

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.44 | Nonpriority creditor's name and mailing address |

**Maxwell Stinson**
C/O William Bloss
Koskoff Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.45 | Nonpriority creditor's name and mailing address |

**Mayer Brown LLP**
311  West Monroe Street
Chicago, IL 60606

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$433.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| 3.46 | Nonpriority creditor's name and mailing address |

**McAuliffe Law PLLC**
2000 PGA Blvd.
Suite 4440
Palm Beach Gardens, FL 33408

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$396.55**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | *Parametric Solutions, Inc.* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,050.42**

*McMaster-Carr*
*P.O. Box 740100*
*Atlanta, GA 30374*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$434.03**

*Mercer Gasket & Shim*
*110 Benigno Blvd.*
*Bellmawr, NJ 08031*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

*Michael McMahon*
*C/O David Golub*
*Silver Golub & Teitell LLP*
*One Landmark Square- 15th Floor*
*Stamford, CT 06901*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: *Consolidated Antitrust Class Action Lawsuit*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

*Michael Powers*
*C/O William Bloss*
*Koskoff, Koskoff & Bieder, PC*
*350 Fairfield Avenue*
*Bridgeport, CT 06604*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: *Consolidated Antitrust Class Action Lawsuit*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,846.05**

*Mitech Controls Inc*
*22855-G Savi Ranch Parkway*
*Yorba Linda, CA 92887*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$352,882.22**

*NET Power, LLC*
*404 Hunt Street, Suite 410*
*Durham, NC 27701*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown*

*Nicholas Wilson*
*C/O Joshua Goodbaum*
*405 Orange Street*
*New Haven, CT 06511*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: *Consolidated Antitrust Class Action Lawsuit*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Parametric Solutions, Inc.**                                    Case number *(if known)* _____
            Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$159,468.95** |
|---|---|---|---|

NTS Labs LLC
3505 E Third St
San Bernardino, CA 92408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ***Unknown*** |
|---|---|---|---|

Paul Strong
C/O Jonathan M. Shapiro
AETON LAW PARTNERS LLP
311 Centerpoint Drive
Middletown, CT 06457

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$965.43** |
|---|---|---|---|

Pye-Barker Fire & Safety, Inc.
160 SW 12th Ave
Suite 105
Deerfield Beach, FL 33442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,492.50** |
|---|---|---|---|

Rand Worldwide Subsidiary Inc
11201 Dolfield Blvd.
Suite 112
Owings Mills, MD 21117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,853.00** |
|---|---|---|---|

Rhinestahl Corporation
1111 Western Row Rd
Mason, OH 45040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ***Unknown*** |
|---|---|---|---|

Ricardo Boodram
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | ***Unknown*** |
|---|---|---|---|

Robert Lancaster
C/O William Bloss
Koskoff Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Parametric Solutions, Inc.**    Case number (if known) _____
_____
Name

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,114.27 |
|------|---|---|---|

*Rolled Alloys*
*125 W Sterns Rd.*
*Temperance, MI 48182*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown* |
|------|---|---|---|

*Russell Hedlund*
*C/O David Golub*
*Silver Golub & Teitell LLP*
*One Landmark Square- 15th Floor*
*Stamford, CT 06901*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown* |
|------|---|---|---|

*Sam Giaquinto*
*C/O Richard E. Hayber*
*HAYBER, MCKENNA & DINSMORE, LCC*
*750 Main Street, Suite 904*
*Hartford, CT 06103*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown* |
|------|---|---|---|

*Sam McCallum*
*C/O David Golub*
*Silver Golub & Teitell LLP*
*One Landmark Square- 15th Floor*
*Stamford, CT 06901*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $861.00 |
|------|---|---|---|

*Scanivalve Corporation*
*1722 N. Madson Street*
*Liberty Lake, WA 99019*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown* |
|------|---|---|---|

*Scott Prentiss*
*C/O David Golub*
*Silver Golub & Teitell LLP*
*One Landmark Square- 15th Floor*
*Stamford, CT 06901*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,709.00 |
|------|---|---|---|

*Shipman & Goodwin LLP*
*One Constitution Plaza*
*Hartford, CT 06103*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 11 of 20

Debtor  **Parametric Solutions, Inc.**                                  Case number (if known) _____
_____
Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,230.00 |

**SouthEast Machine LLC**
**3081 SE Slater Street**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Stephen Dowe**
**C/O Richard Hayber**
**Hayber McKenna & Dinsmore, LLC**
**750 Main Street Suite 904**
**Hartford, CT 06103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tarah Kye Borozny**
**C/O David Golub**
**Silver Golub & Teitell LLP**
**One Landmark Square- 15th Floor**
**Stamford, CT 06901**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tarrique Brooks-Bey**
**C/O Mathew P. Jasinski**
**One Corporate Center**
**20 Church St., 17th Floor**
**Hartford, CT 06103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,025.00 |

**Thermal Braze**
**231 Venus St**
**Jupiter, FL 33458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Thomas Borino**
**C/O Bruce E. Newman**
**Brown Paindiris & Scott, LLP**
**100 Pearl Street**
**Hartford, CT 06103**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Parametric Solutions, Inc.**                                  Case number *(if known)* _____

_____
Name

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | ***Unknown*** |
|---|---|---|---|

**Tom Conroy**
**C/O David Golub**
**Silver Golub & Teitell LLP**
**One Landmark Square-15th Floor**
**Stamford, CT 06901**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Consolidated Antitrust Class Action Lawsuit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$501.04** |
|---|---|---|---|

**Town of Jupiter**
**210 Military Trail**
**PO Box 8900**
**Jupiter, FL 33468**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1196_

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,182.61** |
|---|---|---|---|

**True Digital Security**
**1401 Forum Way**
**Suite 730**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,781.03** |
|---|---|---|---|

**U-Line**
**2105 S. Lakeside Drive**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$843,407.21** |
|---|---|---|---|

**UTC - Pratt & Whitney**
**17900 Bee Line Hwy**
**Jupiter, FL 33478**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$815.29** |
|---|---|---|---|

**Vishay Measurements Group Inc**
**951 Wendell Boulevard**
**Wendell, NC 27591**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | ***Unknown*** |
|---|---|---|---|

**Wadner Brizeus**
**C/O Mathew P. Jasinski**
**One Corporate Center**
**20 Church St., 17th Floor**
**Hartford, CT 06103**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Consolidated Antitrust Class Action Lawsuit_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Parametric Solutions, Inc.* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.81** | **Nonpriority creditor's name and mailing address**

