**Fill in this information to identify the case:**

Debtor name       ***Parametric Solutions, Inc.***

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    ***23-16141-MAM***

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    ***August 31, 2023***        X ***/s/ David Cusano***
                                          Signature of individual signing on behalf of debtor

                                          ***David Cusano***
                                          Printed name

                                          ***Director***
                                          Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name    ***Parametric Solutions, Inc.***

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    ***23-16141-MAM***

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................    $ _____0.00__

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................    $ ____6,147,086.92__

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................    $ ____6,147,086.92__

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ ____3,282,422.65__

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................    $ _____0.00__

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ ____2,286,933.51__

4. **Total liabilities** ..................................................................................
   Lines 2 + 3a + 3b

   $ ____5,569,356.16__

**Fill in this information to identify the case:**

Debtor name     *Parametric Solutions, Inc.*

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     *23-16141-MAM*

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $0.00 | $0.00 |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Department of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399**

Date or dates debt was incurred

Basis for the claim:
*Notice Only*

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | $0.00 | $0.00 |
|---|---|---|---|

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Basis for the claim:
*Notice Only*

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor **Parametric Solutions, Inc.**                          Case number (if known) **23-16141-MAM**
_____                                    _____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283,073.61 |
|---|---|---|---|

**8 Rivers Capital, LLC**
**406 Blackwell Street, 4th Floor**
**Durham, NC 27701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,368.26 |
|---|---|---|---|

**Active Alarms**
**7512 Dr. Phillips Blvd.**
**Suite 50-503**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**ADP**
**P.O. Box 842875**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Repayment Agreement for Employer Social Security Tax Deferrals under the CARES Act.**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,100.00 |
|---|---|---|---|

**Allahar Air Conditioning, Inc.**
**1923 Sansbury's Way**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Allison Leavitt**
**C/O David Golub**
**Silver Golub & Teitell LLP**
**One Landmark Square- 15th Floor**
**Stamford, CT 06901**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Austin Waid-Jones**
**C/O Robert Frost**
**Frost Bussert LLC**
**350 Orange Street, Suite 100**
**New Haven, CT 06511**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,870.60 |
|---|---|---|---|

**BDO**
**8401 Greensboro Drive**
**Suite 800**
**Mc Lean, VA 22102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | *Parametric Solutions, Inc.* | Case number (if known) | *23-16141-MAM* |
|---|---|---|---|
| | Name | | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown*

*Bryant Tucker*
*C/O Jonathan Shapiro*
*Aeton Law Partners LLP*
*311 Centerpoint Drive*
*Middletown, CT 06457*

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Consolidated Antitrust Class Action Lawsuit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *$1,500.00*

*BTI*
*4128 Westroads Drive*
*Suite 225*
*Riviera Beach, FL 33407*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown*

*Camden Mamigonian*
*C/O Robert M. Frost, Jr.*
*Frost Bussert LLC*
*350 Orange Street, Suite 100*
*New Haven, CT 06511*

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Consolidated Antitrust Class Action Lawsuit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *$3,173.55*

*CDW, LLC*
*200 N. Milwaukee Avenue*
*Vernon Hills, IL 60061*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *Unknown*

*Christopher Novoa*
*C/O David Golub*
*Silver Golub & Teitell LLP*
*One Landmark Square- 15th Floor*
*Stamford, CT 06901*

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _Consolidated Antitrust Class Action Lawsuit_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *$103,010.92*

*CIGNA*
*900 Cottage Grove Road*
*Bloomfield, CT 06002*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Insurance Premium_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | *$4,669.10*

*Continental Steel & Tube Co*
*3020 NE 32 Ave.*
*#222*
*Fort Lauderdale, FL 33308*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Parametric Solutions, Inc.** | Case number (if known) | **23-16141-MAM** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Craig Johnston**
**C/O Bruce E. Newman**
**Brown Paindiris & Scott, LLP**
**100 Pearl Street**
**Hartford, CT 06103**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Consolidated Antitrust Class Action Lawsuit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$693.54** |
|---|---|---|---|

