**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:                                                                                   CASE NO.: 23-16141-MAM
                                                                                                CHAPTER 11
PARAMETRIC SOLUTIONS, INC.

     Debtor.
_____/

**AMENDMENT BY INTERLINEATION TO SECOND AMENDED**
**CHAPTER 11 PLAN OF REORGANIZATION**

Debtor, PARAMETRIC SOLUTIONS, INC., (hereinafter referred to as "Debtor"), by and through its undersigned counsel, hereby files this Amendment by Interlineation to Second Amended Chapter 11 Plan of Reorganization [D.E. #212]. Article VI is amended by interlineation to provide as follows:

**ARTICLE VII - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

7.1    Any and all Executory Contracts and unexpired leases of the Debtor not expressly assumed within the Plan, not assumed prior to the Confirmation Date, or as of the Confirmation Date, or the subject of pending applications to assume, shall be deemed rejected. Contracts and Leases will be assumed on the Effective Date.

7.2    Any claim for a rejected contract or lease shall be paid as a General Unsecured Claim by agreement, or upon determination by the Court, to the extent that such claims are allowed.

7.3    The Debtor intends to assume the following executory contracts and unexpired leases:

NRNS Acquisition Reynolds, LLC for the lease of the office space at 1061 E. Indiantown Road;

PSI Property Holdings, LLC for the lease of the office space at 900 E Indiantown Road Suite 200 Jupiter, FL 33477

7.4 The Debtor intends to reject its contract with 8 Rivers Capital, LLC as the parties to the original contract are no longer moving forward with the contract and it is impossible to perform under the agreement.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via ECF to parties registered in this case to receive service and via U.S. Mail to the parties listed below this 16th day of August 2024.

**KELLEY KAPLAN & ELLER, PLLC**
1665 Palm Beach Lakes Blvd.
Suite 1000
West Palm Beach, Florida 33401
Telephone No. (561) 491-1200
Facsimile No.   (561) 684-3773
bankruptcy@kelleylawoffice.com

By: */s/ Dana Kaplan*, Esq.
DANA KAPLAN, ESQ.
Fla. Bar No. 44315

**Mailing Information for Case 23-16141-MAM**

**Electronic Mail Notice List**

- **Adam L Alpert**   aalpert@bushross.com, aalpert@ecf.courtdrive.com,bankruptcy.eservice@bushross.com
- **Leyza F. Blanco**   lblanco@sequorlaw.com, jdiaz@sequorlaw.com
- **Kathleen DiSanto**   kdisanto@bushross.com, bankruptcy.eservice@bushross.com;kdisanto@ecf.courtdrive.com
- **Andrew T Jenkins**   ajenkins@bushross.com, bankruptcy.eservice@bushross.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Craig I Kelley**   craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

- **Martin P Ochs**  martin.p.ochs@usdoj.gov
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Nicholas G Rossoletti**  nrossoletti@bilulaw.com, johana@bilulaw.com,rbilu@bilulaw.com,avalencia@bilulaw.com,renee@bilulaw.com;rossoletti.nicholasb111856@notify.bestcase.com
- **Gregg A Steinman**  gsteinman@mwe.com, jacqueline-bishop-jones-0301@ecf.pacerpro.com

**Manual Notice List**

**AMEX TRS Co., Inc.**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

**Michael McAuliffe**
McAuliffe Law PLLC
2000 PGA Blvd #4440-149
Palm Beach Gardens, FL 33408

**John J. Robinson**
Gordon & Rees
95 Glastonbury Blvd #206
Glastonbury, CT 06033

**Natalie Rowles**
McDermott Will & Emery LLP
One Vanderbilt Ave
New York, NY 10017

Parametric Solutions, Inc.
David Cusano
831 Jupiter Park Drive
Jupiter, FL 33458