*Walsh Plumbing, Inc.*
*P.O. Box 8264*
*Jupiter, FL 33468*

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                              **$295.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address**

*WireMasters*
*1788 Northpointe Road*
*Columbia, TN 38401*

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                            **$6,978.45**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address**

*Xometry*
*7940 Cessna Ave.*
*Gaithersburg, MD 20879*

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*                          **$10,361.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | *Bonny Sweeney*<br>*Hausfeld LLP*<br>*600 Montgomery St. #3200*<br>*San Francisco, CA 94111* | Line **3.50**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | *Bonny Sweeney*<br>*Hausfeld LLP*<br>*600 Montgomery Street*<br>*Suite #3200*<br>*San Francisco, CA 94111* | Line **3.31**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | *Bonny Sweeney*<br>*Hausfeld LLP*<br>*600 Montgomery St.*<br>*#3200*<br>*San Francisco, CA 94111* | Line **3.60**<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | *Bonny Sweeney*<br>*Hausfeld LLP*<br>*600 Montgomery St. #3200*<br>*San Francisco, CA 94111* | Line **3.44**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | *Candice Enders*<br>*1818 Market Street*<br>*Suite 3600*<br>*Philadelphia, PA 19103* | Line **3.74**<br><br>☐ Not listed. Explain ____ | __ |

---

Debtor   **Parametric Solutions, Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.6  **Candice Enders**<br>**1818 Market Street**<br>**Suite 3600**<br>**Philadelphia, PA 19103** | Line  **3.18**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7  **Candice Enders**<br>**1818 Market Street**<br>**Suite 3600**<br>**Philadelphia, PA 19103** | Line  **3.66**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8  **Candice Enders**<br>**1818 Market Street**<br>**Suite 3600**<br>**Philadelphia, PA 19103** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9  **Christopher T. Micheletti**<br>**ZELLE LLP**<br>**555 12th Street, Suite 1230**<br>**Oakland, CA 94607** | Line  **3.71**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10  **Christopher T. Micheletti**<br>**ZELLE LLP**<br>**555 12th Street, Suite 1230**<br>**Oakland, CA 94607** | Line  **3.80**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11  **Daniel Brockett**<br>**51 Madison Avenue, 22nd Floor**<br>**New York, NY 10010** | Line  **3.53**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12  **Daniel R. Karon**<br>**KARON LLC**<br>**700 W. St. Clair Ave., Ste. 200**<br>**Cleveland, OH 44113** | Line  **3.55**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13  **Daniel Small**<br>**1100 New York Avenue NW**<br>**Suite 500**<br>**Washington, DC 20005** | Line  **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14  **Daniel Walker**<br>**2001 Pennsylvania Avenue NW**<br>**Suite 300**<br>**Washington, DC 20006** | Line  **3.74**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15  **Daniel Walker**<br>**2001 Pennsylvania Avenue NW**<br>**Suite 300**<br>**Washington, DC 20006** | Line  **3.66**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16  **Daniel Walker**<br>**2001 Pennsylvania Avenue NW**<br>**Suite 300**<br>**Washington, DC 20006** | Line  **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.17  **DAVID W. MITCHELL**<br>**ROBBINS GELLER RUDMAN & DOWD, LLP**<br>**655 West Broadway, Suite 1900**<br>**San Diego, CA 92101** | Line  **3.40**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **_Parametric Solutions, Inc._** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.18**    **_Dean Harvey_**<br>**_275 Battery Street, 29th Floor_**<br>**_San Francisco, CA 94111_** | Line   **_3.19_**<br><br>☐ Not listed. Explain ____ | _ |
| **4.19**    **_Derek Brandt_**<br>**_McCune Wright Arevalo, LLP_**<br>**_231 N Main Street_**<br>**_Suite 20_**<br>**_Edwardsville, IL 62025_** | Line   **_3.69_**<br><br>☐ Not listed. Explain ____ | _ |
| **4.20**    **_Derek Brandt_**<br>**_McCune Wright Arevalo, LLP_**<br>**_231 N Main Street_**<br>**_Suite 20_**<br>**_Edwardsville, IL 62025_** | Line   **_3.42_**<br><br>☐ Not listed. Explain ____ | _ |
| **4.21**    **_Derek Brandt_**<br>**_McCune Wright Arevalo, LLP_**<br>**_231 N Main Street_**<br>**_Suite 20_**<br>**_Edwardsville, IL 62025_** | Line   **_3.38_**<br><br>☐ Not listed. Explain ____ | _ |
| **4.22**    **_Derek Brandt_**<br>**_McCune Wright Arevalo, LLP_**<br>**_231 N Main Street_**<br>**_Suite 20_**<br>**_Edwardsville, IL 62025_** | Line   **_3.63_**<br><br>☐ Not listed. Explain ____ | _ |
| **4.23**    **_Douglas Millen_**<br>**_Freed Kanner London & Millen LLC_**<br>**_2201 Waukegan Road Suite 130_**<br>**_Bonnockburn, IL 60015_** | Line   **_3.8_**<br><br>☐ Not listed. Explain ____ | _ |
| **4.24**    **_Elizabeth A. Fegan_**<br>**_FEGAN SCOTT LLC_**<br>**_150 S. Wacker Dr., 24th Floor_**<br>**_Chicago, IL 60606_** | Line   **_3.22_**<br><br>☐ Not listed. Explain ____ | _ |
| **4.25**    **_Gary Klinger_**<br>**_Mason Lietz & Klinger LLP_**<br>**_227 W. Monroe Street_**<br>**_Suite 2100_**<br>**_Chicago, IL 60606_** | Line   **_3.8_**<br><br>☐ Not listed. Explain ____ | _ |
| **4.26**    **_Gary Smith, Jr_**<br>**_Hausfeld LLP_**<br>**_325 Chestnut Street, Suite 900_**<br>**_Philadelphia, PA 19106_** | Line   **_3.50_**<br><br>☐ Not listed. Explain ____ | _ |
| **4.27**    **_Gary Smith, Jr_**<br>**_Hausfeld LLP_**<br>**_325 Chestnut Street, Suite 900_**<br>**_Philadelphia, PA 19106_** | Line   **_3.31_**<br><br>☐ Not listed. Explain ____ | _ |
| **4.28**    **_Gary Smith, Jr_**<br>**_Hausfeld LLP_**<br>**_325 Chestnut Street, Suite 900_**<br>**_Philadelphia, PA 19106_** | Line   **_3.60_**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Parametric Solutions, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.29 **Gary Smith, Jr**<br>**Hausfeld LLP**<br>**325 Chestnut Street, Suite 900**<br>**Philadelphia, PA 19106** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |
| 4.30 **Gregory Asciolla**<br>**140 Broadway**<br>**New York, NY 10005** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |
| 4.31 **Hilary Scherrer**<br>**Hausfeld LLP**<br>**888 16th Street NW, Suite 300**<br>**Washington, DC 20006** | Line **3.50**<br>☐ Not listed. Explain ____ | _ |
| 4.32 **Hilary Scherrer**<br>**Hausfeld LLP**<br>**888 16th Street NW**<br>**Suite 300**<br>**Washington, DC 20006** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.33 **Hilary Scherrer**<br>**Hausfeld LLP**<br>**888 16th Street NW, Suite 300**<br>**Washington, DC 20006** | Line **3.60**<br>☐ Not listed. Explain ____ | _ |
| 4.34 **Hilary Scherrer**<br>**Hausfeld LLP**<br>**888 16th Street NW, Suite 300**<br>**Washington, DC 20006** | Line **3.44**<br>☐ Not listed. Explain ____ | _ |
| 4.35 **Internal Revenue Service**<br>**Atty General United States Dept Justice**<br>**Tenth & Constitution**<br>**Washington, DC 20530** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.36 **Internal Revenue Service**<br>**c/o IRS District Counsel**<br>**Claude Pepper Federal Bldg**<br>**51 S.W. 1st Ave., 11th Floor**<br>**Miami, FL 33130** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.37 **Internal Revenue Service**<br>**Acting US Attorney**<br>**99 NE 4th Street**<br>**Miami, FL 33132** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.38 **Jason Zweig**<br>**150 N Riverside Plaza**<br>**Suite 4100**<br>**Chicago, IL 60606** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.39 **Jason Zweig**<br>**150 N Riverside Plaza**<br>**Suite 4100**<br>**Chicago, IL 60606** | Line **3.39**<br>☐ Not listed. Explain ____ | _ |
| 4.40 **Jeffrey J. Corrigan**<br>**SPECTOR ROSEMAN & KODROFF, P.C.**<br>**2001 Market Street, Suite 3420**<br>**Philadelphia, PA 19103** | Line **3.59**<br>☐ Not listed. Explain ____ | _ |