**Craters and Freighters**
**2089 N. Powerline Road #1**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Daniel Sartoris**
**C/O David Golub**
**Silver Golub & Teitell LLP**
**One Landmark Square- 15th Floor**
**Stamford, CT 06901**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Consolidated Antitrust Class Action Lawsuit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Durbin**
**C/O Gregg Adler**
**Livingston Adler Pulda Meiklejohn & Kell**
**557 Prospect Avenue**
**Hartford, CT 06105**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Consolidated Antitrust Class Action Lawsuit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David Granata**
**C/O David Slossberg**
**Hurwitz Sagarin Slossberg & Knuff, LLC**
**147 North Broad Street**
**Milford, CT 06460**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Consolidated Antitrust Class Action Lawsuit

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$810.00** |
|---|---|---|---|

**Eagles Benefits by Design, Inc.**
**913 Gulf Breeze Parkway**
**Ste 34**
**Gulf Breeze, FL 32561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Parametric Solutions, Inc.* | Case number (if known) | *23-16141-MAM* |
|---|---|---|---|
| | Name | | |

---

**3.21** | **Nonpriority creditor's name and mailing address**

*Elias Dominguez*
*C/O Garrett A. Denniston*
*LYNCH TRAUB KEEFE & ERRANTE, PC*
*52 Trumbull Street*
*New Haven, CT 06510*

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          *Unknown*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**

*Elisha Chapman*
*C/O Erin Green Comite*
*156 South Main Street*
*P.O. Box 192*
*Colchester, CT 06415*

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          *Unknown*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address**

*Ellen McIsaac*
*C/O Erin Green Comite*
*156 South Main Street*
*P.O. Box 192*
*Colchester, CT 06415*

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          *Unknown*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**

*Erica Holden*
*C/O David Golub*
*Silver Golub & Teitell LLP*
*One Landmark Square- 15th Floor*
*Stamford, CT 06901*

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          *Unknown*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**

*Fidelity Investments*
*ECM Client Services*
*P.O. Box 770001*
*Cincinnati, OH 45277*

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          *$1,140.00*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *Employee 401k*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**

*Gordon & Rees Scully Mansukhani LLP*
*1111 Broadway*
*Suite 1700*
*Oakland, CA 94607*

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          *$34,448.50*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *Legal Fees*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**

*Grainger*
*2775 South 9th West*
*Salt Lake City, UT 84119*

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*          *$11,211.52*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Parametric Solutions, Inc.* | Case number (if known) | *23-16141-MAM* |
|---|---|---|---|
| | Name | | |

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$924.00**

*Hard Chrome Enterprises*
*220 10th Street*
*West Palm Beach, FL 33403*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

*Jacob Gaskill*
*C/O David Golub*
*Silver Golub & Teitell LLP*
*One Landmark Square- 15th Floor*
*Stamford, CT 06901*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

*Jacob Lillie*
*C/O William Bloss*
*Koskoff Koskoff & Bieder PC*
*350 Fairfield Avenue*
*Bridgeport, CT 06604*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

*James Roe*
*C/O David Golub*
*Silver Golub & Teitell LLP*
*One Landmark Square- 15th Floor*
*Stamford, CT 06901*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

*James Roe II*
*C/O David Golub*
*Silver Golub & Teitell LLP*
*One Landmark Square- 15th Floor*
*Stamford, CT 06901*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

*Jason Chapman*
*C/O Bruce E. Newman*
*Brown Paindiris & Scott, LLP*
*100 Pearl Street*
*Hartford, CT 06103*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Parametric Solutions, Inc.* | Case number (if known) | *23-16141-MAM* |
|---|---|---|---|
| | Name | | |

---

**3.34**

**Nonpriority creditor's name and mailing address**

*Jed Perron*
*C/O David Golub*
*Silver Golub & Teitell LLP*
*One Landmark Square- 15th Floor*
*Stamford, CT 06901*

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:** *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**

*John Balicoco*
*C/O Brian Daniels*
*271 Whitney Avenue*
*New Haven, CT 06511*

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:** *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**

*John Doe*
*C/O Jonathan Shapiro*
*Aeton Law Partners, LLP*
*311 Centerpoint Drive*
*Middletown, CT 06457*

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:** *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37**

**Nonpriority creditor's name and mailing address**

*John Lee*
*C/O Richard E. Hayber*
*HAYBER, MCKENNA & DINSMORE, LCC*
*750 Main Street, Suite 904*
*Hartford, CT 06103*