Debtor  **Parametric Solutions, Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.41 **John Kehoe**<br>**Kehoe Law Firm, PC**<br>**Two Penn Center Plaza**<br>**1500 JFK Blvd, Suite 1020**<br>**Philadelphia, PA 19102** | Line __3.8__<br><br>☐ Not listed. Explain ____ | _ |
| 4.42 **Joseph Kohn**<br>**Kohn, Swift & Graf, PC**<br>**1600 Market Street**<br>**Suite 2500**<br>**Philadelphia, PA 19103** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |
| 4.43 **Joseph Saveri**<br>**Joseph Saveri Law Firm, LLP**<br>**601 California Street**<br>**Suite 1000**<br>**San Francisco, CA 94108** | Line __3.37__<br><br>☐ Not listed. Explain ____ | _ |
| 4.44 **Joshua Grabar**<br>**Grabar Law Office**<br>**One Liberty Place**<br>**1650 Market Street, Suite 3600**<br>**Philadelphia, PA 19103** | Line __3.60__<br><br>☐ Not listed. Explain ____ | _ |
| 4.45 **Joshua Grabar**<br>**Grabar Law Office**<br>**One Liberty Place**<br>**1650 Market Street, Suite 3600**<br>**Philadelphia, PA 19103** | Line __3.44__<br><br>☐ Not listed. Explain ____ | _ |
| 4.46 **Karen Lerner**<br>**Kirby McInerney LLP**<br>**250 Park Avenue**<br>**Suite 820**<br>**New York, NY 10177** | Line __3.30__<br><br>☐ Not listed. Explain ____ | _ |
| 4.47 **Karen Lerner**<br>**Kirby McInerney LLP**<br>**250 Park Avenue**<br>**Suite 820**<br>**New York, NY 10177** | Line __3.25__<br><br>☐ Not listed. Explain ____ | _ |
| 4.48 **Karen Lerner**<br>**Kirby McInerney LLP**<br>**250 Park Avenue**<br>**Suite 820**<br>**New York, NY 10177** | Line __3.49__<br><br>☐ Not listed. Explain ____ | _ |
| 4.49 **Kellie Lerner**<br>**ROBINS KAPLAN LLP**<br>**900 Third Avenue, Suite 1900**<br>**New York, NY 10022** | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.50 **Kellie Lerner**<br>**ROBINS KAPLAN LLP**<br>**900 Third Avenue, Suite 1900**<br>**New York, NY 10022** | Line __3.6__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | *Parametric Solutions, Inc.* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.51 *Kimberly Justice*<br>*Freed Kanner London & Millen LLC*<br>*923 Fayette St*<br>*Conshohocken, PA 19428* | Line __*3.8*__<br><br>☐ Not listed. Explain ____ | _ |
| 4.52 *Linda P. Nussbaum*<br>*NUSSBAUM LAW GROUP, P.C.*<br>*1211 Avenue of the Americas*<br>*40th Floor*<br>*New York, NY 10036* | Line __*3.23*__<br><br>☐ Not listed. Explain ____ | _ |
| 4.53 *Marc Edelson*<br>*Edelson Lechtzin LLP*<br>*3 Terry Drive*<br>*Suite 205*<br>*Newtown, PA 18940* | Line __*3.60*__<br><br>☐ Not listed. Explain ____ | _ |
| 4.54 *Marc Edelson*<br>*Edelson Lechtzin LLP*<br>*3 Terry Drive*<br>*Suite 205*<br>*Newtown, PA 18940* | Line __*3.44*__<br><br>☐ Not listed. Explain ____ | _ |
| 4.55 *Michael Roberts*<br>*Roberts Law Firm, PA*<br>*20 Rahling Circle*<br>*Little Rock, AR 72223* | Line __*3.5*__<br><br>☐ Not listed. Explain ____ | _ |
| 4.56 *Peggy Wedgworth*<br>*405 East 50th Street*<br>*New York, NY 10022* | Line __*3.6*__<br><br>☐ Not listed. Explain ____ | _ |
| 4.57 *R. Alexander Saveri*<br>*SAVERI & SAVERI, INC.*<br>*706 Sansome Street*<br>*San Francisco, CA 94111* | Line __*3.55*__<br><br>☐ Not listed. Explain ____ | _ |
| 4.58 *Richard McCune*<br>*McCune Wright Arevalo, LLP*<br>*18565 Jamboree Road*<br>*Suite 550*<br>*Irvine, CA 92612* | Line __*3.69*__<br><br>☐ Not listed. Explain ____ | _ |
| 4.59 *Richard McCune*<br>*McCune Wright Arevalo, LLP*<br>*18565 Jamboree Road*<br>*Suite 550*<br>*Irvine, CA 92612* | Line __*3.42*__<br><br>☐ Not listed. Explain ____ | _ |
| 4.60 *Richard McCune*<br>*McCune Wright Arevalo, LLP*<br>*18565 Jamboree Road*<br>*Suite 550*<br>*Irvine, CA 92612* | Line __*3.38*__<br><br>☐ Not listed. Explain ____ | _ |
| 4.61 *Richard McCune*<br>*McCune Wright Arevalo, LLP*<br>*18565 Jamboree Road*<br>*Suite 550*<br>*Irvine, CA 92612* | Line __*3.63*__<br><br>☐ Not listed. Explain ____ | _ |