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:** *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38**

**Nonpriority creditor's name and mailing address**

*Joshua Ivaldi*
*C/O Daniel Krisch*
*Halloran Sage, LLP*
*Hartford, CT 06103*

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:** *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39**

**Nonpriority creditor's name and mailing address**

*Justin Tussey*
*C/O Jonathan P. Whitcomb*
*1010 Washington Boulevard, Suite 800*
*Stamford, CT 06901*

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:** *Consolidated Antitrust Class Action Lawsuit*

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.40**

**Nonpriority creditor's name and mailing address**

*Lincoln Electric Automation*
*911 North Second Street*
*Coldwater, OH 45828*

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                **$129,100.00**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **_Parametric Solutions, Inc._** | Case number (if known) | **_23-16141-MAM_** |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

**_Mary Herblet_**
**_C/O Richard E. Hayber_**
**_HAYBER, MCKENNA & DINSMORE, LCC_**
**_750 Main Street, Suite 904_**
**_Hartford, CT 06103_**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Consolidated Antitrust Class Action Lawsuit_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

**_Matthew Cydylo_**
**_C/O Daniel Krisch_**
**_Halloran Sage LLP_**
**_225 Asylum Street_**
**_Hartford, CT 06103_**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Consolidated Antitrust Class Action Lawsuit_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

**_Maxwell Stinson_**
**_C/O William Bloss_**
**_Koskoff Koskoff & Bieder PC_**
**_350 Fairfield Avenue_**
**_Bridgeport, CT 06604_**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Consolidated Antitrust Class Action Lawsuit_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _$396.55_ |
|---|---|---|---|

**_McAuliffe Law PLLC_**
**_2000 PGA Blvd._**
**_Suite 4440_**
**_Palm Beach Gardens, FL 33408_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _$1,620.95_ |
|---|---|---|---|

**_McMaster-Carr_**
**_P.O. Box 740100_**
**_Atlanta, GA 30374_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _$434.03_ |
|---|---|---|---|

**_Mercer Gasket & Shim_**
**_110 Benigno Blvd._**
**_Bellmawr, NJ 08031_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

**_Michael McMahon_**
**_C/O David Golub_**
**_Silver Golub & Teitell LLP_**
**_One Landmark Square- 15th Floor_**
**_Stamford, CT 06901_**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** _Consolidated Antitrust Class Action Lawsuit_

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Parametric Solutions, Inc.**
_____
Name

Case number (if known) **23-16141-MAM**

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Powers**
**C/O William Bloss**
**Koskoff, Koskoff & Bieder, PC**
**350 Fairfield Avenue**
**Bridgeport, CT 06604**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Consolidated Antitrust Class Action Lawsuit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,846.05** |
|---|---|---|---|

**Mitech Controls Inc**
**22855-G Savi Ranch Parkway**
**Yorba Linda, CA 92887**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$352,882.22** |
|---|---|---|---|

**NET Power, LLC**
**404 Hunt Street, Suite 410**
**Durham, NC 27701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nicholas Wilson**
**C/O Joshua Goodbaum**
**405 Orange Street**
**New Haven, CT 06511**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Consolidated Antitrust Class Action Lawsuit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$159,468.95** |
|---|---|---|---|

**NTS Labs LLC**
**3505 E Third St**
**San Bernardino, CA 92408**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Paul Strong**
**C/O Jonathan M. Shapiro**
**AETON LAW PARTNERS LLP**
**311 Centerpoint Drive**
**Middletown, CT 06457**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Consolidated Antitrust Class Action Lawsuit_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$965.43** |
|---|---|---|---|

**Pye-Barker Fire & Safety, Inc.**
**160 SW 12th Ave**
**Suite 105**
**Deerfield Beach, FL 33442**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Parametric Solutions, Inc.* | Case number (if known) | *23-16141-MAM* |
|---|---|---|---|
| | Name | | |

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$51,492.50**

*Rand Worldwide Subsidiary Inc*
*11201 Dolfield Blvd.*
*Suite 112*
*Owings Mills, MD 21117*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,853.00**

*Rhinestahl Corporation*
*1111 Western Row Rd*
*Mason, OH 45040*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