Debtor  **Parametric Solutions, Inc.**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.62 **Roberta D. Liebenberg**<br>**FINE KAPLAN AND BLACK, R.P.C.**<br>**One South Broad St., 23rd Floor**<br>**Philadelphia, PA 19107** | Line __3.23__<br><br>☐ Not listed. Explain ____ | _ |
| 4.63 **Roberta D. Liebenberg**<br>**FINE KAPLAN AND BLACK, R.P.C.**<br>**One South Broad St., 23rd Floor**<br>**Philadelphia, PA 19107** | Line __3.24__<br><br>☐ Not listed. Explain ____ | _ |
| 4.64 **Steven Williams**<br>**Joseph Saveri Law Firm, LLP**<br>**40 Worth Street**<br>**Suite 602**<br>**New York, NY 10013** | Line __3.37__<br><br>☐ Not listed. Explain ____ | _ |
| 4.65 **Walter W. Noss**<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>**600 W. Broadway**<br>**Suite 3300**<br>**San Diego, CA 92101** | Line __3.23__<br><br>☐ Not listed. Explain ____ | _ |
| 4.66 **Walter W. Noss**<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>**600 W. Broadway**<br>**Suite 3300**<br>**San Diego, CA 92101** | Line __3.24__<br><br>☐ Not listed. Explain ____ | _ |
| 4.67 **Zina Bash**<br>**111 Congress Avenue**<br>**Suite 500**<br>**Austin, TX 78701** | Line __3.43__<br><br>☐ Not listed. Explain ____ | _ |
| 4.68 **Zina Bash**<br>**111 Congress Avenue**<br>**Suite 500**<br>**Austin, TX 78701** | Line __3.39__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _0.00_ |
| **5b. Total claims from Part 2** | 5b. + | $ _2,314,745.86_ |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _2,314,745.86_ |

| Fill in this information to identify the case: |
|---|

Debtor name __*Parametric Solutions, Inc.*__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | *Department of Energy* |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest  *Lease for office space located at 1061 E. Indiantown Road, Jupiter, Florida*<br><br>State the term remaining<br><br>List the contract number of any government contract | *NRNS Aquisition Reynolds, LLC*<br>*6360 NW 5th Way*<br>*Fort Lauderdale, FL 33309* |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest  *Lease for office space located at 831 Jupiter Park Drive, Jupiter, Florida*<br><br>State the term remaining<br><br>List the contract number of any government contract | *PSI Property Holdings, LLC*<br>*900 E Indiantown Road*<br>*Suite 200*<br>*Jupiter, FL 33477* |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest  *Master Terms Agreement dated 2014*<br><br>State the term remaining<br><br>List the contract number of any government contract | *Raytheon Corporation* |

| Debtor 1 | *Parametric Solutions, Inc.* | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | *Equipment Lease Agreement No. 26994-14221 for one 2014 DMG MORI Linear 5 Axis Miling Machine SN: 15475597164* | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | *Sumitomo Mitsu Finance and Leasing Co. 666 Third Avenue, 8th Floor New York, NY 10017* |

**Fill in this information to identify the case:**

Debtor name    *Parametric Solutions, Inc.*

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 | Street / City State Zip Code | | | ☐ D ☐ E/F ☐ G |
| 2.2 | Street / City State Zip Code | | | ☐ D ☐ E/F ☐ G |
| 2.3 | Street / City State Zip Code | | | ☐ D ☐ E/F ☐ G |
| 2.4 | Street / City State Zip Code | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name  *Parametric Solutions, Inc.*