*Ricardo Boodram*
*C/O David Golub*
*Silver Golub & Teitell LLP*
*One Landmark Square- 15th Floor*
*Stamford, CT 06901*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** *Consolidated Antitrust Class Action Lawsuit*

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

*Robert Lancaster*
*C/O William Bloss*
*Koskoff Koskoff & Bieder PC*
*350 Fairfield Avenue*
*Bridgeport, CT 06604*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** *Consolidated Antitrust Class Action Lawsuit*

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,114.27**

*Rolled Alloys*
*125 W Sterns Rd.*
*Temperance, MI 48182*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

*Russell Hedlund*
*C/O David Golub*
*Silver Golub & Teitell LLP*
*One Landmark Square- 15th Floor*
*Stamford, CT 06901*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** *Consolidated Antitrust Class Action Lawsuit*

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

*Sam Giaquinto*
*C/O Richard E. Hayber*
*HAYBER, MCKENNA & DINSMORE, LCC*
*750 Main Street, Suite 904*
*Hartford, CT 06103*

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** *Consolidated Antitrust Class Action Lawsuit*

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **_Parametric Solutions, Inc._** | Case number (if known) | **_23-16141-MAM_** |
|---|---|---|---|
| | Name | | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

_Sam McCallum_
_C/O David Golub_
_Silver Golub & Teitell LLP_
_One Landmark Square- 15th Floor_
_Stamford, CT 06901_

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Consolidated Antitrust Class Action Lawsuit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _$749.74_ |
|---|---|---|---|

_Scanivalve Corporation_
_1722 N. Madson Street_
_Liberty Lake, WA 99019_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

_Scott Prentiss_
_C/O David Golub_
_Silver Golub & Teitell LLP_
_One Landmark Square- 15th Floor_
_Stamford, CT 06901_

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Consolidated Antitrust Class Action Lawsuit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _$82,709.00_ |
|---|---|---|---|

_Shipman & Goodwin LLP_
_One Constitution Plaza_
_Hartford, CT 06103_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _$30,230.00_ |
|---|---|---|---|

_SouthEast Machine LLC_
_3081 SE Slater Street_
_Stuart, FL 34997_

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

_Stephen Dowe_
_C/O Richard Hayber_
_Hayber McKenna & Dinsmore, LLC_
_750 Main Street Suite 904_
_Hartford, CT 06103_

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Consolidated Antitrust Class Action Lawsuit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | _Unknown_ |
|---|---|---|---|

_Tarah Kye Borozny_
_C/O David Golub_
_Silver Golub & Teitell LLP_
_One Landmark Square- 15th Floor_
_Stamford, CT 06901_

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Consolidated Antitrust Class Action Lawsuit_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | *Parametric Solutions, Inc.* | Case number (if known) | *23-16141-MAM* |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

Name

*Tarrique Brooks-Bey*
*C/O Mathew P. Jasinski*
*One Corporate Center*
*20 Church St., 17th Floor*
*Hartford, CT 06103*

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Consolidated Antitrust Class Action Lawsuit*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,025.00** |
|---|---|---|---|

*Thermal Braze*
*231 Venus St*
*Jupiter, FL 33458*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

*Thomas Borino*
*C/O Bruce E. Newman*
*Brown Paindiris & Scott, LLP*
*100 Pearl Street*
*Hartford, CT 06103*

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Consolidated Antitrust Class Action Lawsuit*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

*Tom Conroy*
*C/O David Golub*
*Silver Golub & Teitell LLP*
* One Landmark Square-15th Floor*
*Stamford, CT 06901*

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  *Consolidated Antitrust Class Action Lawsuit*

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,489.71** |
|---|---|---|---|

*U-Line*
*2105 S. Lakeside Drive*
*Waukegan, IL 60085*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$843,407.21** |
|---|---|---|---|

*UTC - Pratt & Whitney*
*17900 Bee Line Hwy*
*Jupiter, FL 33478*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$815.29** |
|---|---|---|---|