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| *From the beginning of the fiscal year to filing date:*<br>From  *1/01/2023* to *Filing Date* | ■ Operating a business<br>☐ Other _____ | *$8,643,218.16* |
| *For prior year:*<br>From  *1/01/2022* to *12/31/2022* | ■ Operating a business<br>☐ Other _____ | *$24,629,765.25* |
| *For year before that:*<br>From  *1/01/2021* to *12/31/2021* | ■ Operating a business<br>☐ Other _____ | *$28,113,201.00* |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Parametric Solutions, Inc.**    Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | *Tom Conroy, Daniel Sartoris, Scott Prentiss, Christopher Novoa v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION*<br>*3:21-cv-01659-SVN* | *Consolidated Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    *Parametric Solutions, Inc.*                                          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. *David Granata v. PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION; QUEST GLOBAL SERVICES-NA, INC.; BELCAN ENGINEERING GROUP, LLC; BELCAN ENGINEERING GROUP LIMITED PARTNERSHIP; CYIENT INC.; PARAMETRIC SOLUTIONS, INC.; AGILIS ENGINEERING, INC.; MAHESH PATEL; ROBERT HARVEY; HARPREET WASAN; THOMAS EDWARDS; GARY PRUS; FRANK O'NEILL; and JOHN DOES 1-3*<br>*3:21-cv-01657* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. *John Balicoco v. PRATT & WHITNEY; QUEST GLOBAL SERVICES-NA, INC; BELCAN, LLC; CYIENT INC; PARAMETRIC SOLUTIONS, INC; AGILIS ENGINEERING, INC,*<br>*3:21-cv-01673-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. *David Durbin v. PRATT & WHITNEY, INC., QUEST GLOBAL SERVICES-NA, INC., BELCAN LLC, CYIENT, INC., PARAMETRIC SOLUTIONS, INC., AGILIS ENGINEERING, INC., MAHESH PATEL, ROBERT HARVEY, HARPREET WASAN, STEVE HOUGHTALING, THOMAS EDWARDS, GARY PRUS, FRANK O'NEILL, CO-CONSPIRATOR 2, CO-CONSPIRATOR 4, AND DOES 1-50.*<br>*3:21-cv-01682-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. *Michael Powers v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION*<br>*3:21-cv-01691-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  *Parametric Solutions, Inc.*                                     Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. *Elisha Chapman v. QUEST GLOBAL SERVICES-NA, INC., BELCAN ENGINEERING GROUP, LLC, CYIENT, INC., AGILIS ENGINEERING, INC., PARAMETRIC SOLUTIONS, INC., and RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION*<br>*3:21-cv-01681-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. *Ricardo Boodram v. AGILIS ENGINEERING, INC., BELCAN ENGINEERING GROUP, LLC, CYIENT, INC., PARAMETRIC SOLUTIONS, INC., QUEST GLOBAL SERVICES-NA, INC., and RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION*<br>*3:21-cv-01701-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. *Bryant Tucker v. PRATT & WHITNEY; QUEST GLOBAL SERVICES-NA, INC; AGILIS ENGINEERING, INC; BELCAN, LLC; CYIENT, INC; PARAMETRIC SOLUTIONS, INC*<br>*3:21-cv-01704-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. *Camden Mamigonian v. AGILIS ENGINEERING, INC.; BELCAN ENGINEERING GROUP, LLC; CYIENT, INC.; PARAMETRIC SOLUTIONS, INC.; QUEST GLOBAL SERVICES-NA, INC.; RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION; MAHESH PATEL; ROBERT HARVEY; HARPREET WASAN; STEVEN HOUGHTALING; TOM EDWARDS; GARY PRUS; and DOES 1-20*<br>*3:21-cv-01721-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   *Parametric Solutions, Inc.*                          Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10. | *Tarrique Brooks-Bey and Wadner Brizeus v. RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION, QUEST GLOBAL SERVICES-NA, INC., BELCAN LLC, CYIENT, INC., PARAMETRIC SOLUTIONS, INC., AGILIS ENGINEERING, INC., MAHESH PATEL, ROBERT HARVEY, HARPREET WASAN, STEVE HOUGHTALING, THOMAS EDWARDS, GARY PRUS, FRANK O'NEILL, CO-CONSPIRATOR 2, CO-CONSPIRATOR 4, AND DOES 1-50.*<br>*3:21-cv-01723-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | *Jacob Lillie v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION*<br>*3:21-cv-01724-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | *Matthew Cydylo v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES, MAHESH PATEL, ROBERT HARVEY, HARPREET WASAN, STEVE HOUGHTALING, THOMAS EDWARDS, GARY PRUS, FRANK O'NEILL*<br>*3:21-cv-01730-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    *Parametric Solutions, Inc.*                                        Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.13. *Ellen McIsaac v. QUEST GLOBAL SERVICES-NA, INC., BELCAN ENGINEERING GROUP, LLC, CYIENT, INC., AGILIS ENGINEERING, INC., PARAMETRIC SOLUTIONS, INC., and RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION*<br>*3:21-cv-01737-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. *Tarah Kye Borozny, Jed Perron, and Sam McCallum v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION*<br>*3:22-cv-00032-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. *John Doe v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION, MAHESH PATEL, STEVE HOUGHTALING, TOM EDWARDS, GARY PRUS and FRANK O'NEILL*<br>*3:22-cv-00035-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. *Robert Lancaster and Maxwell Stinson v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION*<br>*3:22-cv-00051-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Parametric Solutions, Inc.**                          Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.17.  **Austin Waid-Jones v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION, MAHESH PATEL, ROBERT HARVEY, HARPREET WASAN, STEVEN HOUGHTALING, TOM EDWARDS, GARY PRUS, and DOES 1-20.**<br>**3:22-cv-00058-SVN** | **Class Action Complaint** | **US District Court of Connecticut** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18.  **Stephen Dowe v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION**<br>**3:22-cv-00063-SVN** | **Class Action Complaint** | **US District Court of Connecticut** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19.  **Jacob Gaskill and Erica Holden v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION**<br>**3:22-cv-00071-SVN** | **Class Action Complaint** | **US District Court of Connecticut** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20.  **Nicholas Wilson v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION, MAHESH PATEL, ROBERT HARVEY, HARPREET WASAN, STEVEN HOUGHTALING, TOM EDWARDS, GARY PRUS, and FRANK O'NEILL**<br>**3:22-cv-00062-SVN** | **Class Action Complaint** | **US District Court of Connecticut** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    *Parametric Solutions, Inc.*                                            Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.21. *James Roe and Russell Hedlund v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION*<br>*3:22-cv-00086-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. *Joshua Ivaldi v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, RAYTHEON TECHNOLOGIES CORPORATION, PRATT & WHITNEY DIVISION and COLLINS AEROSPACE DIVISION, MAHESH PATEL, ROBERT HARVEY, HARPREET WASAN, STEVE HOUGHTALING, THOMAS EDWARDS, GARY PRUS, FRANK O'NEILL, and DOES 1-10.*<br>*3:22-cv-00097-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. *Allison Leavitt v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION*<br>*3:22-cv-00103-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. *Michael McMahon v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION*<br>*3:22-cv-00115-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    *Parametric Solutions, Inc.*                                   Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.25. *Jason Chapman, Craig Johnston and Thomas Borino v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION*<br>*3:22-cv-00166-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. *Paul Strong v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION*<br>*3:22-cv-00153-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. *Elias Dominguez v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION*<br>*3:22-cv-00175-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. *James Roe II v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION*<br>*3:22-cv-00178-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. *Mary Herblet, John Lee, and Sam Giaquinto v. AGILIS ENGINEERING, INC, BELCAN ENGINEERING GROUP, LLC, CYIENT INC, PARAMETRIC SOLUTIONS, INC, QUEST GLOBAL SERVICES-NA, INC, PRATT & WHITNEY, A DIVISION OF RAYTHEON TECHNOLOGIES CORPORATION*<br>*3:22-cv-00180-SVN* | *Class Action Complaint* | *US District Court of Connecticut* | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Parametric Solutions, Inc.** _____    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.30. | **Justin Tussey v. PRATT & WHITNEY DIVISION, RAYTHEON TECHNOLOGIES CORPORATION, QUEST GLOBAL SERVICES-NA, INC., BELCAN ENGINEERING GROUP, LLC, CYIENT, INC., PARAMETRIC SOLUTIONS, INC., AGILIS ENGINEERING, INC., MAHESH PATEL, ROBERT HARVEY, HARPREET WASAN, STEVEN HOUGHTALING, THOMAS EDWARDS, and GARY PRUS**<br>**3:22-cv-00186-SVN** | **Class Action Complaint** | **US District Court of Connecticut** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    *Parametric Solutions, Inc.*                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | *Kelley, Fulton, Kaplan, & Eller, P.L.* *1665 Palm Beach Lakes Boulevard* *The Forum - Suite 1000* *West Palm Beach, FL 33401* | | *June 2023* | *$37,500.00* |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | *See attached* | | *Various* | *$0.00* |
| | Relationship to debtor | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | *900 E. Indiantown Road* *Jupiter, FL 33477* | *Moved out 12/2022* |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   **Parametric Solutions, Inc.**                            Case number *(if known)*