*Vishay Measurements Group Inc*
*951 Wendell Boulevard*
*Wendell, NC 27591*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Parametric Solutions, Inc.** _____    Case number (if known)    **23-16141-MAM**
          Name

| | | |
|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **Unknown** |

**Wadner Brizeus**
**C/O Mathew P. Jasinski**
**One Corporate Center**
**20 Church St., 17th Floor**
**Hartford, CT 06103**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Consolidated Antitrust Class Action Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$6,978.45** |

**WireMasters**
**1788 Northpointe Road**
**Columbia, TN 38401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **$10,361.56** |

**Xometry**
**7940 Cessna Ave.**
**Gaithersburg, MD 20879**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bonny Sweeney**<br>**Hausfeld LLP**<br>**600 Montgomery St. #3200**<br>**San Francisco, CA 94111** | Line **3.48**<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Bonny Sweeney**<br>**Hausfeld LLP**<br>**600 Montgomery Street**<br>**Suite #3200**<br>**San Francisco, CA 94111** | Line **3.30**<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Bonny Sweeney**<br>**Hausfeld LLP**<br>**600 Montgomery St.**<br>**#3200**<br>**San Francisco, CA 94111** | Line **3.58**<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Bonny Sweeney**<br>**Hausfeld LLP**<br>**600 Montgomery St. #3200**<br>**San Francisco, CA 94111** | Line **3.43**<br><br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Candice Enders**<br>**1818 Market Street**<br>**Suite 3600**<br>**Philadelphia, PA 19103** | Line **3.72**<br><br>☐ Not listed. Explain ___ | _ |

| Debtor | *Parametric Solutions, Inc.* | | Case number (if known) | *23-16141-MAM* |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | *Candice Enders*<br>*1818 Market Street*<br>*Suite 3600*<br>*Philadelphia, PA 19103* | Line __*3.17*__<br><br>☐  Not listed. Explain ____ | _ |
| 4.7 | *Candice Enders*<br>*1818 Market Street*<br>*Suite 3600*<br>*Philadelphia, PA 19103* | Line __*3.64*__<br><br>☐  Not listed. Explain ____ | _ |
| 4.8 | *Candice Enders*<br>*1818 Market Street*<br>*Suite 3600*<br>*Philadelphia, PA 19103* | Line __*3.12*__<br><br>☐  Not listed. Explain ____ | _ |
| 4.9 | *Christopher T. Micheletti*<br>*ZELLE LLP*<br>*555 12th Street, Suite 1230*<br>*Oakland, CA 94607* | Line __*3.69*__<br><br>☐  Not listed. Explain ____ | _ |
| 4.10 | *Christopher T. Micheletti*<br>*ZELLE LLP*<br>*555 12th Street, Suite 1230*<br>*Oakland, CA 94607* | Line __*3.76*__<br><br>☐  Not listed. Explain ____ | _ |
| 4.11 | *Daniel Brockett*<br>*51 Madison Avenue, 22nd Floor*<br>*New York, NY 10010* | Line __*3.51*__<br><br>☐  Not listed. Explain ____ | _ |
| 4.12 | *Daniel R. Karon*<br>*KARON LLC*<br>*700 W. St. Clair Ave., Ste. 200*<br>*Cleveland, OH 44113* | Line __*3.53*__<br><br>☐  Not listed. Explain ____ | _ |
| 4.13 | *Daniel Small*<br>*1100 New York Avenue NW*<br>*Suite 500*<br>*Washington, DC 20005* | Line __*3.35*__<br><br>☐  Not listed. Explain ____ | _ |
| 4.14 | *Daniel Walker*<br>*2001 Pennsylvania Avenue NW*<br>*Suite 300*<br>*Washington, DC 20006* | Line __*3.72*__<br><br>☐  Not listed. Explain ____ | _ |
| 4.15 | *Daniel Walker*<br>*2001 Pennsylvania Avenue NW*<br>*Suite 300*<br>*Washington, DC 20006* | Line __*3.64*__<br><br>☐  Not listed. Explain ____ | _ |
| 4.16 | *Daniel Walker*<br>*2001 Pennsylvania Avenue NW*<br>*Suite 300*<br>*Washington, DC 20006* | Line __*3.12*__<br><br>☐  Not listed. Explain ____ | _ |
| 4.17 | *DAVID W. MITCHELL*<br>*ROBBINS GELLER RUDMAN & DOWD, LLP*<br>*655 West Broadway, Suite 1900*<br>*San Diego, CA 92101* | Line __*3.39*__<br><br>☐  Not listed. Explain ____ | _ |