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| *Fidelity Pre-Approved Defined Contribution Plan* | EIN: |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

Debtor   **Parametric Solutions, Inc.** _____   Case number *(if known)* _____

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| | |

Debtor    *Parametric Solutions, Inc.*    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Lapierre, Brault, Elhour & Assoc.**<br>**5100 N.W. 33rd Avenue**<br>**Suite 247**<br>**Fort Lauderdale, FL 33309** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Joel Haas* | | *Director and Shareholder* | *34.24%* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Daryl Michaelian* | *5341 SE Meadow Springs Blvd Stuart, FL 34997* | *Director and Shareholder* | *16.44%* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *David Olsen* | *647 Cypress Green Circle Wellington, FL 33414* | *Director and Shareholder* | *16.44%* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *David Cusano* | *18969 SE Kokomo Lane Jupiter, FL 33458* | *Director and Shareholder* | *16.44%* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Gary Prus* | *18633 Lakeside Gardens Drive Jupiter, FL 33458* | *Director and Shareholder* | *16.44%* |

Debtor   *Parametric Solutions, Inc.* _____   Case number *(if known)* _____

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | *David Cusano* <br><br> Relationship to debtor <br> *Officer and Director* | *$325,000.00 plus benefits annual salary* <br> *2/10/2023 $25,000.00 Loan Repayment* <br> *9/13/2022 $205,368.00 Loan Repayment* | *Various* | *Compensation for services rendered and loan repayment* |
| 30.2. | *Joel Haas* <br><br> Relationship to debtor <br> *Officer and Director* | *$325,000.00 plus benefits annual salary* <br> *2/10/2023 $25,000.00 Loan Repayment* <br> *9/13/2022 $205,368.00 Loan Repaymet* | *Various* | *Compensation for services rendered and loan repayment.* |
| 30.3. | *Daryl Michaelian* <br><br> Relationship to debtor <br> *Officer and Director* | *$260,000.00 plus benefits annual salary* <br> *September 13, 2022 $98,658.00 loan repayment* <br> *February 10, 2023 $25,000.00 loan repayment* | *Various* | *Compensation for services rendered and loan repayment* |
| 30.4. | *David Olsen* <br><br> Relationship to debtor <br> *Officer and Director* | *$325,000.00 plus benefits annual salary* <br> *$260,000.00 plus benefits annual salary* <br> *September 13, 2022 $98,658.00 loan repayment* <br> *January 11, 2023 Holiday Party $584.34* <br> *February 10, 2023 $23,025.00 loan repayment* <br> *July 25, 2023 Vehicle Rental $179.17* | *Various* | *Compensation for services rendered, reimbursements for expenses paid and loan repayment.* |

Debtor    *Parametric Solutions, Inc.*                                   Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | | | | *Compensation for services rendered, expense reimbursement and loan repayment* |
| | *Gary Prus* | *$325,000.00 plus benefits annual salary 2/10/2023 $25,000.00 Loan Repayment 5/31/2023 Vehicle Rental 1211.72 9/13/2022 $205,368.00 Loan Repayment* | *Various* | |
| | **Relationship to debtor** *Officer and Director* | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    *Parametric Solutions, Inc.*                                              Case number *(if known)*

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *August  3, 2023*

*/s/ David Cusano*                                     *David Cusano*
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    *Director*

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

| Type | Make | Model | S/N | Sale Amount | Date Sold |
|---|---|---|---|---|---|
| VTL | Toshiba | TUE-150 S | 440784/172498 | $ 292,500.00 | 4/29/2022 |
| 5 Axis VMC | DMG Mori | DMU105 | 12170006033 | $ 373,500.00 | 5/24/2023 |
| EDM | Sodick | AG60L | 213 | $ 45,000.00 | 2/4/2022 |
| EDM | Sodick | AQ750L | 403 | $ 15,000.00 | 7/14/2022 |
| 5 Axis VMC | DMG Mori | DMU125 | 12270000823 | $ 431,100.00 | 2/24/2022 |
| Shot Peen | Peening Tech | PT-320-5D | PTE080118 | $ 140,000.00 | 3/15/2022 |
| 3 Axis | DMG Mori | NVX 5100 | NV503170733 | $ 93,500.00 | 2/18/2022 |
|  | DMG Mori | NLX 2500 | NL257180820 | $ 154,350.00 | 2/25/2022 |
| Vertical Machining Ctr | Fadal | 6030HT | 9311159 | $ 9,000.00 | 2/28/2022 |

# United States Bankruptcy Court
## Southern District of Florida

In re    **Parametric Solutions, Inc.**                              Case No. _____

                                        Debtor(s)          Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daryl H. Michaelian**<br>**5341 SE Meadow Springs Blvd.**<br>**Stuart, FL 34997** | **Common** | **16.44%** | |
| **David M. Cusano**<br>**18969 SE Kokomo Lane**<br>**Jupiter, FL 33458** | **Common** | **16.44%** | |
| **David R. Olsen**<br>**647 Cypress Green Circle**<br>**Wellington, FL 33414** | **Common** | **16.44%** | |
| **Gary P. Prus**<br>**18633 Lakeside Gardens Drive**<br>**Jupiter, FL 33458** | **Common** | **16.44%** | |
| **Joel C. Haas** | **Common** | **34.24%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 3, 2023**                    Signature  **/s/ David Cusano**