| Debtor | **_Parametric Solutions, Inc._** | Case number (if known) | **_23-16141-MAM_** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.18 | **_Dean Harvey_**<br>**_275 Battery Street, 29th Floor_**<br>**_San Francisco, CA 94111_** | Line **_3.18_**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **_Derek Brandt_**<br>**_McCune Wright Arevalo, LLP_**<br>**_231 N Main Street_**<br>**_Suite 20_**<br>**_Edwardsville, IL 62025_** | Line **_3.67_**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **_Derek Brandt_**<br>**_McCune Wright Arevalo, LLP_**<br>**_231 N Main Street_**<br>**_Suite 20_**<br>**_Edwardsville, IL 62025_** | Line **_3.41_**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **_Derek Brandt_**<br>**_McCune Wright Arevalo, LLP_**<br>**_231 N Main Street_**<br>**_Suite 20_**<br>**_Edwardsville, IL 62025_** | Line **_3.37_**<br>☐ Not listed. Explain ____ | _ |
| 4.22 | **_Derek Brandt_**<br>**_McCune Wright Arevalo, LLP_**<br>**_231 N Main Street_**<br>**_Suite 20_**<br>**_Edwardsville, IL 62025_** | Line **_3.61_**<br>☐ Not listed. Explain ____ | _ |
| 4.23 | **_Douglas Millen_**<br>**_Freed Kanner London & Millen LLC_**<br>**_2201 Waukegan Road Suite 130_**<br>**_Bonnockburn, IL 60015_** | Line **_3.8_**<br>☐ Not listed. Explain ____ | _ |
| 4.24 | **_Elizabeth A. Fegan_**<br>**_FEGAN SCOTT LLC_**<br>**_150 S. Wacker Dr., 24th Floor_**<br>**_Chicago, IL 60606_** | Line **_3.21_**<br>☐ Not listed. Explain ____ | _ |
| 4.25 | **_Gary Klinger_**<br>**_Mason Lietz & Klinger LLP_**<br>**_227 W. Monroe Street_**<br>**_Suite 2100_**<br>**_Chicago, IL 60606_** | Line **_3.8_**<br>☐ Not listed. Explain ____ | _ |
| 4.26 | **_Gary Smith, Jr_**<br>**_Hausfeld LLP_**<br>**_325 Chestnut Street, Suite 900_**<br>**_Philadelphia, PA 19106_** | Line **_3.48_**<br>☐ Not listed. Explain ____ | _ |
| 4.27 | **_Gary Smith, Jr_**<br>**_Hausfeld LLP_**<br>**_325 Chestnut Street, Suite 900_**<br>**_Philadelphia, PA 19106_** | Line **_3.30_**<br>☐ Not listed. Explain ____ | _ |
| 4.28 | **_Gary Smith, Jr_**<br>**_Hausfeld LLP_**<br>**_325 Chestnut Street, Suite 900_**<br>**_Philadelphia, PA 19106_** | Line **_3.58_**<br>☐ Not listed. Explain ____ | _ |