                                        **David Cusano**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    *Parametric Solutions, Inc.*                                    Case No. _____

                                          Debtor(s)         Chapter    *11*_____

# VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    *August  3, 2023*_____        */s/ David Cusano*_____

                                    *David Cusano*/*Director*
                                    Signer/Title

8 Rivers Capital, LLC
406 Blackwell Street, 4th Floor
Durham, NC 27701


Active Alarms
7512 Dr. Phillips Blvd.
Suite 50-503
Orlando, FL 32819


ADP
P.O. Box 842875
Boston, MA 02284


Allahar Air Conditioning, Inc.
1923 Sansbury's Way
West Palm Beach, FL 33411


Allison Leavitt
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901


Austin Waid-Jones
C/O Robert Frost
Frost Bussert LLC
350 Orange Street, Suite 100
New Haven, CT 06511


Bank of America
One Financial Plaza
Providence, RI 02903


Bank of America
100 North Tryon Street
Charlotte, NC 28255


BDO
8401 Greensboro Drive
Suite 800
Mc Lean, VA 22102


Bonny Sweeney
Hausfeld LLP
600 Montgomery St. #3200
San Francisco, CA 94111

Bonny Sweeney
Hausfeld LLP
600 Montgomery Street
Suite #3200
San Francisco, CA 94111


Bonny Sweeney
Hausfeld LLP
600 Montgomery St.
#3200
San Francisco, CA 94111


Bryant Tucker
C/O Jonathan Shapiro
Aeton Law Partners LLP
311 Centerpoint Drive
Middletown, CT 06457


BTI
4128 Westroads Drive
Suite 225
Riviera Beach, FL 33407


Camden Mamigonian
C/O Robert M. Frost, Jr.
Frost Bussert LLC
350 Orange Street, Suite 100
New Haven, CT 06511


Candice Enders
1818 Market Street
Suite 3600
Philadelphia, PA 19103


CDW, LLC
200 N. Milwaukee Avenue
Vernon Hills, IL 60061


Christopher Novoa
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901

Christopher T. Micheletti
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607


CIGNA
900 Cottage Grove Road
Bloomfield, CT 06002


Cleveland Electric Laboratories
361 S 52nd St
Tempe, AZ 85281


Continental Steel & Tube Co
3020 NE 32 Ave.
#222
Fort Lauderdale, FL 33308


Craig Johnston
C/O Bruce E. Newman
Brown Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103


Craters and Freighters
2089 N. Powerline Road #1
Pompano Beach, FL 33069


Daniel Brockett
51 Madison Avenue, 22nd Floor
New York, NY 10010


Daniel R. Karon
KARON LLC
700 W. St. Clair Ave., Ste. 200
Cleveland, OH 44113


Daniel Sartoris
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901

Daniel Small
1100 New York Avenue NW
Suite 500
Washington, DC 20005


Daniel Walker
2001 Pennsylvania Avenue NW
Suite 300
Washington, DC 20006


David Durbin
C/O Gregg Adler
Livingston Adler Pulda Meiklejohn & Kell
557 Prospect Avenue
Hartford, CT 06105


David Granata
C/O David Slossberg
Hurwitz Sagarin Slossberg & Knuff, LLC
147 North Broad Street
Milford, CT 06460


DAVID W. MITCHELL
ROBBINS GELLER RUDMAN & DOWD, LLP
655 West Broadway, Suite 1900
San Diego, CA 92101


Dean Harvey
275 Battery Street, 29th Floor
San Francisco, CA 94111


Department of Energy


Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399


Derek Brandt
McCune Wright Arevalo, LLP
231 N Main Street
Suite 20
Edwardsville, IL 62025

Douglas Millen
Freed Kanner London & Millen LLC
2201 Waukegan Road Suite 130
Bonnockburn, IL 60015


Eagles Benefits by Design, Inc.
913 Gulf Breeze Parkway
Ste 34
Gulf Breeze, FL 32561


Elias Dominguez
C/O Garrett A. Denniston
LYNCH TRAUB KEEFE & ERRANTE, PC
52 Trumbull Street
New Haven, CT 06510


Elisha Chapman
C/O Erin Green Comite
156 South Main Street
P.O. Box 192
Colchester, CT 06415


Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606


Ellen McIsaac
C/O Erin Green Comite
156 South Main Street
P.O. Box 192
Colchester, CT 06415


Erica Holden
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901


Fidelity Investments
ECM Client Services
P.O. Box 770001
Cincinnati, OH 45277

Gary Klinger
Mason Lietz & Klinger LLP
227 W. Monroe Street
Suite 2100
Chicago, IL 60606


Gary Smith, Jr
Hausfeld LLP
325 Chestnut Street, Suite 900
Philadelphia, PA 19106


Gordon & Rees Scully Mansukhani LLP
1111 Broadway
Suite 1700
Oakland, CA 94607


Grainger
2775 South 9th West
Salt Lake City, UT 84119


Gregory Asciolla
140 Broadway
New York, NY 10005


Hard Chrome Enterprises
220 10th Street
West Palm Beach, FL 33403


Hilary Scherrer
Hausfeld LLP
888 16th Street NW, Suite 300
Washington, DC 20006


Hilary Scherrer
Hausfeld LLP
888 16th Street NW
Suite 300
Washington, DC 20006


Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

```
Internal Revenue Service
Atty General United States Dept Justice
Tenth & Constitution
Washington, DC 20530


Internal Revenue Service
Acting US Attorney
99 NE 4th Street
Miami, FL 33132


Internal Revenue Service
c/o IRS District Counsel
Claude Pepper Federal Bldg
51 S.W. 1st Ave., 11th Floor
Miami, FL 33130


Jacob Gaskill
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901


Jacob Lillie
C/O William Bloss
Koskoff Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604


James Roe
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901


James Roe II
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901


Jason Chapman
C/O Bruce E. Newman
Brown Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103
```

Jason Zweig
150 N Riverside Plaza
Suite 4100
Chicago, IL 60606


Jed Perron
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901


Jeffrey J. Corrigan
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103


John Balicoco
C/O Brian Daniels
271 Whitney Avenue
New Haven, CT 06511


John Doe
C/O Jonathan Shapiro
Aeton Law Partners, LLP
311 Centerpoint Drive
Middletown, CT 06457


John Kehoe
Kehoe Law Firm, PC
Two Penn Center Plaza
1500 JFK Blvd, Suite 1020
Philadelphia, PA 19102