| Debtor | *Parametric Solutions, Inc.* | Case number (if known) | *23-16141-MAM* |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.29 | *Gary Smith, Jr*<br>*Hausfeld LLP*<br>*325 Chestnut Street, Suite 900*<br>*Philadelphia, PA 19106* | Line *3.43*<br>☐ Not listed. Explain ____ | _ |
| 4.30 | *Gregory Asciolla*<br>*140 Broadway*<br>*New York, NY 10005* | Line *3.19*<br>☐ Not listed. Explain ____ | _ |
| 4.31 | *Hilary Scherrer*<br>*Hausfeld LLP*<br>*888 16th Street NW, Suite 300*<br>*Washington, DC 20006* | Line *3.48*<br>☐ Not listed. Explain ____ | _ |
| 4.32 | *Hilary Scherrer*<br>*Hausfeld LLP*<br>*888 16th Street NW*<br>*Suite 300*<br>*Washington, DC 20006* | Line *3.30*<br>☐ Not listed. Explain ____ | _ |
| 4.33 | *Hilary Scherrer*<br>*Hausfeld LLP*<br>*888 16th Street NW, Suite 300*<br>*Washington, DC 20006* | Line *3.58*<br>☐ Not listed. Explain ____ | _ |
| 4.34 | *Hilary Scherrer*<br>*Hausfeld LLP*<br>*888 16th Street NW, Suite 300*<br>*Washington, DC 20006* | Line *3.43*<br>☐ Not listed. Explain ____ | _ |
| 4.35 | *Internal Revenue Service*<br>*Atty General United States Dept Justice*<br>*Tenth & Constitution*<br>*Washington, DC 20530* | Line *2.2*<br>☐ Not listed. Explain ____ | _ |
| 4.36 | *Internal Revenue Service*<br>*c/o IRS District Counsel*<br>*Claude Pepper Federal Bldg*<br>*51 S.W. 1st Ave., 11th Floor*<br>*Miami, FL 33130* | Line *2.2*<br>☐ Not listed. Explain ____ | _ |
| 4.37 | *Internal Revenue Service*<br>*Acting US Attorney*<br>*99 NE 4th Street*<br>*Miami, FL 33132* | Line *2.2*<br>☐ Not listed. Explain ____ | _ |
| 4.38 | *Jason Zweig*<br>*150 N Riverside Plaza*<br>*Suite 4100*<br>*Chicago, IL 60606* | Line *3.42*<br>☐ Not listed. Explain ____ | _ |
| 4.39 | *Jason Zweig*<br>*150 N Riverside Plaza*<br>*Suite 4100*<br>*Chicago, IL 60606* | Line *3.38*<br>☐ Not listed. Explain ____ | _ |
| 4.40 | *Jeffrey J. Corrigan*<br>*SPECTOR ROSEMAN & KODROFF, P.C.*<br>*2001 Market Street, Suite 3420*<br>*Philadelphia, PA 19103* | Line *3.57*<br>☐ Not listed. Explain ____ | _ |