John Lee
C/O Richard E. Hayber
HAYBER, MCKENNA & DINSMORE, LCC
750 Main Street, Suite 904
Hartford, CT 06103


Joseph Kohn
Kohn, Swift & Graf, PC
1600 Market Street
Suite 2500
Philadelphia, PA 19103

Joseph Saveri
Joseph Saveri Law Firm, LLP
601 California Street
Suite 1000
San Francisco, CA 94108


Joshua Grabar
Grabar Law Office
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103


Joshua Ivaldi
C/O Daniel Krisch
Halloran Sage, LLP
Hartford, CT 06103


Justin Tussey
C/O Jonathan P. Whitcomb
1010 Washington Boulevard, Suite 800
Stamford, CT 06901


Karen Lerner
Kirby McInerney LLP
250 Park Avenue
Suite 820
New York, NY 10177


Kellie Lerner
ROBINS KAPLAN LLP
900 Third Avenue, Suite 1900
New York, NY 10022


Kimberly Justice
Freed Kanner London & Millen LLC
923 Fayette St
Conshohocken, PA 19428


Lincoln Electric Automation
911 North Second Street
Coldwater, OH 45828


Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas
40th Floor
New York, NY 10036

Marc Edelson
Edelson Lechtzin LLP
3 Terry Drive
Suite 205
Newtown, PA 18940


Mary Herblet
C/O Richard E. Hayber
HAYBER, MCKENNA & DINSMORE, LCC
750 Main Street, Suite 904
Hartford, CT 06103


Matthew Cydylo
C/O Daniel Krisch
Halloran Sage LLP
225 Asylum Street
Hartford, CT 06103


Maxwell Stinson
C/O William Bloss
Koskoff Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604


Mayer Brown LLP
311 West Monroe Street
Chicago, IL 60606


McAuliffe Law PLLC
2000 PGA Blvd.
Suite 4440
Palm Beach Gardens, FL 33408


McMaster-Carr
P.O. Box 740100
Atlanta, GA 30374


Mercer Gasket & Shim
110 Benigno Blvd.
Bellmawr, NJ 08031


Michael McMahon
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901

Michael Powers
C/O William Bloss
Koskoff, Koskoff & Bieder, PC
350 Fairfield Avenue
Bridgeport, CT 06604

Michael Roberts
Roberts Law Firm, PA
20 Rahling Circle
Little Rock, AR 72223

Mitech Controls Inc
22855-G Savi Ranch Parkway
Yorba Linda, CA 92887

NET Power, LLC
404 Hunt Street, Suite 410
Durham, NC 27701

Nicholas Wilson
C/O Joshua Goodbaum
405 Orange Street
New Haven, CT 06511

NTS Labs LLC
3505 E Third St
San Bernardino, CA 92408

Paul Strong
C/O Jonathan M. Shapiro
AETON LAW PARTNERS LLP
311 Centerpoint Drive
Middletown, CT 06457

Peggy Wedgworth
405 East 50th Street
New York, NY 10022

Pye-Barker Fire & Safety, Inc.
160 SW 12th Ave
Suite 105
Deerfield Beach, FL 33442

R. Alexander Saveri
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111


Rand Worldwide Subsidiary Inc
11201 Dolfield Blvd.
Suite 112
Owings Mills, MD 21117


Raytheon Corporation


Rhinestahl Corporation
1111 Western Row Rd
Mason, OH 45040


Ricardo Boodram
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901


Richard McCune
McCune Wright Arevalo, LLP
18565 Jamboree Road
Suite 550
Irvine, CA 92612


Robert Lancaster
C/O William Bloss
Koskoff Koskoff & Bieder PC
350 Fairfield Avenue
Bridgeport, CT 06604


Roberta D. Liebenberg
FINE KAPLAN AND BLACK, R.P.C.
One South Broad St., 23rd Floor
Philadelphia, PA 19107


Rolled Alloys
125 W Sterns Rd.
Temperance, MI 48182

Russell Hedlund
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901


Sam Giaquinto
C/O Richard E. Hayber
HAYBER, MCKENNA & DINSMORE, LCC
750 Main Street, Suite 904
Hartford, CT 06103


Sam McCallum
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901


Scanivalve Corporation
1722 N. Madson Street
Liberty Lake, WA 99019


Scott Prentiss
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901


Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103


SouthEast Machine LLC
3081 SE Slater Street
Stuart, FL 34997


Stephen Dowe
C/O Richard Hayber
Hayber McKenna & Dinsmore, LLC
750 Main Street Suite 904
Hartford, CT 06103


Steven Williams
Joseph Saveri Law Firm, LLP
40 Worth Street
Suite 602
New York, NY 10013

Sumitomo Mitsu Finance and Leasing Co.
666 Third Avenue, 8th Floor
New York, NY 10017


SUMITOMO MITSUI FINANCE AND LEASING CO.
666 Third Avenue
8th Floor
New York, NY 10017


Tarah Kye Borozny
C/O David Golub
Silver Golub & Teitell LLP
One Landmark Square- 15th Floor
Stamford, CT 06901


Tarrique Brooks-Bey
C/O Mathew P. Jasinski
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103


Thermal Braze
231 Venus St
Jupiter, FL 33458


Thomas Borino
C/O Bruce E. Newman
Brown Paindiris & Scott, LLP
100 Pearl Street
Hartford, CT 06103


Tom Conroy
C/O David Golub
Silver Golub & Teitell LLP
 One Landmark Square-15th Floor
Stamford, CT 06901


Town of Jupiter
210 Military Trail
PO Box 8900
Jupiter, FL 33468


True Digital Security
1401 Forum Way
Suite 730
West Palm Beach, FL 33401

U-Line
2105 S. Lakeside Drive
Waukegan, IL 60085


UTC - Pratt & Whitney
17900 Bee Line Hwy
Jupiter, FL 33478


Vishay Measurements Group Inc
951 Wendell Boulevard
Wendell, NC 27591


Wadner Brizeus
C/O Mathew P. Jasinski
One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103


Walsh Plumbing, Inc.
P.O. Box 8264
Jupiter, FL 33468


Walter W. Noss
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway
Suite 3300
San Diego, CA 92101


WireMasters
1788 Northpointe Road
Columbia, TN 38401


Xometry
7940 Cessna Ave.
Gaithersburg, MD 20879


Zina Bash
111 Congress Avenue
Suite 500
Austin, TX 78701