| Debtor | *Parametric Solutions, Inc.* | Case number (if known) | *23-16141-MAM* |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.41 | **John Kehoe**<br>**Kehoe Law Firm, PC**<br>**Two Penn Center Plaza**<br>**1500 JFK Blvd, Suite 1020**<br>**Philadelphia, PA 19102** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.42 | **Joseph Kohn**<br>**Kohn, Swift & Graf, PC**<br>**1600 Market Street**<br>**Suite 2500**<br>**Philadelphia, PA 19103** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.43 | **Joseph Saveri**<br>**Joseph Saveri Law Firm, LLP**<br>**601 California Street**<br>**Suite 1000**<br>**San Francisco, CA 94108** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.44 | **Joshua Grabar**<br>**Grabar Law Office**<br>**One Liberty Place**<br>**1650 Market Street, Suite 3600**<br>**Philadelphia, PA 19103** | Line **3.58**<br><br>☐ Not listed. Explain ____ | _ |
| 4.45 | **Joshua Grabar**<br>**Grabar Law Office**<br>**One Liberty Place**<br>**1650 Market Street, Suite 3600**<br>**Philadelphia, PA 19103** | Line **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.46 | **Karen Lerner**<br>**Kirby McInerney LLP**<br>**250 Park Avenue**<br>**Suite 820**<br>**New York, NY 10177** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |
| 4.47 | **Karen Lerner**<br>**Kirby McInerney LLP**<br>**250 Park Avenue**<br>**Suite 820**<br>**New York, NY 10177** | Line **3.24**<br><br>☐ Not listed. Explain ____ | _ |
| 4.48 | **Karen Lerner**<br>**Kirby McInerney LLP**<br>**250 Park Avenue**<br>**Suite 820**<br>**New York, NY 10177** | Line **3.47**<br><br>☐ Not listed. Explain ____ | _ |
| 4.49 | **Kellie Lerner**<br>**ROBINS KAPLAN LLP**<br>**900 Third Avenue, Suite 1900**<br>**New York, NY 10022** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.50 | **Kellie Lerner**<br>**ROBINS KAPLAN LLP**<br>**900 Third Avenue, Suite 1900**<br>**New York, NY 10022** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | *Parametric Solutions, Inc.* | Case number *(if known)* | *23-16141-MAM* |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.51 | **Kimberly Justice**<br>**Freed Kanner London & Millen LLC**<br>**923 Fayette St**<br>**Conshohocken, PA 19428** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.52 | **Linda P. Nussbaum**<br>**NUSSBAUM LAW GROUP, P.C.**<br>**1211 Avenue of the Americas**<br>**40th Floor**<br>**New York, NY 10036** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.53 | **Marc Edelson**<br>**Edelson Lechtzin LLP**<br>**3 Terry Drive**<br>**Suite 205**<br>**Newtown, PA 18940** | Line **3.58**<br>☐ Not listed. Explain ____ | _ |
| 4.54 | **Marc Edelson**<br>**Edelson Lechtzin LLP**<br>**3 Terry Drive**<br>**Suite 205**<br>**Newtown, PA 18940** | Line **3.43**<br>☐ Not listed. Explain ____ | _ |
| 4.55 | **Michael Roberts**<br>**Roberts Law Firm, PA**<br>**20 Rahling Circle**<br>**Little Rock, AR 72223** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.56 | **Peggy Wedgworth**<br>**405 East 50th Street**<br>**New York, NY 10022** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.57 | **R. Alexander Saveri**<br>**SAVERI & SAVERI, INC.**<br>**706 Sansome Street**<br>**San Francisco, CA 94111** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |
| 4.58 | **Richard McCune**<br>**McCune Wright Arevalo, LLP**<br>**18565 Jamboree Road**<br>**Suite 550**<br>**Irvine, CA 92612** | Line **3.67**<br>☐ Not listed. Explain ____ | _ |
| 4.59 | **Richard McCune**<br>**McCune Wright Arevalo, LLP**<br>**18565 Jamboree Road**<br>**Suite 550**<br>**Irvine, CA 92612** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.60 | **Richard McCune**<br>**McCune Wright Arevalo, LLP**<br>**18565 Jamboree Road**<br>**Suite 550**<br>**Irvine, CA 92612** | Line **3.37**<br>☐ Not listed. Explain ____ | _ |
| 4.61 | **Richard McCune**<br>**McCune Wright Arevalo, LLP**<br>**18565 Jamboree Road**<br>**Suite 550**<br>**Irvine, CA 92612** | Line **3.61**<br>☐ Not listed. Explain ____ | _ |

| Debtor | _Parametric Solutions, Inc._ | Case number (if known) | _23-16141-MAM_ |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.62 | _Roberta D. Liebenberg_ _FINE KAPLAN AND BLACK, R.P.C._ _One South Broad St., 23rd Floor_ _Philadelphia, PA 19107_ | Line _3.22_ ☐ Not listed. Explain ____ | _ |
| 4.63 | _Roberta D. Liebenberg_ _FINE KAPLAN AND BLACK, R.P.C._ _One South Broad St., 23rd Floor_ _Philadelphia, PA 19107_ | Line _3.23_ ☐ Not listed. Explain ____ | _ |
| 4.64 | _Steven Williams_ _Joseph Saveri Law Firm, LLP_ _40 Worth Street_ _Suite 602_ _New York, NY 10013_ | Line _3.36_ ☐ Not listed. Explain ____ | _ |
| 4.65 | _Walter W. Noss_ _SCOTT+SCOTT ATTORNEYS AT LAW LLP_ _600 W. Broadway_ _Suite 3300_ _San Diego, CA 92101_ | Line _3.22_ ☐ Not listed. Explain ____ | _ |
| 4.66 | _Walter W. Noss_ _SCOTT+SCOTT ATTORNEYS AT LAW LLP_ _600 W. Broadway_ _Suite 3300_ _San Diego, CA 92101_ | Line _3.23_ ☐ Not listed. Explain ____ | _ |
| 4.67 | _Zina Bash_ _111 Congress Avenue_ _Suite 500_ _Austin, TX 78701_ | Line _3.42_ ☐ Not listed. Explain ____ | _ |
| 4.68 | _Zina Bash_ _111 Congress Avenue_ _Suite 500_ _Austin, TX 78701_ | Line _3.38_ ☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | _0.00_ |
| 5b. Total claims from Part 2 | 5b. + | $ | _2,286,933.51_ |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | _2,286,933.51_ |